# NO. 04-15-00021-CV

## IN THE TEXAS COURT OF APPEALS
## FOURTH COURT OF APPEALS
## AT SAN ANTONIO, TEXAS

## BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO

### APPELLANT

## VS.

## MICHAEL AND THERESA HAYES

### APPELLEES

*Appealed from the County Court At Law No. 10, Bexar County, Texas. Hon. David J. Rodriguez, Presiding*

## APPENDIX OF APPELLANT
## BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO

ALBERT LÓPEZ
State Bar No. 12562350
LAW OFFICES OF ALBERT LÓPEZ
14310 Northbrook Drive, Suite 200
San Antonio, Texas 78232
(210) 404-1983 (Telephone)
(210) 404-1990 (Telecopier)
ATTORNEYS FOR APPELLANT
BOARD OF ADJUSTMENT FOR
THE CITY OF SAN ANTONIO

**APPENDIX**

Tab A.        County Court's Judgment.

Tab B.        San Antonio Code of Ordinances
              Chapter 10.

Tab C.        San Antonio Unified Development Code

Tab D.        International Residential Code

Tab E.        Chapter 211, Local Government Code



**TAB A**

| | | |
|---|---|---|
| MICHAEL AND THERESA HAYES | § | IN THE COUNTY COURT |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | COUNTY COURT No. 3 |
| | § | |
| BOARD OF ADJUSTMENT OF | § | |
| CITY OF SAN ANTONIO | § | |
| Respondent. | § | BEXAR COUNTY, TEXAS |

---

## FINAL JUDGMENT

---

On this 26th day of November, 2014, came on to be considered the above-styled and numbered cause in which the City of San Antonio Board of Adjustment (Respondent) and Michael and Theresa Hayes (Petitioners) appeared by and through their respective legal counsel and the Court considered the Petitioner's request for review of the action by the Board of Adjustment of the City of San Antonio in Case No. A-14-049 pursuant to Sec. 211.011 of the Texas Local Government Code (the "Act") and on other grounds.

After considering Plaintiff's Second Amended Petition, the Respondent's Answer and Motions, and the other pleadings and affidavits on file, and the Verified Record of the Board of Adjustment, the Court **FINDS**:

1. That the Board of Adjustment lacked jurisdiction to consider the Case No. A-14-049 on April 21, 2014, and that the Board's action in such matter should be reversed.

It is therefore, **ORDERED** that:

1. The action by the Board of Adjustment taken on April 21, 2014, in Appeal No. A-14-049 is hereby reversed, and as such:

    a. the City of San Antonio Permit No. 1951114 to construct a guardrail remains revoked; and

670

VOL 014 02 PG 0986

b. the Action taken by the City of San Antonio Board of Adjustment on January 13th, 2014 in Case Number A-13-0732 remains final.

2. The Board of Adjustment's plea to the jurisdiction is denied;

3. The Board of Adjustment's objection to the evidence is denied;

4. All attorneys' fees and costs of court are borne by the party incurring the same; and

5. All relief not expressly granted herein is denied; and

6. This Judgment is final and appealable.

Signed and rendered this _22_ day of December, 2014.

JUDGE DAVID J. RODRIGUEZ

APPROVED AS TO FORM:

Albert López
Law Offices of Albert López
14310 Northbrook, Ste. 200
San Antonio, Texas 78232
tel. 210.404.1983
fax 210.404.1990
mobile: 210.413.0611

ATTORNEY FOR RESPONDENT,
BOARD OF ADJUSTMENT OF CITY OF SAN ANTONIO

David L. Earl
Earl & Associates, P.C.
601 NW Loop 410, Suite 390
San Antonio, Texas 78216
Phone 210-222-1500
Facsimile 210-222-9100
State Bar No. 06343030

ATTORNEY FOR PETITIONER,
MICHAEL and TERESA HAYES





**TAB B**

Sec. 10-1. - Title of chapter; designation of building official.

(a)  This chapter is the building-related codes. Unless otherwise indicated by its use and context, the term "this chapter" refers to this chapter 10 including all provisions incorporated by reference in this chapter.

(b)  The building official shall be known as the director of development services, and such term shall include his authorized representatives. Further, whenever the term or title "administrative authority," "code official," "authority having jurisdiction," "responsible official," "building official," "director" or other similar designation is used in any of the codes adopted by this chapter, it shall be construed as the director of development services, or his designee and authorized representatives.

(Ord. No. 2011-12-01-0984, § 1, 12-1-2011)

Sec. 10-2. - Purpose and scope of chapter; referenced codes.

(a)  *Purpose.* This chapter shall be construed to secure its expressed intent, which is to provide minimum requirements to safeguard the public safety, health and general welfare, insofar as they are affected by building construction, through structural strength, adequate means of egress facilities, stability, sanitary equipment, light and ventilation, energy conservation, fire safety, and in general to promote safety to life and property from fire and other hazards incident to the construction, design, erection, installation, alteration, addition, removal, demolition, replacement, repair, location, relocation, moving, quality of materials or use and occupancy, maintenance and operation of building, structures or premises, and to provide safety to fire fighters and emergency responders during emergency operations.

The purpose of this chapter is not to create or otherwise establish or designate any particular class or group of persons who will or should be especially protected or benefited by the terms of this chapter.

(b)  *Scope.* Article I of this chapter provides the administrative procedures to be followed by all persons engaged in the construction, design, erection, installation, alteration, addition, removal, demolition, replacement, location, relocation, land disturbance, moving, quality of materials, or use and occupancy, maintenance and operation of buildings, structures or premises, as regulated by this chapter. All references to any provisions in the administrative chapters of the referenced model codes are construed to be a reference to the provisions of article I unless otherwise noted.

(c)  *Referenced codes.* The other codes and standards listed in subsections (1) through (6) and referenced elsewhere in this chapter are considered part of the requirements of this chapter to the prescribed extent of each such reference. See article II through article XI of this chapter.

(1)  *Building.* The *provisions* of the International Building Code, as amended in article III, apply to the construction, design, erection, installation, alteration, addition, removal, demolition, replacement, repair, location, relocation, land disturbance, moving, quality of materials, or use and occupancy of every building or structure or any appurtenances connected or attached to such buildings or structures.

*Exceptions:*

a.  Detached one- and two-family dwellings and multiple single-family dwellings (townhouses) not more than three (3) stories above grade plane in height with a separate

means of egress and their accessory structures not more than three (3) stories above grade plane in height shall comply with the International Residential Code, as amended in article IV of this chapter.

b.   Existing buildings and structures undergoing repair, alteration, change of occupancy, addition and/or relocation of existing buildings shall be permitted to comply with the International Existing Building Code, as amended in article V of this chapter.

c.   Live/work units complying with the requirements of Section 419 of the International Building Code, as amended, shall be permitted to be built as one- and two-family dwellings and townhouses. Fire suppression required by Section 419.5 of the International Building Code when constructed under the International Residential Code for One- and Two-family Dwellings shall conform to Section P2904.

d.   Owner-occupied lodging houses with five (5) or fewer guestrooms shall be permitted to be constructed in accordance with the International Residential Code for One- and Two-family Dwellings when equipped with a fire sprinkler system in accordance with Section P2904.

(2)   *Electrical.* The provisions of the National Electrical Code, as amended in article VI of this chapter, shall apply to the installation of electrical systems, including alterations, repairs, replacement, equipment, appliances, fixtures, fittings and appurtenances thereto.

(3)   *Mechanical.* The provisions of the International Mechanical Code, as amended in article VII of this chapter, shall apply to the installation, alterations, repairs, and replacement of mechanical systems, including equipment, appliances, fixtures, fittings and/or appurtenances, including ventilating, heating, cooling, air conditioning and refrigeration systems, incinerators, and other energy-related systems.

(4)   *Gas.* The provisions of the International Fuel Gas Code, as amended in article VIII of this chapter, shall apply to the installation of fuel gas piping from point of delivery, fuel gas appliances, gaseous hydrogen systems and related accessories as covered in this Code. These requirements apply to fuel gas piping systems extending from the point of delivery to the inlet connections of appliances and the installation and operation of gas appliances and related accessories. Piping system requirements shall include design, materials, components, fabrication, assembly, installation, testing, inspection and operation and maintenance.

(5)   *Plumbing.* The provisions of the International Plumbing Code, as amended in article IX of this chapter, shall apply to the installation, alteration, repair, relocation, addition to, use or maintenance and replacement of plumbing systems, including equipment, appliances, fixtures and fittings and appurtenances. The code shall also regulate nonflammable medical gas, inhalation anesthetic, vacuum piping, nonmedical oxygen systems and sanitary and condensate vacuum collection systems.

(6)   *Energy.* The provisions of the International Energy Conservation Code, as amended in article X of this chapter, shall apply to all matters governing the design and construction of buildings for energy efficiency.

(7)   *Property Maintenance.* The provisions of the San Antonio Property Maintenance Code shall apply to existing structures and premises; equipment and facilities; light, ventilation, space heating, sanitation, life and fire safety hazards; responsibilities of owners, operators and

occupants, and occupancy of existing premises and structures.

(8)  *Fire Prevention.* The provisions of the *International Fire Code*, as amended in City Code chapter 11, shall apply to matters affecting or relating to structures, processes and premises from the hazard of fire and explosion arising from the storage, handling or use of structures, materials or devices; from conditions hazardous to life, property or public welfare in the occupancy of structures or premises; and from the construction, extension, repair, alteration or removal of fire suppression, automatic sprinkler systems and alarm systems or fire hazards in the structure or on the premises from occupancy or operation.

(9)  *Existing Buildings.* The provisions of the International Existing Building Code, as amended in article V of this chapter, shall apply to matters governing the repair, alteration, change of occupancy, addition to and relocation of existing buildings.

(d)  *Process.* The building official has the responsibility to make timely recommendations to update this chapter, upon the publication of nationally recognized model codes. Technical committees established by the building-related and fire codes board of appeals shall assist the building official in determining recommendations for the adoption of any model code.

(Ord. No. 2011-12-01-0984, § 1, 12-1-2011; Ord. No. 2015-01-29-0066, § 2, 1-29-15)

Sec. 10-3. - Applicability.

(a)  *General.* When there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable. Where, in any specific case, different sections of this chapter specify different materials, methods of construction or other requirements, the most restrictive shall govern.

(b)  *Other laws.* The provisions of this chapter do not nullify any provisions of local, state or federal law.

(c)  *Application of references.* References to article or section numbers, or to provisions not specifically identified by number, shall be construed to refer to such article or section or provision of this chapter.

(d)  *Referenced codes and standards.* The codes and standards referenced in this chapter shall be considered part of the requirements of this chapter to the prescribed extent of each such reference. Where differences occur between provisions of this chapter and referenced codes and standards, the provisions of this chapter shall apply.

*Exception:* Where enforcement of the code provisions would violate the conditions of the listing of the equipment or appliance, the conditions of the listing and manufacturer's instructions shall apply.

(e)  *Partial invalidity.* In the event that any part or provision of this chapter is held to be illegal or void, this shall not have the effect of making void or illegal any of the other parts or provisions.

(f)  *Existing structures*. The legal occupancy of any structure existing on the date of adoption of this chapter shall be permitted to continue without change, except as specifically covered in this chapter, the 2015 San Antonio Property Maintenance Code or the International Fire Code, as amended.

(1)  *Buildings not previously occupied*. A building or portion of a building that has not been previously occupied or used for its intended purpose in accordance with the laws in existence at the time of its completion shall comply with the provisions of the International Building Code, as amended, or International Residential Code, as applicable, for new construction or

with any current permit for such occupancy.

(2)   *Building previously occupied*. The legal occupancy of any building existing on the date of adoption of this chapter shall be permitted to continue without change, except as otherwise specifically provided in this chapter, the International Fire code, or the 2015 San Antonio Property Maintenance Code, or as deemed necessary by the building official for the general safety and welfare of the occupants and the public.

(Ord. No. 2011-12-01-0984, § 1, 12-1-2011; Ord. No. 2015-01-29-0066, § 3, 1-29-15)

Sec. 10-4. - Department of development services.

(a)   *Enforcement agency.* The department of development services shall be the enforcement agency for the building-related codes, and the director thereof shall be known as the building official and as the code official.

(b)   *Appointment.* The building official shall be appointed by the city manager or the city manager's designee.

(Ord. No. 2011-12-01-0984, § 1, 12-1-2011)

Sec. 10-5. - Duties and powers of building official.

(a)   *General.* The building official is authorized and directed to enforce the provisions of this chapter. The building official has the authority to render interpretations of this chapter and to adopt policies and procedures in order to clarify the application of its provisions. Such interpretations, policies and procedures shall be in accordance with the intent and purpose of this chapter. Such policies and procedures shall not have the effect of waiving requirements specifically provided for in this chapter. The building official shall have the power to suspend or revoke city issued certificates of license and registration for cause.

(b)   *Application and permits.* The building official shall receive applications, review construction documents and issue permits for the erection, repair, alteration, addition, demolition, change of occupancy and relocation of buildings and structures, inspect the premises for which such permits have been issued and enforce compliance with the provisions of this chapter.

(c)   *Preliminary meeting under article V.* When utilizing the International Existing Building Code, as amended in article V, and when requested by the permit applicant or the building official, the building official shall meet with the permit applicant prior to the application for a construction permit to discuss plans for the proposed work or change of occupancy in order to establish the specific applicability of the provisions of this chapter.

*Exception:* Repairs and Level 1 alterations.

*Building evaluation.* The building official is authorized to require an existing building to be investigated and evaluated by a registered design professional based on the circumstances agreed upon at the preliminary meeting. The design professional shall notify the building official if any potential nonconformance with the provisions of this chapter is identified.

(d)   *Notices and orders.* The building official shall issue all necessary notices or orders to ensure compliance with the provisions with this chapter.

(e)   *Inspections.* The building official shall make all of the required inspections, or may accept reports of inspection by approved agencies or individuals. Reports of such inspections shall be in writing

and certified by a responsible officer of such approved agency or by the responsible individual. The building official is authorized to engage such expert opinion as deemed necessary to report upon unusual technical issues that arise, subject to the approval of the appointing authority.

(f) *Identification.* The building official shall carry proper identification when inspecting structures or premises in the performance of duties under this chapter.

(g) *Impersonation prohibited.* A person shall not impersonate the building official or designees through the use of a uniform, identification card, badge or any other means. Any such impersonation shall be deemed a violation of this Code.

(h) *Right of entry.* Where it is necessary to make an inspection to enforce the provisions of this chapter, or where the building official has reasonable cause to believe that there exists in a structure or upon a premises a condition which is contrary to or in violation of this chapter which makes the structure or premises unsafe, dangerous or hazardous, the building official is authorized to enter the structure or premises at reasonable times to inspect or perform the duties imposed by this chapter, provided that if such structure or premises be occupied that credentials be presented to the occupant and entry requested. If such structure or premises is unoccupied, the building official shall first make a reasonable effort to locate the owner or other person having charge or control of the structure or premises and request entry. If entry is refused, the building official has recourse to the remedies provided by law to secure entry.

(i) *Notice of defects.* The building official shall examine, or cause to be examined, every building or structure or portion thereof reported as dangerous or damaged. If such is found to be unsafe as defined in this section, the building official shall give to the owner of such building or structure written notice stating the defects thereof. This notice shall require the owner or person in charge of the building, structure or premise, within forty-eight (48) hours to commence either the required repairs or improvements or demolition and removal of the building or structure or portions thereof. All such work shall be completed within thirty (30) days from the date of notice unless otherwise stipulated by the building official. Service of notice shall be by certified mail made upon the owner or his agent. The designated period within which said owner or agent is required to comply with the order of the building official shall begin as of the date he received such notice.

(j) *Department records.* The building official shall keep official records of applications received, permits and certificates issued, fees collected, reports of inspections, and notices and orders issued. Such records are retained in the official records for the period required for retention of public records.

(k) *Liability.* The building official, members and alternate members of the building-related and fire codes board of appeals, or employees charged with enforcement of this chapter, while acting for the city in good faith and without malice in the discharge of the duties required by this chapter or other pertinent law or ordinance, are not civilly or criminally rendered liable personally and are relieved from personal liability for any damage accruing to persons or property as a result of any act, or by reason of an act or omission in the discharge of official duties. Any suit or criminal complaint instituted against an officer or employee because of an act performed by that officer or employee in the lawful discharge of duties and under the provisions of this chapter shall be defended by legal representative of the city until the final termination of the proceedings. The building official or any subordinate shall not be liable for cost in any action, suit or proceeding that is instituted in pursuance of the provisions of this chapter.

(l) *Approved materials and equipment.* Materials, equipment and devices approved by the building

official shall be constructed and installed in accordance with such approval.

(1)  *Appliance and fixture listing.* Appliances and fixtures shall be tested and listed in published reports by approved agencies and shall be installed in accordance with all instructions included as part of such listing.

(2)  *Used materials and equipment.* The use of used materials which meet the requirements of this chapter for new materials is permitted. Used equipment and devices shall not be reused unless approved by the building official.

(m)  *Modifications.* Whenever there are practical difficulties involved in carrying out the provisions of this chapter, the building official has the authority to grant modifications for individual cases, upon application of the owner or owner's authorized representative, providing the building official first finds that special individual reason makes the strict letter of this chapter impractical, and the modification is in compliance with the intent and purpose of this chapter, and that such modification does not lessen health, accessibility, life and fire safety, or structural requirements. The details of action granting modifications shall be recorded and entered in the files of the department of development services.

(n)  *Alternative materials, design and methods of construction and equipment.* The provisions of this chapter are not intended to prevent the installation of any material or to prohibit any design or method of construction not specifically prescribed by this chapter, provided that any such alternative has been approved. An alternative material, design or method of construction shall be approved where the building official finds that the proposed design is satisfactory and complies with the intent of the provisions of this chapter, and that the material, method or work offered is, for the purpose intended, at least the equivalent of that prescribed in this chapter in qualify, strength, effectiveness, fire resistance, durability and safety. Where the alternative material, design or method of construction is not approved, the building official shall respond in writing, stating the reasons why the alternative was not approved.

(1)  *Research reports.* Supporting data, where necessary to assist in the approval of materials or assemblies not specifically provided for in this chapter, shall consist of valid research reports from approved sources.

(2)  *Tests.* Whenever there is insufficient evidence of compliance with the provisions of this chapter, or evidence that a material or method does not conform to the requirements of this chapter, or in order to substantiate claims for alternative materials or methods, the building official has the authority to require tests as evidence of compliance to be made at no expense to the city. Test methods shall be as specified in this chapter or by other recognized test standards. In the absence of recognized and accepted test methods, the building official shall approve the testing procedures. Testing shall be performed by an approved agency. Reports of such tests shall be retained by the building official for the period required for retention of public records.

(Ord. No. 2011-12-01-0984, § 1, 12-1-2011; Ord. No. 2015-01-29-0066, § 4, 1-29-15)

Sec. 10-6. - Permits.

(a)  *Required.* Any owner or authorized agent who intends to construct, enlarge, alter, repair, move, demolish, or change the occupancy of a building or structure, to include a sign or billboard, or to erect, install, enlarge, alter, repair, remove, convert or replace any electrical, gas, mechanical or

plumbing system, the installation of which is regulated by this chapter, who performs site work or causes any such work to be done, shall first make application to the building official and obtain the required permit. See chapter 28 of the City Code for additional permit requirements for signs and billboards.

(b) *Annual permit.* In lieu of an individual permit for each alteration to an already approved electrical, gas, mechanical or plumbing installation, the building official is authorized to issue an annual permit upon application therefor to any person, firm or corporation regularly employing one or more qualified tradespersons in the building, structure or on the premises owned or operated by the applicant for the permit. The person to whom an annual permit is issued shall keep a detailed record of alterations made under such annual permit. The building official shall have access to such records at all times, or such records shall be filed with the building official as designated.

(c) *Annual electrical maintenance permit.* An annual electrical maintenance permit is issued by the city to allow a property owner, property lessee or management company to employ persons qualified by this Code to maintain and make minor repairs to existing electrical systems on a property that is registered with the department. An electrical maintenance permit is not required when the property owner, property lessee or management company is registered with the city as an electrical contractor or employs a master electrician of record, registered with the city as an electrical contractor, who oversees and is responsible for the electrical maintenance.

(1) *Registration of persons qualified to perform work.* All persons performing electrical work under this section shall be licensed or registered as required by the city or state. All electrical work performed under this permit must be performed by master electricians, journeyman electricians, maintenance electricians, or electrical maintenance technicians. Initial applicants for maintenance technicians will have to complete eight (8) hours of training approved by the code official.

(2) *Limitations of work.* Work that may be performed under this permit by an electrical maintenance technician shall be limited to the maintenance of, repair or replacement of devices or lighting fixtures, having the same characteristics as the existing devices or fixtures, in or on existing outlets and shall include, but not be limited to the following:

  a. 120-volt receptacles of all types.

  b. 240-volt 3-wire and 4-wire dryer and range receptacles. Replacement of these receptacles shall be limited to like configuration and amperage receptacles.

  c. Replacement of overcurrent devices and safety switches of only the same voltage, current, ampere interrupting capacity (AIC) including:

    1. One or two pole circuit breakers not exceeding 60-amps at 240-volts.

    2. One or two pole safety switches (fused or non-fused) not to exceed 60-amps at 240-volts.

    3. Fuses not to exceed 60-amps at 240-volts.

  d. Photo cells and time clocks not to exceed 277-volts nominal.

  e. Range hoods, disposals and dishwasher motors.

  f. Interior, exterior lighting and switches not to exceed 277-volts nominal.

  g. Ceiling fans on approved boxes with proper bracing.

  h. Pool lights and outlets provided they are protected with GFCI and are replaced with same.

     i.    Doorbell transformers and wiring to other low voltage devices with 120-volt connections.

     j.    Bathroom-type exhaust vents.

     k.    Electric gate repair.

Electrical maintenance work does not include the installation of any new electrical appurtenances, apparatus, equipment, machinery, or controls beyond the scope of any existing electrical installation.

(3) *Record keeping.* The applicant for an electrical maintenance permit must:

    a.    Maintain a copy of the permit at either the site where the work is being conducted or applicant's place of business if within the city.

    b.    Maintain a copy of the registration card for the certified personnel either at the location where the work is performed or the applicant's place of business if within the city.

    c.    Maintain a record of all work performed by registered personnel for a minimum of twelve (12) months.

(d) *Annual mechanical maintenance permit and annual plumbing maintenance permit for Residential Group R-2 apartment houses.* An annual mechanical maintenance permit and an annual plumbing maintenance permit, or the combination of both as one annual mechanical/plumbing maintenance permit, are required for all apartment houses containing more than four (4) dwelling units where the occupants are primarily permanent in nature. In this section the term "permanent in nature" means having dwelling units where the original lease term is greater than two (2) months.

*Exception:* No permit is required for apartment houses that have self-contained, ductless air conditioning products that have a cooling capacity of three (3) tons or less or for individual apartment houses containing less than five (5) dwelling units each.

(1) *Scope.*

    a.    *Mechanical.* The annual mechanical maintenance permit replaces the necessity of obtaining individual permits for work performed on environmental air conditioning system, a process cooling or heating system, a commercial refrigeration system or commercial refrigeration equipment. The permit does not cover nor is a permit required for the installation, repair, or removal of the following:

        1.    Vent hood used in residential kitchens.

        2.    Portable or self-contained ductless air conditioning product that has a cooling capacity of three (3) tons or less.

        3.    Portable or self-contained heating product that does not require the forced movement of air outside the heating unit.

        4.    Environmental air conditioning equipment that is intended for temporary use and is not fixed in place.

        5.    Residential refrigerator, freezer or ice machine.

    b.    *Plumbing.* The annual plumbing maintenance permit replaces the necessity of obtaining individual permits for work performed by an owner or maintenance technician or maintenance engineer employed by the owner who performs plumbing maintenance work incidental to and in connections with other duties.

(2)  *Permit holder.* An annual mechanical maintenance permit for mechanical maintenance work and an annual plumbing maintenance permit for plumbing maintenance work will only be issued to the building owner/manager or their authorized agent. For properties that contain less than twenty (20) dwelling units, the permits holder may obtain one annual mechanical maintenance permit and one annual plumbing maintenance permit covering multiple locations. For properties that contain twenty (20) or more dwelling units, the permit holder shall obtain one annual mechanical maintenance and one annual plumbing maintenance permit for the dwelling units contained within the property.

(3)  *Annual mechanical maintenance permit and annual plumbing maintenance permit fees.* These fees shall be as follows:

| | |
|---|---|
| Annual mechanical maintenance permit fee for single location | $50.00 per permit plus $0.21 per residential apartment unit |
| Annual mechanical maintenance permit fee for multiple locations | $50.00 per permit plus $2.00 per residential apartment unit |
| Annual plumbing maintenance permit fee for single location | $50.00 per permit plus $0.21 per residential apartment unit |
| Annual plumbing maintenance permit fee for multiple locations | $50.00 per permit plus $2.00 per residential apartment unit |
| Note: Owners of apartment houses have the option of taking out a combined annual mechanical/plumbing maintenance permit. These fees shall be as follows: | |
| Annual mechanical/plumbing maintenance permit fee for single location | $100.00 per permit plus $0.42 per residential apartment unit |
| Annual mechanical/plumbing maintenance permit fee for multiple locations | $100.00 per permit plus $4.00 per residential apartment unit |

(4)  *Record keeping.* Records of all work performed under the annual mechanical maintenance permit and annual plumbing maintenance permit shall be maintained by the permits holder for no less than twelve (12) months after performing such work and shall be made available for the building official's review upon request.

(5)  *Periodic inspections.* Work performed under both the annual mechanical maintenance permit and the annual plumbing maintenance permit is subject to the building official's periodic inspections. No notice will be required by the building official to make periodic inspections of equipment located on the exterior of apartment houses. For periodic inspections of

equipment located on the interior of apartment houses or their rooftops, coordination shall take place with the permits holder with a minimum five (5) days notice prior to the inspections. A date and time for the inspections shall be established by the building official. Maintenance records for both interior work and exterior work shall be made available during all interior inspections.

(6)  *Limits of work performed under annual mechanical maintenance permit and annual plumbing maintenance permit.* Work performed under these permits shall be limited as follows:

*Mechanical:*

a.  All work required for the continued normal performance of an existing environmental air conditioning system, a process cooling or heating system, a commercial refrigeration system or a commercial refrigeration system. Work does not include the following:

1.  Total replacement of a system.

2.  Installation or repair of a boiler or pressure vessel that must be installed in accordance with rules adopted by the commission under V.T.C.A., Health and Safety Code ch. 755.

b.  Diagnosing and repairing problems associated with air conditioning, commercial refrigeration, or process cooling or heating equipment, and remedying or attempting to remedy these problems.

*Plumbing:* Repair, maintenance and replacement of existing potable water piping, existing sanitary waste and vent piping, existing plumbing fixtures and existing electric water heaters.

(7)  *Work not covered by the annual mechanical or plumbing maintenance permit.* The following work is not covered by these permits unless it is performed by either a licensed contractor or a state licensed professional engineer:

*Mechanical:*

a.  Simultaneous replacement of the condensing unit, furnace and evaporator coil.

b.  Replacement of any condensing unit that is more than one-half-ton larger than the current size.

c.  Replacement of any furnace that is more than thirty-five thousand (35,000) BTU's larger than the current size.

d.  Replacement of any evaporator coil that is more than one-half-ton larger than the current size.

e.  Extension of any duct work more than one foot.

f.  Relocating any equipment to a new location more than five (5) feet from the original location.

*Plumbing:*

a.  Cutting into fuel gas plumbing systems.

b.  Installation of gas fueled water heaters.

(8)  *Who may perform work.* The following may perform maintenance work under these permits:

a.  Licensed air conditioning contractors for the mechanical maintenance permit.

b.   A person licensed as an engineer under V.T.C.A., Occupational Code ch. 1001 and who engages in air conditioning and refrigeration contracting work and/or plumbing work in connection with the business in which the person is employed but does not engage in that work for the public.

c.   A person who performs air conditioning and refrigeration maintenance work and/or plumbing maintenance work if the person:

1.   Is a maintenance technician or maintenance engineer and is a regular employee of the building owner/manager of the property where the work is being performed;

2.   Performs the work in connection with the business in which the person is employed; and

3.   The person's employer does not engage in air conditioning and refrigeration contracting for the public and/or plumbing contracting work for the public.

(e)   *Work exempt from permit.* Exemptions from permit requirements of this chapter shall not be deemed to grant authorization for any work to be done in any manner in violation of the provisions of this chapter or any other laws or ordinances of the city. Permits shall not be required for the following:

*Building:*

(1)   One-story detached accessory structures used as tool and storage sheds, playhouses and similar uses, provided the floor area does not exceed three hundred (300) square feet (11 m$^2$).

(2)   Minor repairs to fences not over six (6) feet (1829 mm) high. Replacement of up to twenty-five (25) percent of the overall contiguous length of a fence shall constitute minor repair.

(3)   Oil derricks.

(4)   Retaining walls that are not over four (4) feet (1219 mm) in height measured from the grade level at the front of the wall to the top of the wall, unless supporting a surcharge or impounding Class I, II or IIIA liquids.

(5)   Water tanks supported directly on grade if the capacity does not exceed five thousand (5,000) gallons (18,925 L) and the ratio of height to diameter or width does not exceed 2:1.

(6)   Sidewalks and driveways not more than thirty (30) inches (762 mm) above adjacent grade, and not over any basement or story below and are not part of an accessible route.

(7)   Painting, papering, tiling, carpeting, cabinets, counter tops and similar finish work.

(8)   Temporary motion picture, television and theater stage sets and scenery.

(9)   Prefabricated swimming pools accessory to a Group R-3 occupancy that are less than twenty-four (24) inches (610 mm) deep, do not exceed five thousand (5,000) gallons (18,925 L) and are installed entirely above ground.

(10)   Shade cloth structures constructed for nursery or agricultural purposes, not including service systems.

(11)   Swings and other playground equipment accessory to detached one- and two-family dwellings.

(12)   Window awnings supported by an exterior wall that do not project more than fifty-four (54) inches (1,372 mm) from the exterior wall and do not require additional support of Groups R-3 and U occupancies.

(13)  Nonfixed and movable fixtures, cases, racks, counters and partitions not over five (5) feet nine (9) inches (1,753 mm) in height.

(14)  Patios not more than thirty (30) inches (762 mm) above grade or not over any basement or story below.

(15)  Decks accessory to one-and two family dwellings not exceeding three hundred (300) square feet in area, that are not more than thirty (30) inches above grade at any point, are not attached to a dwelling and do not serve a required exit door.

*Electrical:*

(1)  Minor repairs or maintenance work when performed by a licensed electrical contractor, the replacement of lamps or the connection of approved portable electrical equipment to approved permanently installed receptacles.

(2)  Replacement of a refrigeration or HVAC system motor, solenoid valves or controls associated with the motor when performed by a licensed mechanical contractor.

(3)  The installation of that portion of wiring and equipment for telephone, voice, data, cable TV, broadband and other types of communication systems that operate at fifty (50) volts nominal or less. Such systems shall be grounded according to the applicable provisions of Article 250 and Chapter 8 of the NEC.

(4)  The installation of wiring and equipment by or for the city for the purpose of generating, transmitting and delivering service to its customers.

(5)  Radio and television transmitting stations: The provisions of this chapter shall not apply to electrical equipment used for radio and television transmissions, but do apply to equipment and wiring for a power supply and the installations of towers and antennas.

(6)  Temporary testing systems: A permit shall not be required for the installation for any temporary system required for the testing or servicing of electrical equipment or apparatus.

*Gas:*

(1)  Replacement of any minor part that does not alter approval of equipment or make such equipment unsafe.

(2)  Portable LP-gas appliances and equipment of all types that is not connected to a fixed fuel piping system.

(3)  Installation of farm appliances and equipment such as brooders, dehydrators, dryers and irrigation equipment.

(4)  Raw material (feedstock) applications except for piping to special atmosphere generators.

(5)  Oxygen-fuel gas cutting and welding systems.

(6)  Industrial gas applications using gases such as acetylene and acetylene compounds, hydrogen, ammonia, carbon monoxide, oxygen and nitrogen.

(7)  Petroleum refineries, pipeline compressor or pumping stations, loading terminals, compounding plants, refinery tank farms and natural gas processing plants.

(8)  Integrated chemical plants or portions of such plants where flammable or combustible liquids or gases are produced by, or used in, chemical reactions.

(9)  LP-gas installations at utility gas plants.

(10)   Liquefied natural gas (LNG) installations.

(11)   Fuel gas piping in power and atomic energy plants.

(12)   Proprietary items of equipment, apparatus or instruments such as gas-generating sets, compressors and calorimeters.

(13)   LP-gas equipment for vaporization, gas mixing and gas manufacturing.

(14)   Temporary LP-gas piping for buildings under construction or renovation that is not to become part of the permanent piping system.

(15)   Installation of LP-gas systems for railroad switch heating.

(16)   Installation of hydrogen gas, LP-gas and compressed natural gas (CNG) systems on vehicles.

(17)   Except as provided in Section 401.1.1 of the IFGC as amended, gas piping, meters, gas pressure regulators and other appurtenances used by the serving gas supplier in the distribution of gas, other than undiluted LP-gas.

(18)   Piping systems for mixtures of gas and air within flammable range with an operating pressure greater than ten (10) psig (69 kPa gauge).

(19)   Portable fuel cell appliances that are neither connected to a fixed piping system nor interconnected to a power grid.

*Mechanical:*

(1)   Portable heating appliance.

(2)   Portable ventilation appliances and equipment.

(3)   Portable cooling units.

(4)   Steam, hot water or chilled water piping within any heating or cooling equipment or appliances regulated by this Code.

(5)   The replacement of any minor part that does not alter approval of equipment or an appliance or make such equipment or appliance unsafe.

(6)   Portable evaporative coolers.

(7)   Self-contained refrigeration systems that contain ten (10) pounds (4.5 kg) or less of refrigerant, or that are actuated by motors of one horsepower (0.75 kW) or less.

(8)   Portable fuel cell appliances that are not connected to a fixed piping system and are not interconnected to a power grid.

*Plumbing:*

(1)   The stopping of leaks in drains, water, soil, waste or vent pipe, provided, however, that if any concealed trap, drain pipe, water, soil, waste or vent pipe becomes defective and it becomes necessary to remove and replace the same with new material, such work shall be considered as new work and a permit shall be obtained and inspection made as provided in this chapter.

(2)   The clearing of stoppages or the repairing of leaks in pipes, valves or fixtures and the removal and reinstallation of water closets, provided such repairs do not involve or require the replacement or rearrangement of valves, pipes or fixtures.

(f)   *Emergency repairs.* Where equipment replacements and repairs must be performed in an emergency situation, the permit application shall be submitted within the next business day to the

building official.

(g) *Repairs.* Application or notice to the building official is not required for ordinary repairs to structures, replacement of lamps or the connection of approved portable electrical equipment to approved permanently installed receptacles. Such repairs shall not include the cutting away of any wall, partition or portion thereof, the removal or cutting of any structural beam or load-bearing support, or the removal or change of any required means of egress, or rearrangement of parts of a structure affecting the egress requirements; nor shall ordinary repairs include addition to, alteration of, replacement or relocation of any standpipe, water supply, sewer, drainage, drain leader, gas, soil, waste, vent or similar piping, electric wiring or mechanical or other work affecting public health or general safety. When making repairs, defective material or parts shall be replaced or repaired in such a manner so as to preserve the original approval or listing.

(h) *Public service agencies.* A permit shall not required for the installation, alteration or repair of generation, transmission, distribution or metering or other related equipment that is under the ownership and control of public service agencies by established right.

(i) *Application for permit.* To obtain a permit, the applicant shall first file an application in writing on a form furnished by the department of development services for that purpose. Such application shall:

(1) Identify and describe the work to be covered by the permit for which application is made.

(2) Describe the land on which the proposed work is to be done, by legal description, street address or similar description that will readily identify and definitely locate the proposed building or work.

(3) Indicate the use and occupancy for which the proposed work is intended.

(4) Be accompanied by construction documents and other information as required in section 10-8 of this chapter.

(5) State the valuation of the proposed work. Valuation shall include the cost of labor, materials and profit.

(6) Be signed by the applicant, or the applicant's authorized agent.

(7) Give such other data and information as required by the building official.

(j) *Authorization to obtain plumbing permits.* The following lists those individuals, contractors and *companies* that are authorized to obtain plumbing permits:

(1) Any duly licensed master plumber.

(2) Any homeowner performing plumbing work on a homestead wherein he/she resides. The installation must be made by the homeowner without the assistance of any person or persons.

(3) (TCEQ) 30 TAC 344 Licensed irrigators, who have a state irrigators license, for the installation of backflow devices for irrigation systems.

(4) Water softener companies that hold a Class III Texas Commission of Environmental Quality (TCEQ) license for the installation or change out of water softeners and associated equipment.

(5) Licensed fire line contractors for backflow devices on fire lines.

(6) Plumbing work performed by anyone who is regularly employed or acting as a maintenance man or maintenance engineer, incidental to and in connection with the business in which he

is employed or engaged, and who does not engage in plumbing work for the general public. See state licensing law for definition of maintenance person or maintenance engineer. Exceptions:

   a. Any person who is employed by the railroad for plumbing work done upon the premises or equipment of the railroad, and who does not engage in plumbing work for the general public.

   b. Any person engaged by any public service company for plumbing work in connection with laying, maintaining and the operation of its service mains or lines and the installation, alteration, adjustment, repair, removal or renovation of all types of appurtenances, equipment and appliances directly related to public service companies, properties and/or jurisdiction.

(7) Gas work performed by a certified LP gas installer licensed under V.T.C.A., Natural Resources Code chapter 113.

(8) (OSSF) On-site Sewage Facility companies that hold an (OSSF Installer I or Installer II) Texas Commission of Environmental Quality (TCEQ) license for installation of (OSSF) On-Site Sewage Facilities and associated equipment, to secure a Sewer Permit to install the Sewer line from the building drain to the OSSF tank.

*Insurance.* Before any person shall engage in plumbing work within the city, such person shall provide a certificate of insurance issued by an insurance company authorized and admitted to do business in the state for commercial general liability insurance and products completed operations coverage for master plumber for claims for property damage or bodily injury, regardless of whether the claim arises from a negligence claim or on a contract claim, and shall be in a coverage amount of not less than three hundred thousand dollars ($300,000.00) for all claims arising in any one-year period. Further, any persons engaged in plumbing work shall indemnify and hold harmless the city from any and all damages, claims, liens or losses, including, but not limited to personal injury or death and property damage, arising from any acts or omission of any character whatsoever caused by such person, his agents or employees, engaged in plumbing work.

(k) *Action on application.* The building official shall examine or cause to be examined application for permits and amendments thereto within a reasonable time after filing. Such applications may be reviewed by other departments of the city to verify compliance with any applicable laws and ordinances under their jurisdiction. If the application or the construction documents do not conform to the requirements of the pertinent laws, the building official shall reject such application in writing, stating the reasons for the rejection. If the building official is satisfied that the proposed work conforms to the requirements of this chapter and applicable laws and ordinances, and that fees specified in ordinances adopted by the city have been paid, the building official shall issue a permit for the work as soon as practicable. No building permit shall be issued where there is not a supply of approved water for domestic or fire protection use, and adequate to the purposes for which the property is intended to be used, and where there is not an all-weather road surface adequate to withstand the weight of a fire truck.

(l) *Time limitation of application.* An application for a permit for any proposed work shall be deemed to have been abandoned one hundred eighty (180) days after the date of filing, unless such application has been pursued in good faith or a permit has been issued, except that the building

official is authorized to grant one or more extensions of time for additional periods not exceeding ninety (90) days each. The extension shall be requested in writing and justifiable cause demonstrated.

(m)  *Validity of permit.* The issuance or granting of a permit shall not be construed to be a permit for, or an approval of, any violation of any of the provisions of this chapter or of any other ordinance of the city. Permits presuming to give authority to violate or cancel the provisions of this chapter or other ordinances of the city shall not be valid. The issuance of a permit based on construction documents and other data shall not prevent the building official from requiring the correction of errors in the construction documents and other data. The building official is also authorized to prevent occupancy or use of a structure where in violation of this chapter or of any other ordinances of the city.

(n)  *Expiration.* Every permit issued shall become invalid unless the work on the site authorized by such permit is commenced within one hundred eighty (180) days after its issuance, or if the work authorized on the site by such permit is suspended or abandoned for a period of one hundred eighty (180) days after the time the work is commenced. The building official is authorized to grant, in writing, one or more extensions of time, for periods not more than one hundred eighty (180) days each. The extension shall be requested in writing and justifiable cause demonstrated.

(o)  *Suspension or revocation.* The building official is authorized to suspend or revoke a permit issued under the provisions of this chapter whenever the permit is issued in error or on the basis of incorrect, inaccurate or incomplete information, or in violation of any ordinance or regulation or any of the provisions of this chapter.

(p)  *Placement of permit.* The building permit or copy shall be kept on the site of the work until the completion of the project.

(q)  *Demolition permit.* See section 10-119 of this chapter.

(r)  *House moving permit.* See section 10-120 of this chapter.

(Ord. No. 2011-12-01-0984, § 1, 12-1-2011; Ord. No. 2015-01-29-0066, § 5, 1-29-15)

**TAB C**

Sec. 35-A101. - Definitions and Rules of Interpretation.

(a) **Generally.** Words, phrases and terms defined in this appendix shall he given the defined meaning as set forth below. Words, phrases and terms not defined in this chapter, but defined in the building code adopted by chapter 6 of the City Code, shall be given their usual and customary meanings except where the context clearly indicates a different meaning. Words, phrases and terms neither defined in this chapter nor in the building code shall be given their usual and customary meanings except where the context clearly indicates a different meaning.

The text of this chapter shall control captions, titles and maps.

The word "shall" is mandatory and not permissive; the word "may" is permissive and not mandatory.

Words used in the singular include the plural and words used in the plural include the singular.

Words used in the present tense include the future tense and words used in the future tense include the present tense.

Within this chapter, subsections prefaced "Commentary" are included. Each commentary is intended as an official statement of legislative finding or purpose. Whenever a section of this chapter is deemed to require clarification, explanation of its intent or further elaboration, that section is followed by a commentary. The commentaries have been legislatively adopted together with the formal text of this chapter. They are intended as a guide to the administration and interpretation of the chapter and shall be treated in the same manner as other aspects of legislative history.

In their interpretation and application, the provisions of this chapter shall be deemed to be minimal in nature and whenever the provisions, standards or requirements of any other applicable chapter of this Code are higher or more restrictive, the latter shall control.

In computing any period of time prescribed or allowed by this chapter, the day of the notice or final application, after which the designated period of time begins to run is not to be included. Further, the last day is to be included unless it is not a city working day, in which event the period runs until the next city working day.

For purposes of the landscaping standards of this chapter, reference shall be made to American Nursery and Landscape Association ("ANLA")(formerly the American Association of Nurserymen), The American Standard For Nursery Stock, (1996), which document is hereby incorporated by reference as if set forth in its entirety herein. Said document may be obtained by contacting ANLA at 1250 I Street NW, Suite 500, Washington, D.C. 20005 (202/789-2900). In addition to the definitions set forth in Appendix "A" to this chapter, the following definitions shall apply to the regulation and control of landscaping within this section.

(b) **Definitions.** Words with specific defined meanings are as follows:

1% annual chance floodplain, (formerly 100-year floodplain). The land within a community subject to a one (1) percent or greater chance of flooding in any given year. These areas are typically designated as a Federal Emergency Management Agency (FEMA) Zone A, AE, AH, or AO on FEMA Flood Insurance Rate Maps (FIRM Panels).

Abut or abutting. Having property lines in common; to adjoin at an end; to be contiguous.

Accessory apartment. A dwelling unit located within the principal dwelling, and that is accessory, supplementary, and secondary to the principal dwelling unit. An accessory apartment may be constructed as an attached addition to the principal use or occupied as an accessory to the principal use. An accessory apartment is located within the same building as the principal dwelling unit.

Accessory detached dwelling unit. A dwelling unit that is accessory, supplementary, and secondary to the principal dwelling that may be constructed as an addition to the principal structure or as an accessory to the principal structure. An accessory dwelling unit is detached from the principal dwelling.

Accessory dwelling. An accessory detached dwelling unit or an accessory apartment.

Accessory dwelling standards. See section 35-371 of this chapter.

Accessory structure. A building, structure or use on the same lot with, and of a nature customarily incidental and subordinate to, the principal building or use. Examples include garages or tool sheds. See also section 35-370(b).

Accessory use. A use of land or of a building or portion thereof that is subordinate to, incidental to, and customarily associated with a principal use and is operated primarily for the convenience of employees, clients or customers of the principal use, but does not attract separate trips.

Accessory use regulations. see section 35-370 of this chapter.

Addition. A completely new structure or new component to an existing structure.

Adjacent. Two (2) properties, lots or parcels are "adjacent" where they abut, or where they are nearby and are separated by a dissimilar type of manmade or geologic feature including but not limited to a roadway or street, right-of-way, or railroad line, or any stream, river, canal, lake, or other body of water. Adjacent may or may not imply contact but always implies absence of anything of the same kind in between; to physically touch or border upon, or to share a common property line or border. Includes properties or uses that are separated by a drive, street, or other public-dedicated right-of-way.

Administrative approval. In the office of historic preservation, the process of reviewing certain applications for local regulation compliance and approval without review by the historic and design review commission.

Adopted level of service. The level of service (LOS) standards adopted herein, as referenced in subsection 35-502(d) of this chapter for a particular public facility. All applications are evaluated for the purposes set forth in this chapter in accordance with these adopted levels of service. The adopted level of service also provides a basis for the establishment or expansion of a public facility or service which is subject to subsection 35-502(d) of this chapter.

Adult arcade means any "premises" to which members of the public or members of any club, group or association are admitted and permitted to use one (1) or more arcade devices.

Adult bookstore means an adult bookstore, adult novelty store, or adult video store where more than thirty (30) percent of its inventory (that is offered for sale, rental or viewing for any form of consideration to on-premises customers) or floor space consists of one (1) or more of the following:

(a)   Books, magazines, or sound recordings, or printed, visual or audio material of any kind which are characterized by their emphasis on the description or depiction of specified anatomical areas or specified sexual activities; or

(b)   Non-contraceptive instruments, devices, toys, or paraphernalia designed for use in connection with specified sexual activities, books, magazines, pamphlets, pictures, drawings, photographs, motion picture films, or sound recordings, or printed, visual or audio material of any kind, which, because of the depiction or description of specified sexual activities in the materials offered for sale, is restricted to adults.

(c)   Novelty items designed as sight gags, advertised as such and not designed or advertised for sexual activity, are not instruments or devices as defined and regulated herein.

Adult cabaret means an establishment that, as one (1) of its primary business purposes, offers to customers live entertainment which is intended to provide sexual stimulation or sexual gratification to such customers, and which is distinguished by or characterized by an emphasis on matter depicting, describing or relating to specified sexual activities, or specified anatomical areas.

Adult motion picture theater. A business place where motion pictures are shown to paying customers when such place is used for presenting material having as its dominant theme, or distinguished or characterized by, an emphasis on the depiction or description of specified anatomical areas or specified sexual activities for observation by patrons, and where admittance to such showings is totally limited to adults.

Adult mini-theater means any premises that is subject to regulation under Chapter 243 of the Local Government Code, as amended, to which members of the public or members of any club, group or association are admitted and permitted to use one (1) or more "mini-theatre devices."

Adult motel means a motel, hotel or similar commercial establishment which: (a) offers public accommodations, in any form of consideration, which provides patrons with closed-circuit television transmission, films, motion pictures, video cassettes, slides, or other photography reproductions which are characterized by the depiction or description of specified sexual activities or specified anatomical areas, and (b) which advertises the availability of this sexually oriented type of material by means of a sign visible from the public right-of-way, or by means of any off-premises advertising, including, but not limited to, newspapers, magazines, pamphlets, leaflets, radio, or television.

Adverse or negative secondary effects means any one (1) of the following conditions caused by the existence of or geographic proximity to a sexually oriented business:

(a)   The existence of violations of law, including but not limited to: prostitution, promotion of prostitution, aggravated promotion of prostitution, compelling prostitution, obscenity, sale or distribution or display of material harmful to a minor, sexual performance by a child, employment harmful to children, possession or promotion of child pornography, public lewdness, indecent exposure, indecency with a child, sexual assault, aggravated sexual assault,

pandering, loitering, trespass, or any violation of Chapter 481 of the Texas Health and Safety Code, criminal attempt to conduct a violation of law, criminal conspiracy to conduct a violation of law, or solicitation to conduct a violation of law.

(b)    Diminution of surrounding property value.

(c)    Unsanitary health conditions resulting from improper disposition of bodily secretions thereby posing a threat of spreading infection or disease.

(d)    Those adverse secondary effects found to exist by the Texas Legislature at Section 243.001(a) of the Texas Local Government Code.

(e)    Those adverse secondary effects described by the United States Fifth Circuit Court in J&B Entm't, Inc. v. City of Jackson, Miss., 152 F.3d 362 (5th Cir. 1998) and by the United States Supreme Court in City of Erie v. Pap's A.M., 529 U.S. 277 (2000) and by the City of Jackson, Mississippi and the City of Erie, Pennsylvania as described in the legal opinions therein.

Advertising bench. Any bench providing seating to the general public without charge, which may bear advertising.

Affiant. The person, as that term is defined herein, which assumes financial and legal responsibility for the maintenance, operation, and effectiveness of structural controls, and the performance of required monitoring of surface water, related to a development for which an affidavit is, filed pursuant to section 34-911 of this chapter.

Agricultural use. The raising of livestock or growing of crops, fruits, flowers, and other naturally grown products as a business venture for profit. (Source: Derivation of Agricultural Use-Value: Bexar County Texas - 2002).

Airport. Any area of land or water, whether of public or private ownership, designed and set aside for the landing and taking-off of aircraft, including all contiguous property thereto which is held or used for airport purposes.

Airport hazard. Any structure or tree or use of land which obstructs the air space required for the flight of aircraft or which obstructs or interferes with the control of tracking and/or data acquisition in the handling, taking-off or flight at any airport, or at any installation or facility relating to flight and tracking and/or data acquisition of flight craft, hazardous, interfering with or obstructing such landing, taking-off or flight of aircraft or which is hazardous to or interferes with tracking and/or data acquisition pertaining to flight and flight vehicles.

Airport hazard area. Any area of land or water upon which an airport hazard might be established if not prevented as provided in this chapter, and or the purposes hereof, is that area underlying or within the lateral limits of the imaginary surfaces which are within the controlled area of these regulations.

Airport hazard zoning maps. The set of seventeen (17) film positive overlay maps prepared by Henry Bain Engineers, Inc. These maps are intended to be used by being overlaid on the most current United States Geological Survey topographic maps of the seven and one-half (7½) minutes of latitude and longitude quadrangle series, 1:24,000 scale. The overlay maps are to [be] used with the following

USGS quadrangle maps, which are identified on each of the overlay maps:

Sheet 1 Camp Bullis
Sheet 2 Bulverde
Sheet 3 Bat Cave
Sheet 4 Helotes
Sheet 5 Castle Hills
Sheet 6 Longhorn
Sheet 7 Schertz
Sheet 8 Marion
Sheet 9 Culebra
Sheet 10 San Antonio West
Sheet 11 San Antonio East
Sheet 12 Martinez
Sheet 13 Saint Hewing
Sheet 14 Macdona
Sheet 15 Terrell Wells
Sheet 16 Southton
Sheet 17 Elmendorf

The overlay maps are adopted and made a part of these regulations.

<u>Alcohol beverage manufacture or brewery.</u> This use may include the production of wines, spirits or a brewing facility for the production of malt liquors such as beer and ale, using grains such as oats, hops, rice, wheat and barley, designed and managed to brew more than seventy-five thousand (75,000) barrels of beer per year. The following uses may be accessory to an alcoholic beverage manufacturer or brewery in conformance with <u>section 35-370</u>:

1. Sampling for on-site consumption and the sale for off-site consumption of the products;
2. Meeting/reception facilities; and
3. Retail sales of items primarily associated with the use (such as glassware, souvenirs, promotional items) and conducted within the premises or a permitted accessory structure.

Neither a microbrewery nor a brewpup, as defined, shall be considered a beverage manufacture or alcohol brewery facility.

<u>Alley.</u> A minor public right-of-way not intended to provide the primary means of access to the abutting lots, which is used for vehicular service access to the back or sides of properties otherwise abutting on a public street.

<u>All weather surface (parking and vehicular access).</u> Vehicular "all weather surfaces" shall constitute: poured concrete on prepared subgrade; hot laid asphalt on a prepared base course; single, double, or triple asphalt surface treatment (consisting of applications of asphaltic material, each covered with aggregate) on a prepared base course. Brick/concrete block/tile/flagstone set in mortar or on a prepared base course. The director of planning and development services shall determine if other materials may fit within this category of surface; however, in no case shall a material be considered a

"all weather surface" if such surfaces generates or produces any dust or particulate matter that could be airborne to adjacent properties such as occurs with compacted base materials.

All weather surface (pedestrian walkways and access). All weather surfaces shall constitute poured concrete, hot laid asphalt, or tile/ flagstone/brick/concrete block. The director of planning and development services shall determine if other materials may fit within this category of surface. For pedestrian application crushed granite, marble and rock slag may be considered an "all weather surface".

All weather surface (temporary access). All weather surfaces for temporary construction access or event access such as "homes shows", carnivals, etc., shall be permitted by the director of planning and development services and may be poured concrete, hot or cold laid asphalt or tile/brick/flagstone /concrete block, compacted base material, crushed granite, or gravel for a period not to exceed one hundred twenty (120) days.

Alteration. Any change affecting the exterior appearance of an existing structure or improvement by additions, reconstruction, remodeling, or maintenance; or any structural changes involving changes in form, texture, materials, or color; or, as applied to a building or structure, a change or rearrangement in the structural parts of the existing facilities, or an enlargement, whether by extending on a side or by increasing the height, or the moving from one location to another.

Amusement and recreation uses. Establishments primarily engaged in providing amusement or entertainment for a fee or admission charge. These include dance halls and party houses; studios; theaters and cinemas; musical entertainment; bowling alleys; billiards and pool establishments; racetracks; sports arenas, rings, ball fields, and courts; swimming pools; carnivals and circuses; fairgrounds; stadiums; expositions and amusement parks; skating rinks; golf courses; horse shows; arenas, and stables; coin-operated devices and game parlors.

Ancillary use. Shall be a use limited to providing a service and/or product for the needs of on-site tenants. Ancillary uses shall not generally serve the public or non-tenant customers.

Animal and pet services. These establishments provide animal and pet care services (except veterinary), such as boarding, grooming, sitting, and training.

Animal clinic. A facility for the prevention, treatment, minor surgery, cure, or alleviation of disease and/or injury in small domestic animals, with all care conducted within a completely enclosed building, provided that noise or odors created by activities within the building are not perceptible beyond the property line, and that no animals are kept outside the building at any time. Overnight boarding of animals is permitted unless expressly prohibited by the zoning district regulations.

Animal pound or shelter. A facility used to house or contain stray, homeless, abandoned or unwanted animals. This use may include animal adoption, euthanization services, and veterinary services as defined. Outdoor runs, paddocks and pens are permitted.

Antenna. Any system of electrical conductors used for the transmission and/or reception of electromagnetic waves.

Antenna support structure. Any structure, mast, pole, tripod, or tower used for supporting an antenna or antennas. An antenna support structure includes any monopole antenna structure or lattice antenna structure.

Antique. An object d'art or household furnishing which was not mass-produced, and was characteristic of a specific period in a specific country.

Apartment. See Dwelling, multi-family.

Apothecary. One who prepares and sells drugs and medicines; pharmacist.

Appeal. An appeal to the board of adjustment where it is alleged that there is error in any order, requirement, decision, or determination made by an administrative official in the enforcement in the zoning article of this chapter.

Application. Any application for approval of an annexation, a rezoning, or a permit as defined herein.

Application for development approval or "application". Any application for a development order or a permit.

Approach-departure path. A path for flight in a plane leading outward and upward from the end of the take-off and landing area, under which adequate areas should be located to permit a safe landing in the event of a malfunction.

Appurtenance. Any accessory or ancillary building, object or structure, fence, street furniture, fixture, vending machine, fountain, public artwork, or bicycle rack located on the grounds of a historic landmark, in a historic district, in the Riverwalk Overlay District, on public property, or in the public right-of-way.

Arborist. See "Certified arborist."

Arcade device means any coin, currency or slug operated or electronically or mechanically controlled machine or device that dispenses or effectuates the dispensing of "entertainment" that is intended for the viewing of five (5) or fewer persons in exchange for any payment of consideration.

Arch. A curved and sometimes pointed structural member used to span an opening.

Archaeological. The science or study of the material remains of past life or activities and the physical site, location, or context in which they are found, as delineated in the Archaeological Resources Protection Act of 1979, as amended.

Architect/designers/engineer. A principal person or/of the firm contracted to design the overall project to which design enhancements applies.

Architectural features. These include, but are not limited to, the exterior details of a building or structure, such as the type, style, or color of roofs, windows, doors, and appurtenances. Architectural features will include interior architectural features where the interior is authorized for review.

Architectural style. Useful tools for analyzing general types of historic resources that tend to be related to the building's era of construction and popular regional trends. See the architectural styles section of A Guide to San Antonio's Historic Resources.

Area. A specific geographic division of the City of San Antonio.

Area of flood inundation. Sites that are subject to flooding as a result of water ponding in the controlled storage areas of dams, detention and retention ponds.

Area of shallow flooding. A designated AO, AH, or VO zone on a community's flood insurance rate map (FIRM) with a one (1) percent chance or greater annual chance of flooding to an average depth of one (1) to three (3) feet where a clearly defined channel does not exist, where the path of flooding is unpredictable and where velocity flow may be evident. Such flooding is characterized by ponding or sheet flow.

Area of special flood hazard. The land in the floodplain within a community subject to a one (1) percent or greater chance of flooding in any given year. This area is also known as the 100-year floodplain. The area is designated as a Federal Emergency Management Agency Zone A, AE, AH, AO on the flood insurance rate maps.

Art gallery or museum. A corporation, organized for purposes of maintaining collection of books and art works bequeathed to it and maintaining public art gallery on premises devised to it.

Artificial lot. An area within a building site that is delineated by the building official for the sole purpose of satisfying the requirements of this chapter.

Artisan's studio. Space utilized for the preparation, display and sale of individually crafted artwork, jewelry, furniture, sculpture, pottery, leather craft, hand-woven articles or similar items. Artisan may live on-site. Up to two (2) persons not living on-site may be employed.

Artist. A practitioner in the visual fine arts, generally recognized by critics and peers as a professional of serious intent and recognized ability, who produces artworks.

Artist selection panel. A group of professionals and community members selected by the department of public works whose purpose is to select specific artists to be commissioned for each eligible project.

Artist services. Professional services by artists to develop designs for artworks or other architectural, landscape or urban design components, either individually or as member of a project design team.

Artists registry. A regional, local, national and international slide and digital collection of artists and artworks used as a resource for art, art activities, and for the design enhancement selection process.

Assessed value prior to preservation. The value assessed by the city tax assessor-collector for the tax year of verification, as defined hereafter.

Assisted living facility. An establishment that furnishes, in one (1) or more buildings, food and

shelter to four (4) or more persons who are unrelated to the proprietor of the establishment; provides personal care services, as defined by Chapter 247 Assisted Living Facility Licensing Act of the Texas Health and Safety Code, or administration of medication by a person licensed or otherwise authorized in the state of Texas to administer the medication; and may provide assistance with or supervision of the administration of medication. The assisted living facility shall be licensed by the State of Texas under Chapter 247 Assisted Living Facility Licensing Act of the Texas Health and Safety Code, and as amended, and shall comply with Chapter 123 Community Homes for Disabled Persons Location Act of the Texas Human Resources Code. By definition, an unlicensed facility is not considered an assisted living facility. See also definition for community home for assisted living facilities with six (6) or fewer residents. See also § 35-376.

ASTM E 90. The standard test method for laboratory measurement of airborne sound transmission loss of building partitions and elements.

ASTM E 966. The standard guide for field measurements of airborne sound insulation of building facades and facade elements.

Asymmetry. Lack of symmetry or balance of architectural features in a structure.

Athletic field. Within the context of section 35-523 athletic field means an on-site sports playing field used primarily for organized sports for public or private schools or for use as a sports playing field off-site for a public or private school in association with youth sports.

Auto and vehicle sales. The use of any building, land area, lot, parcel, or other premises for the display and sale of new or used automobiles generally but may include light trucks or vans, trailers, or recreational vehicles and including any vehicle preparation or repair work conducted as an accessory uses.

Automotive wrecking and salvage yard. A business that stores three (3) or more wrecked vehicles outdoors for the purpose of dismantling or otherwise wrecking the vehicles to remove parts for sale or for use in an automotive repair or rebuilding business.

Aviation industry facility. Buildings and structures in the city limits of San Antonio, used or to be used in the operation, maintenance, modification, service, research and development, manufacture, and storage of aircraft or the sale of aircraft or aircraft parts. (Cross-Reference: Impact fee standards)

A-weighted decibel (dBA). The most commonly weighted sound filter used to measure perceived loudness versus actual sound intensity. The human ear responds differently to frequencies. For example, the human hearing system perceives mid-frequency sounds as louder than low and high frequency sounds. To accommodate this condition when measuring sound levels, filters need to be installed into sound meters. The results are a more accurate measurement of sound for the human hearing system.

Awning. A projecting roof-like structure sheltering a door or window, often canvas.

Bail bond agency. An establishment in which a licensed bail bond surety provides bail bond services as regulated by the Texas Occupations Code.

Balcony. A railed projecting platform found above ground level on a building.

Baluster. Any of a number of closely spaced supports for a railing.

Balustrade. A rail or row of posts that support it, as along the edge of a staircase.

Bank, credit union. A depository lending institution regulated by the Texas Department of Banking, the Texas Credit Union Department and/or National Credit Union Association. A bank or credit union shall not include any business engaged in retail sales or any use that meets the criteria of a specified financial institution, as defined.

Bar. See "Tavern".

Base density. The total permitted dwelling units computed as follows: (a) Divide the minimum lot size by gross acreage for conventional subdivisions, or (b) The maximum density applied to gross acreage for conservation subdivisions.

Base flood. The flood having a one (1) percent chance of being equaled or exceeded in any given year. (100-year frequency flood).

Basement. Any area of the building having its floor subgrade (below ground level) on all sides.

Base zoning district. Any of the zoning districts established pursuant to subsection 35-302(a) of this chapter.

Battered foundation. A foundation that is inclined, so that it appears to slope inward as it rises upward.

Bead board. Wood paneling with grooves.

Bed and breakfast establishment. An establishment which supplies temporary accommodations to overnight guests for a fee.

Best management practices (BMP). An effective integration of stormwater management systems, with appropriate combinations of landscape conservation, enhancement, structural controls, impervious cover, schedules of activities, prohibitions of practices, maintenance procedures and other management practices which provide an optimum way to convey, store and release runoff, so as to reduce peak discharge, remove pollutants, and enhance the environment.

Bicycle facility. Any bicycle path, bicycle trail, bicycle lane, or bicycle route.

Bicycle lane. A designated portion of a street pavement for the exclusive use of bicycles. Bicycle signs and pavement markings designate the presence and limits of a bicycle lane.

Bicycle path. A designated paved travelway intended for bicycle use, to the exclusion of routine motor vehicle use. A bicycle path is typically used by two-way bicycle traffic.

Bicycle route. A street that is used by motor vehicles and is designated, by the presence of specific

bicycle route signing, for use by bicycles.

Bicycle trail. See Bicycle path.

Billiard/pool hall or parlor. An amusement facility in which the primary activity is the playing of table games such as billiards, pool, and snooker. Incidental uses within a billiard/pool hall may include domino and card playing as well as electronic video games. A billiard or pool hall, which receives seventy-five (75) percent or more of its income from alcohol, shall be classed as a bar and not a billiard/pool hall.

Biomedical/biotech research facility. Buildings and structures, used or to be used primarily for biomedical/biotech research or experimentation to improve or develop new tangible goods or materials or to improve or develop the production process thereto. (Cross-Reference: Impact fee standards)

Block. The properties abutting both sides of a street and lying between the two (2) nearest intersecting or intercepting streets; a molding or projecting course running horizontally along the face of a building, such as a continuous row or layer of stones or brick in a wall.

Block face. The properties abutting one (1) side of a street and lying between the two (2) nearest intersecting or intercepting streets, or nearest intersecting or intercepting street and/or railroad right-of-way, unsubdivided land, water course or city boundary.

Boarding home facility. An establishment that furnishes, in one (1) or more buildings, lodging to three (3) or more persons with disabilities or elderly persons who are unrelated to the owner of the establishment by blood or marriage; and provides community meals, light housework, meal preparation, transportation, grocery shopping, money management, laundry services, or assistance with self-administration of medication but does not provide personal care services, as defined by Chapter 247 Assisted Living Facility Licensing Act of the Texas Health and Safety Code, to those persons. See also § 35-376.

Board or board of trustees. The San Antonio Water System Board of Trustees.

Body piercing. The creation of an opening in an individual's body, other than in an individual's earlobe, to insert jewelry or another decoration.

Boundary street. A public street which is adjacent to and abutting one (1) or more sides of the proposed site.

Bracket. A projecting support used under cornices, eaves, balconies, or windows to provide structural or visual support.

Brewpub. A restaurant, bar or tavern that prepares handcrafted natural beer intended only for on-premises consumption. A brewpub shall be considered either a bar, tavern or food-service establishment, as applicable, for the purposes of zoning district permitted uses.

Brick. A building or paving unit made of fired clay, usually rectangular in shape.

Broken back curve. A curve consisting of two (2) curves in the same direction joined by a short tangent.

Buffer yard. The required installation of landscaping and screening materials between zoning districts and certain uses.

Bufferyard. A unit of yard together with enough planting to eliminate or minimize potential negative impacts such as dirt, litter, noise, glare of lights, signs and unsightly buildings between different land use intensity classes.

Buffer zone. The area on a commercial lot located between the rear of the commercial building(s) and the rear lot line of the property.

Building. A structure designed, built or occupied as a shelter or roofed enclosure for persons, animals or property. For the purpose of this definition, "roof" shall include an awning or other similar coverings, whether or not permanent in nature. Without limiting the generality of the foregoing, the following shall be considered a "building": a house, barn, church, hotel, warehouse, or similar structure, or a historically related complex, such as a courthouse and jail or a house and barn.

Building elevation. The view of any building or other structure from any one (1) of four (4) sides showing features such as construction materials, design, height, dimensions, windows, doors, other architectural features, and the relationship of grade to floor level.

Building footprint. The horizontal area measured within the outside of the exterior walls of the ground floor of the main structure.

Building official. The director of planning and development services or his designee.

Building plans. See simple building plan and compound building plan.

Building setback line. See Setback line.

Building site. The lot or portion of a lot which is designated on the building permit application and any existing buildings and appurtenant parking on the lot.

Build-out year. The proposed year of completion of the land development project, when its capacity for attracting and producing traffic is maximized.

Build-to-zone. An area parallel to the property line, within which the front facade of a building must be built.

Bulkhead. A structure covering a stairwell or other opening, to provide adequate headroom.

Bulk plant or terminal. A facility where flammable or combustible liquids are received by tank vessel, pipelines, tank car or tank vehicle and are stored or blended in bulk for the purpose of distributing such liquids by tank vessel, pipeline, tank car, tank vehicle, portable tank or container.

Bus maintenance facility. A facility designed to provide services to a fleet of transit facilities such as

public transit operations, school districts, charter services and commercial bus companies. The facilities must comply with all environmental regulations, health and life safety codes and may contain administrative offices, mechanical repair shops, fueling stations, body and repair shops, painting shops, vehicle storage and other operations normally associated with the operation and maintenance of a fleet of buses.

Bus shelter. A roofed structure located on or adjacent to the right-of-way of a street, and which is designed and used primarily for the weather protection and convenience of waiting bus passengers.

Bus stop. A fixed location where passengers board and alight usually identified by a sign.

Bus storage facility. A facility designed to provide parking and storage services to a fleet of transit facilities such as public transit operations, school districts, charter services and commercial bus companies. The facilities must comply with all environmental regulations, health and life safety codes and may contain administrative offices, but shall exclude such activities as mechanical repair shops, fueling stations, body and repair shops, painting shops, and other operations normally associated with the maintenance of a fleet of buses.

Business park. A development on a tract of land that contains a number of separate businesses, offices, light manufacturing facilities, accessory and supporting uses, and common open space designed, planned, and constructed on an integrated and coordinated basis.

Business services. Establishments primarily engaged in rendering services to business establishments on a fee or contract basis, such as advertising and mailing, building maintenance, employment service, management and consulting services, protective services, equipment rental and leasing, commercial research, development and testing, and photo finishing.

Busway. A bus route, as designated in the major thoroughfare plan, with an existing or projected peak hour headway not exceeding twenty-six (26) minutes

Caliper. The average cross-sectional measurement of the trunk of a newly planted tree at six (6) inches above grade if the resulting measurement does not exceed four (4) inches, and twelve (12) inches above grade if the resulting measurement exceeds four (4) inches.

Caliper (2). The following definition shall apply only to division 1: The minimum diameter of a tree measured six (6) inches above the root collar for trees up to and including four (4) inches in diameter; twelve (12) inches above the root collar for trees having a diameter greater than four (4) inches and up to twelve (12) inches; and four and one-half (4½) feet above the root collar for trees having a diameter larger than twelve (12) inches. The following definition shall only apply to division 2: The average cross-sectional measurement of the trunk of a newly planted tree at six (6) inches above grade.

Caliper (3). A standard trunk diameter measurement for trees taken six (6) inches above ground for up to and including four-inch caliper size and twelve (12) inches above ground for larger sizes.

Canopy. A projection over a niche or doorway; often decorative or decorated.

Canopy tree. A canopy tree is either a medium or large deciduous tree, with a mature height of

more than twenty-five (25) feet at maturity.

Capacity. The maximum demand that can be accommodated by a public facility or service without exceeding the adopted level of service. For streets, "capacity" shall be measured by the maximum number of vehicles that can be accommodated by an intersection or street link, during the time period specified in subsection 35-502(d)(1) hereto, under prevailing traffic and control conditions at that street's adopted level of service.

Capital. The uppermost part, or head, of a column or pilaster.

Capital improvements. Public facilities which have a life expectancy of three (3) or more years that are owned and operated by the city, and are treated as capitalized expenses according to generally accepted accounting principles. This definition does not include costs associated with the operation, administration, maintenance, or replacement of capital improvements.

Capital improvements plan. The plan that identifies existing and future sanitary sewer capital improvements or facility expansions within designated service areas for which impact fees may be assessed.

Capital improvements program. The list of recommended capital improvements to be constructed during the forthcoming five-year period submitted pursuant to section 118 of the City Charter.

Caretaker (for nonresidential uses). An optional supportive function for a permitted use in a nonresidential zoning district that allows for the management, upkeep and protection of a property by a person, and with an immediate family in residence if so desired. For the purposes of caretaking, a separate single-family dwelling structure or living quarters incorporated in the primary structure is permitted. The caretaker shall be a property owner or a tenant of the property owner. A caretaker residence may be requested concurrently with the primary use at the time of application for certificate of occupancy.

Carport. Space for the housing or storage of motor vehicles and enclosed on not more than two (2) sides by walls.

Carwash, automatic self service drive-thru. A business establishment at which automated mechanical equipment cleans, washes, dries, polishes, and waxes automobiles and light trucks, either while the vehicle is stationary, or on a conveyor belt system.

Carwash, full service and/or detail shop. A business establishment at which automobiles and light trucks are cleaned, washed, dried, polished, waxed, vacuumed and/or detailed manually by employees or attendants, and can include a combination of work done by hand and by automated mechanical equipment.

Carwash, self-service. A business establishment at which the cleaning, washing, drying, polishing, waxing, vacuuming and/or detailing of automobiles and light trucks is conducted manually by the customer.

Casement window. A window sash that swings open along its entire length; usually on hinges fixed

to the sides of the opening into which it is fitted.

_Caterer._ An establishment that either stands alone or is part of another food service establishment which, by prior arrangement, prepares food, provides transportation for the food and serves the food, or sets up a buffet for self-service.

_Cellular on wheels (COW)._ A mobile wireless communication site that consists of a cellular antenna tower, electronic radio transceiver equipment and may include on-site generator mounted on a truck or trailer, designed to be part of a cellular network and deployed to provided expanded network capacity. COWs are generally deployed to provide expanded cellular network coverage and/or capacity at special events, major conventions, or in disaster areas where cellular coverage either was never present or was compromised by the disaster. COWs may also be used to provide expanded coverage in the short to medium-term when financial or infrastructure considerations prevent building a permanent site at the location in the short-term, but coverage is needed for engineering reasons. A COW may also be referred to as a cell-on-light-truck (COLT), site-on-wheels (SOW) or mobile tower unit (MTU).

_Cemetery._ Any site, as defined by Texas Statutes, which contains at least one (1) burial, marked or previously marked, dedicated to and used or intended to be used for the permanent interment of the human dead, to include perpetual care and non-perpetual care cemeteries, even though suffering neglect or abuse.

_Center line (waterway)._ The centerline of the waterway refers to existing topographically defined channels. If not readily discernible, the centerline shall be determined by, the "low flow line" whenever possible; otherwise by the centerline of the two-year floodplain.

_Certificate of appropriateness._ The official notice of action issued by the city manager, or his or her designee, charged with the jurisdiction for permitting or denying the appropriateness of proposed office of historic preservation applications, including changes or additions to historic structures or districts.

_Certificate of occupancy._ A certificate indicating that the premises comply with all the provisions of this chapter and the building code. (Note: The certificate of occupancy is issued after approval of a building permit and construction has occurred pursuant to the building permit.)

_Certification (for ad valorem tax exemption)._ The attestation by the historic and design review commission that the structure in question is a historically significant site in need of tax relief to encourage preservation and that the plans submitted will substantially rehabilitate or restore the structure.

_Certified applicant._ An applicant pursuant to this chapter whose plans for the construction, addition to, alteration, restoration or rehabilitation of, a historically significant site in need of tax relief to encourage preservation, as defined hereafter.

_Certified arborist._ An individual who has a current and valid designation of "ISA Certified Arborist" by the International Society of Aboriculture.

Certified local government (CLG) program. The mechanism established pursuant to 16 U.S.C. § 470a(c) for the certification by the state historic preservation officer of local governments to carry out the purposes of the National Historic Preservation Act (NHPA) and to provide for the transfer of a portion of the grants received by the state under NHPA to such local governments.

Channel letters. Channel letters are custom-made metal or plastic letters mounted to the face of a building for exterior signage.

Character. The attributes, qualities, and features that make up and distinguish a development project and give such project a sense of purpose, function, definition, and uniqueness.

Check cashing facility. A person or business that, for compensation, engages in the business of cashing checks, warrants, drafts, money orders, or other commercial paper serving the same purpose. The term "check cashing facility" does not include a state or federally chartered bank, savings and loan association, credit union, or industrial loan company. For the purposes of zoning, a check cashing facility is classified as a specified financial institution.

Child care facility. A facility that provides care, training, education, custody, treatment, or supervision for a child who is not related by blood, marriage, or adoption to the owner or operator of the facility, for all or part of the twenty-four-hour day, whether or not the facility is operated for profit or charges for the services it offers.

Child care institution (basic). A child care facility licensed by the Texas Department of Human services which provides care for more than twelve (12) children for twenty-four (24) hours a day. A basic child care institution does not include a twenty-four-hour-a-day program offered by a specialized child care institution.

Child care institution (specialized). A child care facility licensed by the Texas Department of Human services which provides specialized care for more than twelve (12) children for twenty-four (24) hours a day. Specialized child care institutions include residential treatment centers, emergency shelters, halfway houses, therapeutic camps, and institutions serving mentally retarded children as classified and regulated by the Texas Department of Human services.

Church. Any place of worship including any church, synagogue, temple, mosque, or other building or facility primarily engaged in religious worship. The term "church" does not include uses such as schools, recreational facilities, day care or child care facilities, kindergartens, dormitories or other facilities for temporary or permanent residences which are connected or related to the church, the principal buildings on the site, or located on the same site, even if the curriculum or services offered as part of such use includes religious services and/or training.

City. The City of San Antonio or any agency, bureau, department, division or commission of the City of San Antonio and any department, agency, board, commission or governing body of the City of San Antonio and its capacity of processing, approving or issuing permits.

City arborist. An individual employed by the city who is responsible for the administration and overseeing of the tree preservation standards. The individual shall have appropriate educational

experience, credentials and work experience as well as practical experience that qualify the individual for performance of his or her necessary responsibilities.

<u>Civic uses.</u> Any of the following uses, as defined in the use matrix, which uses are hereby found to provide focal points for community interaction and foster citizen participation in civic activities:

Churches, temples, synagogues, mosques, and other religious facilities.

Clubs or lodges
College or university facilities
Day care centers
Exhibitions and art galleries
Grade schools
Library buildings
Meeting halls or clubhouses
Movie theaters
Museum, exhibition, or similar facilities
Performance theaters
Postal
Public administration
School or university buildings
Trade or specialty school facilities

<u>Class I specie.</u> A tree specie that lives for a relatively long time, is drought tolerant, has minimum pest problems, provides wildlife habitat, and is very adapted to the area's soil, climate conditions.

<u>Clear vision area.</u> The triangular area adjacent to the intersection of any street within which no obstruction may be placed which would block the sight lines for vehicular traffic. The triangle is established in accordance with subsection 35-506(d)(5) of this chapter.

<u>Clinic, dental or medical.</u> A building in which ten (10) or more physicians and/or dentists or their allied professional assistants carry on their profession; or a building which contains one (1) or more physicians, dentists and their assistants and a laboratory and/or an apothecary limited to the sale of pharmaceutical and medical supplies. A clinic shall not include in-patient care or operating rooms for major surgery.

<u>CLOMR.</u> A conditional letter of map revision. A CLOMR will be submitted for FEMA approval for all proposed physical changes to the floodplain that will result in a change to the floodplain boundary.

<u>Close.</u> A close is a front space for buildings interior to the block which includes a roadway loop around a green area. The close is an alternative to the cul-de-sac, as the focus is a green space rather than vehicular paving. The close provides additional frontage for deep squares and organic blocks.

<u>Club.</u> A group of people organized for a common purpose to pursue common goals, interests or activities and usually characterized by certain membership qualifications, payment of fees and dues, regular meetings, and a constitution and by-laws.

Clubhouse. A building or portion thereof, and related facilities used by a club, fraternal organization, or a membership organization.

Cluster. A group of cultural, or historical, or architectural, or archaeological resources with compatible buildings, objects, or structures geographically or thematically relating to and reinforcing one another through design, setting, materials, workmanship, congruency and association.

Cluster (As used in the tree and landscape provisions of this chapter). A grouping of at least three (3) trees, of two and one-half (2½) inches of caliper or greater in size, and with trunks spaced at no greater than ten-foot intervals.



*Cluster illustration*

 *Cluster parking.* Common area parking designed to meet the required parking requirements of a specific housing type as defined by this chapter. See section 526-3 Footnote 1.

C of O. A certificate of occupancy issued by the San Antonio Development Service Department.

Collector street. See Street, collector.

Collocation, wireless refers to the joint use and occupancy of a single existing antenna support structure (communications tower or monopole) by two (2) or more wireless service providers who install individual antenna arrays at various heights to effectuate a wireless communication system. Collocation shall not include the modification of any existing antenna support structure for the installation of an antenna array above the permitted height for the zoning district in which the antenna support structure is located.

Column. A round, vertical support; in classical architecture, the column has three parts, base, shaft, and capital.

Commercial driveway approach. A driveway which provides access to property on which an office, retail or commercial center is located, or a building having more than five (5) dwelling units is located or any driveway approach which accesses property that is primarily used for a non-residential purpose.

Commercial/industrial developments. Any land area zoned or devoted primarily to commercial or industrial use, including areas zoned as "O", "C", "I-1", or "I-2" devoted primarily to commercial or industrial use.

Commercial living unit. A building which includes commercial uses on the first floor, and residential dwelling units above the first floor.

Commercial property. A building, site, or structure whose use after rehabilitation or restoration (for ad valorem tax exemption) will be for other than residential use, i.e., for a single-family, duplex, three- or four-family dwelling.

Commercial urban design standards. See subsection 35-204(o) of this chapter.

Commissary. An establishment, licensed pursuant to Chapter 13 of the City Code, in which food, food containers or food supplies are stored, kept, handled, prepared, or packaged for use by mobile food establishments.

Committed development. A proposed development that has received final subdivision plat approval or, for a proposed development that does not involve the subdivision of land, an approved master site plan or minor site plan.

Common area. A parcel or parcels of land, or an area of water, or a combination of land and water, and/or developed facilities and complimentary structures and improvements, including but not limited to areas for vehicular and pedestrian access and recreational facilities within the site.

Common ownership. Ownership by the same person, corporation, firm, entity, partnership, or unincorporated association; or ownership by different corporations, firms, partnerships, entities, or unincorporated associations, in which a stockbroker, partner, or associate, or a member of his family owns an interest in each corporation, firm, partnership, entity, or unincorporated association.

Common worker. An individual who performs labor involving physical tasks that do not require a particular skill, training in a particular occupation, craft, or trade, or practical knowledge of the principles or processes of an art, science, craft, or trade.

Community home. A facility which complies with Chapter 123 Community Homes for Disabled Persons Location Act of the Texas Human Resources Code, and as amended; and which is:

• A community-based residential home operated by:(1)the Texas Department of Mental Health and Mental Retardation; (2) a community center organized under Subchapter A, chapter 534, Health and Safety Code, that provides services to persons with disabilities; (3) an entity subject to the Texas Non-Profit Corporation Act (Article 1396-1.01 et seq., Vernon's Texas Civil Statutes); or (4) an entity certified by the Texas Department of Human Services as a provider under the medical assistance program serving persons in intermediate care facilities for persons with mental retardation; or

• An assisted living facility with six (6) or fewer residents licensed under Chapter 247 of the Texas Health and Safety Code, provided that the exterior structure retains compatibility with the surrounding residential dwellings. By definition an unlicensed facility is not considered an assisted living facility. See also section 35-376.

Community housing development organization (CHDO). As defined in 24 C.F.R. § 92.2, which is hereby incorporated by this reference.

Compatible property. A resource in a historic district or cluster distinguished by its scale, material, compositional treatment and other features that provide the setting for more important resources and add to the character of the scene.

Completely enclosed structure. See Structure, completely enclosed.

Completion. Work conducted upon a well's well bore to establish production of the resource or injection of fluids after the production casing string has been set, cemented, and pressure tested, including perforating casing, setting packers and tubing, and setting the well in place.

Compound building plans [illustration].

## L Plan



## T Plan



## U Plan



## Cross Plan



## H Plan



Comprehensive land use category. Land use categories designated in the comprehensive/master planning process. The following shall be the designated comprehensive land use categories for neighborhood, community and perimeter plans:

Low density residential estate - includes large lot singe-family detached houses on individual estate-sized lots or in conservation subdivisions. This form of development should be located away from major arterials, and can include certain nonresidential uses such as schools, places of worship, and parks that are centrally located for convenient neighborhood access. Permitted zoning districts: R-20, RE, RP and RD.

Low density residential - includes single-family detached houses on individual lots at typical suburban densities. This form of development should be located away from major arterials, and can include certain nonresidential uses such as schools, places of worship, and parks that are centrally located for convenient neighborhood access. Permitted zoning districts: R-5, R-6, NP-8, NP-10, NP-15, and UD.

Medium density residential - accommodates a range of housing types including single-family attached and detached houses on individual lots, duplexes, triplexes, fourplexes, and low-rise, garden-style apartments with more than four (4) dwelling units per building. Cottage homes and very small lot single-family houses are also appropriate within this land use category. Detached and attached accessory dwelling units such as granny flats and garage apartments are allowed when located on the same lot as the principal residence. Certain nonresidential uses, such as schools, places of worship and parks, are appropriate within these areas and should be centrally located to provide easy accessibility. Permitted zoning districts: R-3, R-4, RM-4, RM-5, RM-6, MF-18 and UD.

High density residential - includes low-rise to mid-rise apartments with more than four (4) dwelling units per building. High density residential provides for compact development including apartments, condominiums and assisted living facilities. This form of development is typically located along or near major arterials or collectors. Certain nonresidential uses, such as schools, places of worship and parks, are appropriate within these areas and should be centrally located to provide easy accessibility. This classification may be used as a transitional buffer between lower density residential uses and nonresidential uses. High density residential uses should be located in a manner that does not route traffic through other, lower-density residential uses. Permitted zoning districts: MF-25, MF-33 and UD.

Very high density residential - includes mid-rise to high-rise apartments with more than four dwelling units per building. Very high density residential provides for apartments, condominiums and assisted living facilities at urban densities. This form of development is typically located along or near high capacity roadways including major arterials and collectors. Parking areas should be contained in structured parking garages beneath apartments, wrapped by apartments, or placed to the rear of the lot. Very high density residential development should be located in close proximity to compact, pedestrian-oriented retail and service uses. This classification may be used as a transitional buffer between lower density residential uses and nonresidential uses. Very high density residential uses should be located in a manner that does not route traffic through other, lower density residential uses. Permitted zoning districts: MF-40, MF-50, and MF-65.

<u>Office</u> - includes medium-intensity professional, personal, business, and non-profit uses that provide services to the local community, or house small to medium sized administrative functions for local, regional, national, and international entities. Examples of office uses include attorney offices, dentist or physician offices, administrative offices of construction or engineering firms, computer training centers, and local non-profit housing provider headquarters. Office uses should be found on, or adjacent to, arterials. Permitted zoning districts: O-1, O-1.5 and O-2.

<u>Neighborhood commercial</u> - includes smaller intensity commercial uses such as small-scale retail or offices, professional services, convenience retail, and shop front retail that serves a market equivalent to a neighborhood. Neighborhood commercial uses should be located at the intersection of residential streets and arterials, and within walking distance of neighborhood residential areas, or along arterials where already established. Permitted zoning districts: NC, C-1, and O-1.

<u>Community commercial</u> - includes offices, professional services, and retail uses that are accessible to bicyclists and pedestrians. This form of development should be located at nodes on arterials at major intersections or where an existing commercial area has been established. Parking areas should be located behind the building, with the exception of one row of parking facing the street. Additionally, all off-street parking and loading areas adjacent to residential uses should include landscape buffers, lighting and signage controls. Examples of community commercial uses include cafes, offices, restaurants, beauty parlors, neighborhood groceries or markets, shoe repair shops and medical clinics. Permitted zoning districts: O-1.5, C-1, C-2, C-2P and UD.

<u>Regional commercial</u> - includes high density land uses that draw customers from a larger region. Regional commercial uses are typically located at intersection nodes along expressways or major arterial roadways or adjacent to high-capacity mass transit system stations. These commercial nodes are typically twenty (20) acres or greater in area. Regional Commercial uses should incorporate well-defined entrances, shared internal circulation, limited curb cuts to expressways and arterial streets, sidewalks and shade trees in parking lots, landscaped yards between the parking lot and street, and well-designed, monument signage. Examples of regional commercial uses include movie theaters, wholesale plant nurseries, automotive repair shops, fitness centers, home improvement centers, hotels and motels, mid to high rise office buildings, and automobile dealerships. Permitted zoning districts: O-1.5, O-2, C-2, C-2P, C-3 and UD.

<u>Mixed use</u> - includes a concentrated blend of residential, retail, professional service, office, entertainment, leisure and other related uses at urban densities to create a pedestrian-oriented environment. Mixed use incorporates high quality architecture and urban design features such as attractive streetscapes, parks/plazas, and outdoor cafes. Parking areas should be located behind buildings. This classification requires a mix of uses in the same building. Examples of mixed use uses include small offices (dentists, insurance professionals, non-profits, etc.), small retail establishments (cafes, shoe repair shops, gift shops, antique stores, hair salons, drug stores, etc.) and high-density residential uses. Permitted zoning districts: MXD, MPCD, TOD and FBZD.

<u>Business/office park</u> - includes medium to large sized buildings that house professional, administrative, light manufacturing, and/or warehousing functions for local, regional, national, and international entities. Development in this category should take the form of a cohesive, campus

setting where buildings are interspersed with open space and connected with pedestrian walkways. Uses in this category should be separated from residential areas with landscape buffers and feature monument signs and lighting that is oriented away from adjacent sites. Permitted zoning districts: BP, L, O-1.5 and O-2.

Light industrial - includes a mix of manufacturing uses, business park and limited retail/service uses that serve the industrial uses. Industrial uses should be screened and buffered from adjoining non-industrial uses. Any outside storage must be under a roof and screened from public view. Examples of industrial uses include drug laboratories, furniture wholesalers, lumberyards, tamale factories and warehousing. Permitted zoning districts: BP, L, MI-1 and I-1.

Heavy industrial - includes heavy manufacturing, processing and fabricating businesses. Heavy industrial uses shall be concentrated at arterials, expressways, and railroad lines. This use is not compatible with residential uses and should be separated from residential uses by an intermediate land use or a significant buffer. Examples of heavy industrial uses include auto manufacturing, battery manufacturing, and petro chemical bulk storage. Permitted zoning districts: I-2 and MI-2.

Agricultural - includes crop agriculture, ranching, and related agribusiness practices. Single-family detached houses and detached accessory dwelling units are permitted on agricultural and ranch lands at very low densities or in conservation subdivisions that will not interfere with agricultural operations. Limited commercial uses directly serving agricultural uses, such as farmers markets, nurseries, and bed and breakfasts, are permitted. To maintain scenic qualities, natural vegetative buffers, deeper setbacks, increased signage control, earthen drainage channels, and more restrictive access management standards are desired along major scenic corridors. Floodplain protection and buffer zones along creeks and rivers are instrumental in retaining rural character. Permitted zoning districts: RP and FR.

Public/institutional - includes public, quasi-public, utility company and institutional uses. Examples include public buildings (government, post offices, libraries, social services, police and fire stations), schools, religious facilities, museums, fraternal and service organizations and hospitals.

Parks/open space - includes large, or linear, unimproved land where conservation is promoted and development is not encouraged due to presence of topographic constraints or institutional uses on the site. Parks/open space include floodplains, utility corridors, public and private land uses that encourage outdoor passive or active recreation. Examples include city pocket, regional, or linear parks, as well as private parks associated with subdivisions and neighborhood associations.

Concentrated animal feeding operation (CAFO). See 40 C.F.R. part 122 and Texas Water Code § 26.048.

Concrete. Made by mixing cement or mortar with water and various aggregates such as sand, gravel, or pebbles.

Concrete block. A hollow or solid concrete masonry unit consisting of cement and suitable aggregates combined with water.

Concrete slab. A flat, rectangular, reinforced concrete structural member; especially used for floors

and roofs.

**Condominium.** A form of property ownership providing for individual ownership of space in a structure or complex, and which may be combined with an individual interest in the land, other parts of the structure/complex, and shared facilities in common with other owners.

**Connectivity standards.** The standards for the connectivity of proposed streets, as set forth in the transportation standards of this chapter, subsection 35-505(d).

**Conservation easement.** A non-possessory interest of a holder in real property that imposes limitations or affirmative obligations designed to:

- Retain or protect natural, scenic, or open-space values of real property or assure its availability for agricultural, forest, recreational, or open-space use;

- Protect natural resources;

- Maintain or enhance air or water quality; or

- Preserve the historical, architectural, archeological, or cultural aspects of real property.

(Source: V.T.A. Natural Resources Code § 183.001).

**Construction.** The act of adding an addition to an existing building or structure, or the erection of a new principal or accessory building or structure on a lot or property, or the addition of walks, driveways or parking lots, or the addition of appurtenances to a building or structure.

**Construction trades contractors.** Service establishments that perform specialized construction, repair and maintenance activities including but not limited to plumbing, painting and electric work. Construction trades contractors generally work at the job site but may provide shops for prefabrication and related work. This use includes storage of equipment, tools, construction materials, heavy equipment and service vehicles. Outdoor storage shall comply with the class 5 storage standards of section 35-525. Examples of construction trades contractors include flooring contractors, concrete contractors, electrical contractors, glass contractors, masonry and dry wall contractors, painting contractors, plumbing contractors, heating and air conditioning contractors, roofing and siding contractors and groundskeeping and irrigation services.

**Contractor.** Any person doing work within the building trades or construction professions, either licensed or unlicensed by the City of San Antonio.

**Contractor facility, construction.** An entity or individual that provides construction services including new work, addition, alteration and repair of building projects. This use includes one (1) or more of the following: storage of equipment, tools, construction materials, salvaged construction materials, heavy equipment, truck or van fleets of three (3) or more vehicles or similar items. Outdoor storage shall comply with the class 5 storage standards of section 35-525. Examples of contractor facilities include custom builders, joint-venture contractors, turnkey contractors and construction management firms.

Contributing. See Contributing property.

Contributing building. See Contributing property.

Contributing property. A resource in a historic district or cluster that contributes to the district's or cluster's historical significance through location, design, setting, materials, workmanship, feeling and association, and which shall be afforded the same considerations as landmarks; a building, site, structure, or object within a historic district that adds to the values or qualities of that district because it was present during the period of significance and possesses historical integrity, or it independently meets National Register of Historic Places criteria.

Control joint. A continuous groove or vertical joint in a masonry wall or concrete slab which is designed to control cracking.

Controlled area, airport. That area within which the provisions of these regulations are effective, and includes all airport hazard areas which are within the corporate limits of the city and the area outside the corporate limits of the city which is within a rectangle bounded by lines located one and five-tenths (1.5) statute miles, seven thousand nine hundred twenty (7,920) feet from the center line, and lines located five-statute miles, twenty-five thousand four hundred (25,400) feet, from each end of the paved surfaces of each of the following runways: Runways 3/21, 12R/30L and 12R/30L and 12L/30R at San Antonio International Airport; and Runways 9-27 and 14-32 at Stinson Municipal Airport.

Convenience store. A retail outlet supplying groceries and travel products (convenience stores may also provide gasoline, diesel sales and a car wash as provided for in section 35-311 Table 311-2 of the UDC.)

Coping. The protective uppermost course of a wall or parapet.

Corbelling. Pattern in a masonry wall formed by projecting or overhanging masonry units.

Cornice. A projecting, ornamental molding along the top of a building, wall, etc., finishing or crowning it.

Correctional facilities. The following is a listing of terms and correctional facility types as used by the Texas Department of Corrections and this chapter:

A.  Transitional treatment center (TTC) is targeted for those releasees who have participated in the in-prison therapeutic community (IPTC) or substance abuse felony punishment facility (SAFP) programs. The TTC is the aftercare component of the treatment program for releasees from the IPTC and SAFP facilities, and lasts for three (3) months. An additional twelve (12) months of outpatient care follows. Specially trained parole officers supervise offenders.

B.  Substance abuse treatment facilities (SATFs). A residential community corrections facility designed specifically to deal with offenders on community supervision who have substance abuse problems. The court may place an offender in a SATF for no less than one (1) month and not more than twenty-four (24) months.

C.  Restitution center. A community-based corrections facility, which provides twenty-four-hour

close supervision and a highly structured environment for non-violent felons. Offenders are confined to the center except to go to their place of employment, to perform community service work, or to attend education or rehabilitation programs.

D.  Intermediate sanction facility (ISF). A fully secured facility used for short-term incarceration of offenders who violate the conditions of their community supervision, parole, or mandatory supervision. ISFs are operated by CSCDs for community supervision offenders and by the parole division for parolees and mandatory supervision offenders.

E.  Day (or district) reporting center (DRC). A highly structured, nonresidential facility that supervises offenders on community supervision. Offenders report to the centers as part of the court-ordered conditions of their supervision.

F.  Court residential treatment centers (CRTCs) treat offenders for substance abuse and alcohol dependency. They also offer education and life skills training; they also may offer vocational and employment services in the final phases of the program.

G.  Community corrections facility (CCF). A residential treatment facility run by community supervision and corrections departments (CSCDs).

H.  Pre-release therapeutic community (PRTC). An intensive six-month treatment program for offenders in a therapeutic community setting which provides pre-release services to offenders within seven months of release. The PRTC is comprised of three components: educational/vocational, substance abuse treatment, and cognitive restructuring.

Applicable abbreviations used in A. thru H. above:

PPT - Pre-Parole Transfer Facility

MUF - Multi-Use Facility

ISF - Intermediate Sanction Facility

SAFPF - Substance Abuse Felony Punishment Facility

Correctional or rehabilitation facility. A probation or parole office or a residential facility that: (A) is operated by an agency of the state, a political subdivision of the state, or a private vendor operating under a contract with an agency of the state or a political subdivision of the state; and (B) houses persons convicted of misdemeanors or felonies or children found to have engaged in delinquent conduct, regardless of whether the persons are housed in the residential facility: (i) while serving a sentence of confinement following conviction of an offense; (ii) as a condition of probation, parole, or mandatory supervision; or (iii) under a court order for out-of-home placement under Title 3, Family Code, other than in a foster home operated under a contract with the juvenile board of the county in which the foster home is located or under a contract with the Texas Youth Commission. (Source: V.T.C.A. Local Government Code chapter 244).

Corridor trees. Those trees established within the parkway, as defined, on property pursuant to subsection 35-6111(g).

Cosmetics - intradermal (permanent makeup). The practice of applying permanent makeup generally to the eyebrows, eyelids, and lips.

Council. The city council of the City of San Antonio.

Courtyard. A space, open and unobstructed to the sky, located at or above grade level on a lot and bounded on three (3) or more sides by the walls of a building.

Cover charge. A fee levied by a food service establishment, nightclub or tavern in addition to the charge for food and/or drink.

Craftsman. A practitioner of a trade or handicraft, generally recognized by critics and peers as a professional of serious intent and recognized ability, who produces artworks.

CRAG area. The Community Revitalization Action Group target area as designated by the thirty-six (36) square mile territory located inside the 1940 San Antonio corporate boundaries.

Crenelation. A parapet with alternating solid and void spaces, originally used for defense; also known as battlement.

Critical area. Any natural resource or environmentally sensitive area subject to the standards set forth in Article V, Division 4 of this chapter in order to protect the public health, safety and general welfare.

Critical root zone (CRZ). A circular region measured outward from a tree trunk representing the essential area of the roots that must be maintained in order for the tree's survival. The critical root zone is one (1) foot of radial distance for every inch of tree DBH with a minimum of eight (8) feet.

Critical wildlife habitat. Land on which the landowner preserves trees so as to provide at least three (3) of the following benefits for an animal or plant that is listed as endangered or threatened under the Endangered Species Act of 1973 (16 U.S.C. § 1531 et seq.) and its subsequent amendments or as endangered under Parks and Wildlife Code, § 68.002:

• Habitat control;

• Erosion control;

• Predator control;

• Providing supplemental supplies of water;

• Providing supplemental supplies of food;

• Providing shelters; or

• Making of census counts to determine population.

[Commentary: See 4 TAC § 215.1.]

Crosswalk. That part of a street at an intersection included within the connections of the lateral lines of the sidewalks on opposite sides of the street (public, private or safety lane) measured from the curbs, in the absence of curbs from the edges of the traversable roadway. Also a crosswalk is any portion of a street (public, private or safety lane) at an intersection or elsewhere distinctly indicated for

pedestrian crossing by lines or other markings on the street surfaces.

Crown. That portion of a tree comprised of its branches.

Cultural facilities. Establishments such as museums, art galleries, botanical and zoological gardens, and other facilities of a historic, educational, or cultural interest.

Cultural resources. Those resources which possess qualities of significance in American, Texas, or San Antonio history, architecture, archaeology, and culture present in districts, sites, structures, and objects that possess integrity of location, design, setting, materials, workmanship, congruency and association.

Curtainwall. An exterior building wall which carries no roof or floor loads and consists entirely or principally of metal or a combination of metal, glass, and other surfacing materials supported by a metal frame. A curtainwall which consists of glass has the appearance and function of a solid wall.

Cutoff angle. The angle formed by a line drawn from the direction of light rays at the light source and a line perpendicular to the ground from the light source, above which no light is emitted.

Dance hall. A facility with more than two thousand (2,000) square feet of building area excluding kitchen, restrooms and storage areas used for the purpose of providing a fully enclosed dancing area for the general public whether by free admission, by admission fee, or by reservation. Noise generated by the music and/or employees and customers shall not exceed the decibel limits set forth by the city noise ordinance (City Code of San Antonio, Texas, chapter 21, Article III, Noise).

Day care center. A child care facility that provides care for more than twelve (12) children under fourteen (14) years of age for less than twenty-four (24) hours a day.

Deaccessioning. The removal, relocation, selling or trading of artworks in the city art collection, education - lectures, presentations and training in and about arts and culture by the department of public works associated with the design enhancement program.

Decibel (dB). Unit of measurement used to express the intensity or loudness of sound.

Deciduous. Plants that lose their leaves annually.

Deciduous tree. A tree which sheds or loses foliage at the end of the growing season. (Source: G. Hightshoe, Native Trees, Shrubs, and Vines for Urban and Rural America (New York: Van Nostrand Reinhold and Co., 1988), at 790).

Deck. A platform extending horizontally from the rear or side yard of the structure, located to rear of the front building line of the lot and not within the front yard.

Degradation. Pollution of a representative sample of water which unreasonably reduces the quality of such water. The quality of a representative sample of water is unreasonably reduced when such water is rendered harmful, detrimental, or injurious to humans, animal life, vegetation, or property or the public health, safety, or welfare, or impairs the usefulness or the public enjoyment of the water for any lawful or reasonable purpose.

Demolition. The complete or partial removal of a structure from a site.

Demolition (2). Any act or process that destroys or razes in whole or in part, or permanently impairs the structural integrity, or allows deterioration by neglect of (a) a landmark, wherever located, or (b) a building, object, site, or structure, including interior spaces, located within a historic district, or in the Riverwalk area, or on public property, or on the public right-of-way.

Demolition business. A business that demolishes structures, including houses and other buildings, in order to salvage building materials and that stores those materials before disposing of them.

Demolition by neglect. Neglect in the maintenance or deterioration of any structure characterized by any of the following conditions:

1. Structures with attached parts subject to fall, resulting in injury to persons or property;
2. Deteriorated or inadequate foundation;
3. Defective or deteriorated floor supports, or floor supports insufficient to carry imposed loads with safety;
4. Members of walls or other vertical supports that split, lean or buckle due to defective material or deterioration, or members of walls or vertical supports insufficient to carry imposed loads with safety and;
5. Any deterioration of a structure to the extent that it creates or permits a hazardous or unsafe condition as determined by the director.

Density. An objective measurement of the number of people or residential units allowed per unit of land, such as residents or employees per acre.

Density, gross. The number of dwelling units divided by the total land area subject to an application for development approval, stated as dwelling units per acre.

Density, maximum. The maximum number of dwelling units that may be constructed where indicated in this chapter, stated as gross density unless otherwise indicated.

Density, minimum. The minimum number of dwelling units that must be constructed where indicated in this chapter, stated as gross density unless otherwise indicated.

Density, net. The number of dwelling units divided by the net developable area. The "net developable area" means the land area of the site after deducting unbuildable areas including road rights-of-way, open space, and environmentally sensitive areas, stated as dwelling units per net acre.

Dentils. A series of closely spaced, small, rectangular blocks, used especially in classical architecture.

Design considerations. Guidelines set forth in this chapter by the historic and design review commission, or which are subsequently adopted by the San Antonio city council, which preserve the historical, architectural, archaeological, or cultural character of an area or of a building, object, site, or structure.

Design enhancements. Means uniquely crafted and decorative artwork in a variety of media that are an integral part of eligible capital improvement projects, and produced by professional craftsman, or craftsman in collaboration with an architect, landscape architect or engineer. Works shall be permanent, functional or non-functional.

Design enhancement plan. A prioritized list of capital improvement projects with recommended design enhancement components or approaches, updated on an annual basis by the department of public works through the design enhancement program in consultation with city departments anticipating capital improvements projects.

Designated resource. A building, object, site, or structure which has been designated "historic" by city council upon recommendation of the historic and design review commission through the zoning commission, following criteria set forth in Article III of this chapter and zoned historic under the provisions of this chapter.

Destination resort. Lodging accommodations and complementary recreational or entertainment facilities that are comprehensively planned and integrated in order to provide a variety of activities, services, and amenities that comprise a visitor attraction in and of themselves.

Detached structure. A structure having no party wall or common wall with another structure unless it is an accessory structure.

Detention. The temporary storage of storm runoff, which is used to control the peak discharge rates, and which provides gravity settling of pollutants.

Detention time. The amount of time a parcel of water actually is present in a stormwater basin. Theoretical detention time for a runoff event is the average time a parcel of water resides in the basin over the period of release from the BMP.

Deteriorated beyond repair. More than fifty (50) percent of the element or material is damaged.

Developer. A person responsible for any undertaking that requires a permit or development order.

Developer (2). The owner of property, his/her subsequent purchasers, successors, and/or assigns.

Developer customer. Any applicant who requests sewer or water service for a lot or lots which have been or will be subdivided or platted.

Development. Any manmade change in improved and unimproved real estate, including but not limited to buildings or other structures, mining, dredging, filling, grading, paving, excavation or, drilling operations or storage of equipment or materials.

Development order. Any authorized action by an officer or agency of the city granting, denying or granting with conditions, approval to undertake development of a parcel, tract, building, or structure including approval of the following:

Master Development Plan

Zoning Amendment

Conditional Zoning

Specific Use Permit

Building Permit

Certificate of Occupancy

Subdivision Plat

Development Plat

Certificate of Appropriateness

Floodplain Development Permit

Site Plan (Military Airport Overlay Zone or Manufactured Home Community)

Landscape Plan

Tree Preservation Permit

Variance

Appeal

Development plan. The proposal for development including such drawings, documents and other information necessary to illustrate completely the proposed development. The development plan shall specifically include such information as required by this chapter.

Development permit. See Permit.

Diameter breast height (DBH) or diameter inches. The average cross-sectional measurement of the trunk of an existing tree at four and one-half (4½) feet above grade. If the tree is on a slope, it shall be measured from the high side of the slope. Newly planted trees shall be measured six (6) inches above grade. For multi-trunk species, this measurement will be based on the measured diameter of the main trunk taken four and one-half (4½) feet above grade together with one-half (½) of the diameter of the remaining trunks measured at the same height.

Dimensional matrix. See section 35-310 of this chapter, Table 310-1.

Director. The director of development services or his designee, except where otherwise specified within this chapter.

Director of building inspections. The director of development services or his designee.

Director of planning. Director of planning and community development or his designee.

Director of planning and development services. The director of development services or his designee.

Director of public works. The director of public works or his designee.

Disabled person. A person who has a physical or mental impairment, or both, that substantially limits one (1) or more major life activities to include caring for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, or working.

Display window. A window of a store facing onto the public right-of-way used to display merchandise for sale in the store.

District. A geographically definable area, urban or rural, possessing a significant concentration, linkage, or continuity of buildings, objects, sites, or structures united by past events or aesthetically by plan or physical development which may also comprise individual elements separated geographically but thematically linked by association or history.

Dormer. A vertically set window on a sloping roof; also the roofed structure housing such a window.

Double-hung window. A window of two (2) (or more) sash, or glazed frames, set in vertically grooved frames and capable of being raised or lowered independently of each other.

Downtown Business District. The area originally settled and the locus of economic activity in the region. This shall include the area described as follows: Start at the intersection of Salado and El Paso Streets; north on Salado/Haven for Hope Way to its intersection with Frio Street; thence northeast in a straight line to the intersection of IH-10 and Cadwalader; south on IH-10 to IH-35; northeast on IH-35 to a perpendicular point connecting with Cherry Street; south on Cherry Street to Cesar E. Chavez Boulevard; west on Cesar E. Chavez Boulevard to the San Antonio River; south along the San Antonio River to Arsenal Street; west on Arsenal to El Paso Street; and then west on El Paso to Salado.

Downtown housing facility. Building or structures used or to be used as a housing unit. A housing unit is a house, an apartment, a group of rooms or a single room occupied or intended for occupancy as living quarters. The facility must be a year-round housing unit. Year round housing units include all units occupied by one (1) or more persons for whom it is usual residence. In the case of mixed-use downtown housing facilities, seventy-five (75) percent of the project must be intended for housing. This amount is based on gross square footage. All common areas will be prorated. This facility must be located within the San Antonio downtown business district.

(Cross-Reference: Impact Fee standards)

Drainage system. All streets, gutters, inlets, swales, storm sewers, channels, streams, or other pathways, either naturally occurring or manmade, which carry and convey stormwater during rainfall events.

Dripline. A vertical line run through the outermost portion of the crown of a tree and extending to the ground.

Drive-through use. An establishment that by design, physical facilities, service, or by packaging procedures encourages or permits customers to receive services, obtain goods, or to be entertained

while remaining in their motor vehicles.

Driveway. Entrance to and exit from premises where it is possible to park completely off the street, and which is not open for vehicular traffic except by permission of the owner of such private property.

Driveway approach. A way or place including paving and curb returns between the street travel lanes and private property which provides vehicular access between the roadway and such private property.

Driveway, front-loaded. A driveway which begins at, or abuts, the front property line of a lot or parcel.

Dry Goods. Consumer goods such as textiles, ready-to-wear clothing and sundries. Dry goods retail may include a establishments engaged in retailing clothing, clothing accessories, footwear, jewelry, watches and clocks, luggage, leather goods, trophy and stone engraving. Dry goods retail includes a department store as a use but shall not include a hardware store, wholesale club nor a grocery store.

Duplex. See Dwelling two-family.

Dwelling, adaptive reuse housing (ARH). See Dwelling, loft.

Dwelling, college fraternity or sorority (off campus). A building, containing the general facilities and sleeping rooms for members of a fraternity or sorority officially chartered by a national organization and/or a college or university located in Bexar County, that is not located on the campus of the college or university. This use may also include an on-site caretaker.

Dwelling, four-family (quadraplex). A detached house with common walls between the units, designed for and occupied exclusively as the residence of not more than four (4) families, each living as an independent housekeeping unit.

Dwelling, loft. A dwelling unit established in a rehabilitated or renovated existing building that was originally intended for non-residential use. Loft units may be stand alone, constructed as live-work units, or as components of a mixed used building and/or project.

Dwelling, multi-family. A dwelling or group of dwellings on one (1) lot containing separate living units for five (5) or more families, but which may have joint services or facilities.

Dwelling, single-family attached (townhouse). A building that has one-family dwelling units erected in a row as a single building on adjoining lots, each being separated from the adjoining unit or units by a firewall (constructed in accordance with city codes and ordinances), along the dividing lot line, and each such building being separated from any other building by space on all sides. Each unit maintains a separate lot.

Dwelling, single-family detached. A one-family dwelling that is not attached to any other dwelling by any means and is surrounded by open space or yards.

Dwelling, three-family (triplex). A detached house (on a platted single lot) designed for and occupied exclusively as the residence of not more than three (3) families, each living as an independent

housekeeping unit.

Dwelling, two-family (duplex). A detached house designed for and occupied exclusively as the residence of not more than two (2) families, each living as an independent housekeeping unit.

Dwelling unit. One (1) or more rooms providing complete living facilities for one (1) family, including kitchen facilities or equipment for cooking or provisions for the same, and including room or rooms for living, sleeping, bathing and eating.

Earth tone colors. Colors that are predominant in the surrounding landscape including desert and woodlands and shall be low reflectance, subtle or neutral colors. Earth tone colors shall not include primary colors, black, metallic or fluorescent colors.

Easement. A grant of one (1) or more of the property rights by the property owner to and/or for the use by the public, a corporation, or another person or entity.

Easement, utility. An easement granted for installing and maintaining utilities, across, over or under land together with the right to enter thereon with machinery and other vehicles necessary for the maintenance of utilities.

Easement, vehicular non-access. An easement established on a lot for the purpose of prohibiting ingress and egress to vehicular traffic.

Eaves. The lower edges of a roof that project beyond the building wall.

Ecoclimate. The localized, micro-climate created by the vegetation of the Riverwalk area.

Economic return. A profit or capital appreciation from use or ownership of a building, object, site or structure that accrues from investment or labor.

Edwards Aquifer Recharge Zone (EARZ). That area where the stratigraphic units constituting the Edwards Aquifer out crop, and including the outcrops of other formations in proximity to the Edwards Aquifer, where caves, sinkholes, faults, fractures, or other permeable features would create a potential for recharge of surface waters into the Edwards Aquifer. The recharge zone is identified as that area designated as such on official maps located in the offices of the Texas Natural Resource Conservation Commission (TNRCC) and the Edwards Aquifer Authority.

Edwards Aquifer Transition Zone. That area where geologic formations out crop in proximity to and south and southeast of the recharge zone and where faults, fractures, and other geologic features present a possible avenue for recharge of surface water to the Edwards Aquifer, and including portions of the Del Rio Clay, Buda Limestone, Eagle Ford Group, Austin Chalk, Pecan Gap Chalk, and Anacacho Limestone. The transition zone is identified as that area designated as such on official maps in the offices of the Texas Natural Resource Conservation Commission (TNRCC) and the Edwards Aquifer Authority.

Effect. A change in the quality of the historical, architectural, archaeological, or cultural significance of a resource, or in the characteristics that qualify the resource as historically important.

Electronic changeable message board. See "digital display, on-premises" in City Code chapter 28, section 28-6 titled "Definitions".

Elevated building. Elevated building means a non-basement building (i) built, in the case of a building in Zones AE, A, A99, AO, AH, X, and D, to have the top of the elevated floor, elevated above the ground level by means of pilings, columns (posts and piers), or shear walls parallel to the floor of the water and (ii) adequately anchored so as not to impair the structural integrity of the building during a flood of up to the magnitude of the base flood. In the case of Zones AE, A, A99, AO, AH, X, D, "elevated building" also includes a building elevated by means of fill or solid foundation perimeter walls with openings sufficient to facilitate the unimpeded movement of flood waters.

Eligible capital improvement projects. All eligible construction projects that are included in the capital improvement budget.

Emergency, utility related. A break or leak in an underground utility line or a disruption in a utility service.

Emergency vehicle. Vehicle of the police or fire departments, ambulances, and vehicles conveying an airport official or airport employee in response to any emergency call.

Eminent domain. Inherent sovereign power claimed by the legislature of a state, for controlling private property for public uses.

Employment agency. An establishment whose business is to find jobs for people seeking them or to find people to fill jobs that are open.

Enclosure ratio. The ratio of building height to the distance between buildings facing across a street. The distance between buildings shall be measured from the front facade including any porch, stoop, or other area integral to the building.

Entablature. A horizontal, continuous lintel on a classical building supported by columns or a wall, comprised of the architrave, frieze, and cornice.

Ephemeral stream. A stream or drain that flows only during and for short periods following precipitation and flows in low areas that may or may not have a well-defined channel.

Equivalent dwelling unit (EDU). The service unit used within this chapter equal to seven hundred fifty (750) gallons per day of peak wastewater flow and three hundred (300) gallons per day of average wastewater flow. For purposes of applying parks and open space requirements to non-residential uses, equivalent dwelling units shall be measured as follows:

| Principal Building Activity | Square Feet per Employee | Employees per 1,000 Square Feet | EDU (Square Footage Needed to Equal One Residential Dwelling Unit) |
|---|---|---|---|
| Education | 767 | 1.30 | 1,764 |
| Food Sales | 984 | 1.02 | 2,263 |
| Food service | 578 | 1.73 | 1,329 |
| Health Care | 520 | 1.92 | 1,196 |
| Lodging | 1,317 | 0.76 | 3,029 |
| Mercantile and service (Commercial) | 945 | 1.06 | 2,174 |
| Office | 387 | 2.58 | 890 |
| Public Assembly | 1,317 | 0.76 | 3,029 |
| Public Order and Safety | 746 | 1.34 | 1,716 |
| Religious Worship | 726 | 1.38 | 1,671 |
| Warehouse and Storage | 1,730 | 0.58 | 3,979 |
| Other | 544 | 1.84 | 1,251 |

Source: U.S. Department of Energy, Energy Information Administration, A Look at Commercial Buildings in 1995: Characteristics, Energy Consumption, and Energy Expenditures.

Erodible soils. Soils rated as Austin Silty Clay, bracket clay loam, Brackett-Austin complex (Austin only), Gullied land, Houston clay, Houston-Sumter clays, Houston Black clay, Houston Black gravelly clay, San Antonio clay loam, Venus loam, Venus clay loam, Webb fine sandy loam, Webb soils in the Soil Survey.

Evergreen. Plants that retain their foliage throughout the year.

Evergreen screen. A dense vegetative screen that grows over twenty (20) feet high at maturity and

retains foliage year round used for purposes of visual mitigation between zoning districts.

Evergreen tree. A tree which holds green leaves, either broadleaf or needle-shaped, throughout the year. (Source: G. Hightshoe, Native Trees, Shrubs, and Vines for Urban and Rural America (New York; Van Nostrand Reinhold and Co., 1988) at 791).

Exceptional historic landmark.

(1)   Those buildings, objects, sites, site improvements, appurtenances or structures of the highest and most unique historical, cultural, architectural or archaeological importance and whose demolition or destruction would constitute an irreplaceable loss to the quality and character of San Antonio; and

(2)   Those inventoried interior spaces designed or intended to be occupied as part of the structure or which are accessible to the public.

Existing construction. For the purposes of determining rates, structures for which the "start of construction " commenced before the effective date of the FIRM or before January 1, 1975, for FIRMs effective before the date. "Existing construction" may also be referred to as "existing structures."

Existing manufactured home park or subdivision. A manufactured home park or subdivision for which the construction of facilities for servicing the lots on which the manufactured homes are to be affixed (including, at a minimum, the installation of utilities, the construction of streets, and either final site grading or the pouring of concrete pads) is completed before the effective date of the floodplain management regulations adopted by a community.

Expansion to an existing manufactured home park or subdivision. The preparation of additional sites by the construction of facilities for servicing the lots on which the manufactured homes are to be affixed (including the installation of utilities, the construction of streets, and either final site grading or the pouring of concrete pads).

Extended stay hotel and/or motel. A building containing rooms intended or designed to be used or which are used, rented, or hired out to be occupied temporarily for an extended period of time by guest and where a kitchen and dining area are provided within the room or complex of rooms rented by the tenant.

Exterior insulated finish systems (EIFS). A type of building exterior wall cladding system that provides exterior walls with an insulated finished surface and waterproofing in an integrated composite material system intended to simulate the texture and appearance of actual stucco.

Fabrication. Manufacturing, excluding the refining or other initial processing of basic raw materials such as metal ores, lumber or rubber. Fabrication relates to assembling, stamping, cutting or otherwise shaping the processed materials into useful objects.

Facade. The exterior wall of a building exposed to public view or that wall viewed by persons not within the building; an exterior wall.

Facilities exhibition spaces. public spaces designated by the City of San Antonio for the exhibition

of art and art activities such as the Central Library Gallery, airport art spaces and city hall.

<u>Family.</u> One (1) or more persons occupying a dwelling living together as a separate housekeeping unit in one (1) or more rooms with complete living facilities, including kitchen facilities or equipment for cooking or provisions for the same, and including room or rooms for living, sleeping, bathing and eating. The term family expressly excludes residents of an assisted living facility, boarding home, community home, college fraternity or sorority, transitional home, or nursing facility as defined.

<u>Fanlight.</u> An arched window with muntins that radiate like a fan; typically used as a transom.

<u>Fascia.</u> A horizontal member or board that covers the rafter ends along the edge of the roof.

<u>Fence.</u> A tangible enclosure or barrier, constructed of any material allowable by this chapter, but not including hedges, shrubs, trees, or other natural growth, erected for the purpose of providing a boundary, separation of areas, means of protection, to prevent uncontrolled access, decorative purposes, or concealment. Retaining walls shall not be considered fences.

<u>Fence (combined).</u> A fence with at least eighteen (18) inches of the lower portion of the fence measured from the ground up is of a solid material (wood, stone and/or masonry) with the upper portion of the fencing being constructed with openings equal to fifty (50) percent of the total area of the open portion of the fence calculated by the length times the height of the open section of the fence.

<u>Fence (predominantly open).</u> A fence constructed so that its surface area, calculated as the square of its heights and applicable length, is constructed with seventy (70) percent of its surface area as open voids to permit circulation of air and visibility through the fence.

<u>Fence (screening).</u> A fence constructed without any surface voids for the purpose of blocking a person's visual view from a public street.

<u>Fence (solid).</u> A fence constructed so that its surface area, calculated as the square of its heights and applicable length, is constructed with less than seventy (70) percent of its surface area as open voids.

<u>Fenestration.</u> Window treatment in a building or facade; an opening in a surface.

<u>Filtration basin.</u> Filtration basins are secondary treatment structures that follow sedimentation basins and release storm water runoff through a filter media to remove additional pollutants.

<u>First flush.</u> At least the first one-half (½) inch of runoff from a storm event which flushes off and contains a disproportionately large loading of the accumulated pollutants from impervious and non-impervious surfaces.

<u>Fitness center/health club.</u> A place of business with equipment and facilities for exercising and improving physical fitness, open to its members and guests or to the public for a fee.

<u>Flat roof.</u> A roof that has only enough pitch so that water can drain.

Flea market. See Outdoor resale business.

Flood fringe. That portion of the floodplain outside of the floodway.

Flood insurance rate map (FIRM). Flood rate insurance map (FIRM) means an official map of a community, on which the Federal Emergency Management Agency has delineated both the areas of special flood hazards and the risk premium zones applicable to the community.

Flood insurance study. The official report provided by the Federal Emergency Management Agency. The report contains flood profiles, water surface elevation or the base flood, as well as the flood boundary map.

Flood or flooding. Flood or flooding means a general and temporary condition of partial or complete inundation of normally dry land areas from:

(1)   The overflow of inland or tidal waters.
(2)   The unusual and rapid accumulation of runoff of surface waters from any source.

Floodplain. Any land area susceptible to being inundated by water from any source (see definition of flooding). The 100-year floodplain is also known as the area of special flood hazard.

Floodplain, 100-year. See 1% annual chance floodplain.

Floodplain management. The operation of an overall program of corrective and preventive measures for reducing flood damage, including but not limited to emergency preparedness plans, flood control works and floodplain management regulations.

Floodplain management regulations. Zoning ordinances, subdivision regulations, bonding codes, health regulations, special purpose ordinances (such as a floodplain ordinance, grading ordinance and erosion control ordinance) and other applications or police power. The term describes such state or local regulations, in any combination thereof, which provide standards for the purpose of flood damage prevention and reduction.

Floodplain standards or floodplain ordinance. See Appendix F, Floodplains.

Flood proofing. Any combination of structural and non-structural additions, changes, or adjustments to structures which reduce or eliminate flood damage to real estate or improved real property, water and sanitary facilities, structures and their contents.

Flood protection system. Those physical structural works for which funds have been authorized, appropriated, and expended and which have been constructed specifically to modify flooding in order to reduce the extent or the areas within a community subject to a "special flood hazard" and the extent or the depths or associated flooding. Such a system typically includes hurricane tidal barriers, dams, reservoirs, levees or dikes. These specialized flood modifying works are those constructed in conformance with sound engineering standards.

Floodway. The channel or a river or other watercourse and the adjacent land areas that must be reserved in order to discharge the base flood. The floodway is the 100-year floodplain in the City of San

Antonio.

Floor area. The sum of the gross horizontal areas of all floors of a structure, including interior balconies and mezzanines, measured from the exterior face of exterior walls, or from the centerline of a wall separating two (2) structures. The floor area shall include the area of roofed porches having more than one (1) wall and of accessory structures on the same lot. Stairwells and elevator shafts shall be excluded.

Floor area ratio. The ratio of the total building floor area in square feet to the total land area in square feet.

Food, mobile food court. A "mobile food court" is a parcel or group of parcels of land where three (3) or more mobile food establishments congregate to offer food or beverages for sale to the public as the principal use of the land. This definition shall not be interpreted to include a congregation of mobile food establishment as a secondary and/or accessory use of the land.

Food, mobile food establishment. A "mobile food establishment" is a business that serves food or beverages from a self contained unit, either motorized or in a trailer on wheels, and conducts all or part of its operations on premises other than its own and is readily movable, without disassembling, for transport to another location. The term "mobile food establishment" shall not include individual nonmotorized vending carts or motorized mobile ice cream/frozen dessert vendors.

Food service establishment. Shall include every restaurant, cafe, cafeteria, coffee shop, sandwich shop, snack bar, supper club, soda fountain, soft drink or ice cream parlor, luncheonette, or other similar establishment, which offers food or beverages for purchase and consumption on or off the premises.

Form. The shape and structure of a building as distinguished from its substance or material.

Foster family home. A child care facility certified or licensed by the Texas Department of Human services which provides care twenty-four (24) hours a day for not more than six (6) children.

Foster group home. A child care facility licensed by the Texas Department of Human services which provides care twenty-four (24) hours a day for seven (7) to twelve (12) children.

Fraternal organization. A group of people formally organized for a common interest, usually cultural, religious or entertainment, with regular meetings, rituals, and formal written membership requirements.

Freeboard. Freeboard is a factor of safety usually expressed in feet above a flood level for purposes of stormwater management. "Freeboard" tends to compensate for the many unknown factors that could contribute to flood heights greater than the height calculated for a selected size flood and floodway conditions, such as wave action, bridge openings, and the hydrological effect of urbanization of the watershed.

Front yard. An area extending the full width of a lot between the front lot line and the nearest principal structure.

Frontage. The frontage of a parcel of land is that distance where a property line is common with a street right-of-way line.

Gabion. A wire basket containing primarily stones deposited to provide protection against erosion.

Gabled roof. A roof having a single slope on each side of a central ridge; usually with a gable at one (1) or at both ends of the roof.

Gambrel roof. A roof having a double slope on two (2) sides of a building; the most common example is a barn roof.

Garage, private. A building, or part thereof, accessory to a main building and providing for the storage of automobiles and in which no occupation or business for profit is carried on, enclosed on all four (4) sides, and pierced only by windows and customary doors.

Gasoline filling station. A retail outlet for the dispensing of vehicular fuels to the general public. Diesel fuel storage on site shall be limited to a maximum of five thousand (5,000) gallons. (Gasoline filling stations may provide car wash services or auto repair as provided for in section 35-311 Table 311-2 of this chapter.)

Gasoline filling station - fleet. A commercial vehicle fueling station or for the dispensing of vehicular fuels under a gas card-lock or fuel card-lock system or other system in which a purchaser, under a previously entered into contractual arrangement with the seller, is provided a card, key, or other item or device to unlock or operate the dispensing equipment when no employee is present on the premises.

Gated community. A residential area in which access to the subdivision streets is restricted by the use of a guard house or electronic arms, and in which residents may gain entry by using electronic cards, identification stickers, codes, or remote control devices.

Gifts. Art donated to the city from a private individual or institution and/or outside sources. Infrastructure - facilities and services needed to sustain development of residential, commercial or industrial activities, including airports, parking structures, parks, libraries, fire and police stations, and streets and drainage projects.

Glare. The sensation produced by luminance within the visual field that is sufficiently greater than the luminance to which the eyes are adapted to cause annoyance, discomfort, or loss in visual performance and visibility.

Greenhouse. A structure constructed of translucent material, which is devoted to the protection or cultivation of flowers or other tender plants.

Green space. Land shown on an urban corridor site plan which may be improved or maintained in a natural state and which is reserved for preservation, recreation, or landscaping.

Gross acreage. The total acreage of a development.

Ground cover. A prostrate plant growing less than two (2) feet in height at maturity that is used for:

a) ornamental purposes, b) alternatives to grasses, and c) erosion control on slopes.

Ground water. Any water percolating below the surface of the ground.

Group day care home. A child care facility that provides care for seven (7) to twelve (12) children under fourteen (14) years of age for less than twenty-four (24) hours a day.

Group home. See assisted living facility, boarding home or community home as applicable. See also § 35-376.

Gymnasium. A place, hall, building for gymnastics.

Habitable structure. See occupiable.

Half story. An uppermost story usually lighted by dormer windows, in which a sloping roof replaces the upper part of the front wall, and habitable areas on the uppermost story do not exceed a floor area derived by multiplying the floor area of the ground floor by fifty (50) percent.

Half-timbered. Heavy timber framing with the spaces filled in with plaster or masonry.

Head shop. Any retail establishment having a substantial or significant portion of its stock in trade in or which has as its main purpose the offering for sale paraphernalia or items designed or marketed for use with illegal cannabis or drugs.

Headway. The amount of time between transit vehicles, including buses or operating on a particular transit route

Heavy equipment. Self-powered, self-propelled or towed mechanical devices, equipment and vehicles of the nature customarily for use in agriculture, mining, industry, business, transportation, building or construction such as tandem axle trucks, backhoes, trenchers, loaders, tractors, bulldozers, graders, cranes forklifts, or similar like equipment but excluding automobiles, recreational vehicles and boats and their trailers.

Height, building. The vertical dimension measured from the average elevation of the finished lot grade at the front of the building to the highest point of ceiling of the top story in the case of a flat roof; to the deckline of a mansard roof; and to the average height between the plate and ridge of a gable, hip or gambrel roof.

Height limit. The elevation in feet above mean sea level, the projection above which a proposed structure or tree would not be granted a permit under this chapter, except as otherwise provided in this chapter.

Heliport. That area used by helicopters or other steep gradient aircraft for take-offs and landings. Such area may include passenger, cargo, maintenance and overhaul facilities, plus fueling service, storage space, tie-down area, hangars and other accessory buildings and open spaces.

Helistop. That area used by helicopters or other steep gradient aircraft for the purpose of takeoffs and landings. Such area may be used for the pickup or discharge of passengers and cargo, storage

space, and tie-down area, but shall not include maintenance, overhaul, or fueling services and facilities.

_Heritage tree._ As described in subsection 35-523(f).

_Highest adjacent grade._ The highest natural elevation of the ground surface, prior to construction, next to the proposed walls of a structure.

_Hipped roof._ A roof having adjacent flat surfaces that slope upward from all sides of the perimeter of the building.

_Historically significant site in need of tax relief to encourage preservation._ A building, site, or structure together with the land necessary for access and use which is determined by the historic and design review commission to be in substantial need of rehabilitation or restoration and is one (1) or more of the following:

    (a)   Designated a National Historic Landmark;

    (b)   Listed on the National Register of Historic Places; or

    (c)   Located in a National Register Historic District and certified by the Secretary of Interior as being of historic significance to the district; or

    (d)   Designated as a Recorded Texas Historic Landmark by the Texas Historical Commission; or

    (e)   Designated a State Archaeological Landmark; or

    (f)   Designated as an exceptional or significant landmark by the city as provided in this chapter; or

    (g)   Located in a historic district designated by the city and certified by the historic and design review commission as being of historic significance to the district.

_Historic district._ An area, urban or rural, defined as a historic district by city council, state, or federal authority and which may contain within definable geographic boundaries one (1) or more buildings, objects, sites or structures designated as exceptional or significant historic landmarks or clusters, as defined herein, including their accessory buildings, fences and other appurtenances, and natural resources having historical, architectural, archaeological, and cultural significance, and which may have within its boundaries other buildings, objects, sites, or structures, that, while not of such historical, architectural, archaeological or cultural significance as to be designated landmarks, nevertheless contribute to the overall visual setting of or characteristics of the landmark or landmarks located within the district.

_Historic structure._ Any structure that is:

    (a)   Listed individually in the National Register of Historic Places (a listing maintained by the Department of Interior) or preliminarily determined by the Secretary of the Interior as meeting the requirements for individual listing on the National Register;

    (b)   Certified or preliminarily determined by the Secretary of the Interior as contributing to the historical significance of a registered historic district or a district preliminarily determined by the Secretary to qualify as a registered historic district;

    (c)   Individually listed on a state inventory of historic places in states with historic preservation programs which have been approved by the Secretary of Interior; or

(d)  Individually listed on a local inventory or historic places in communities with historic preservation programs that have been certified either:

1.  By an approved state program as determined by the Secretary of the Interior or;

2.  Directly by the Secretary of the Interior in states without approved programs.

Historic tree. A tree that has been officially found by the city council to be of a character (age, size, species or historic association), and/or to have had a role in local, state or federal historical events that warrant its protection or a significant or heritage tree within a historical district.

Home occupation. Any activity carried out for gain by a resident conducted as an accessory use in the resident's dwelling unit.

Hood. A protective and sometimes decorative cover over doors, windows, or chimneys.

Horticulturist. A qualified professional who has studied the science or art of cultivating plants especially for ornamental use.

Hospital. An institution providing health services, primarily for in-patients, and medical or surgical care of the sick or injured, including as an integral part of the institution, such related facilities as laboratories, out-patient departments, training facilities, central service facilities and staff offices.

Hotel. A building/buildings containing rooms intended or designed to be used or which are used, rented or hired out to be occupied or which are occupied for sleeping purpose by guests.

Housing facilities for older persons. See 35-373(e).

HUD-Code manufactured home. A structure, constructed on or after June 15, 1976, according to the rules of the United States Department of Housing and Urban Development (HUD), transportable in one (1) or more sections, which, in the traveling mode, is eight (8) body feet or more in width or forty-body feet or more in length, or, when erected on site, is three hundred twenty (320) or more square feet, and which is built on a permanent chassis and designed to be used as a dwelling with or without a permanent foundation when connected to the required utilities, and includes the plumbing, heating, air-conditioning, and electrical systems.

Human services campus. A use in which multiple structures and related grounds or portions thereof are used to provide a multitude of services including, but not limited to the following: emergency food, medical or shelter services; animal care facilities; schools, including educational, business and vocational; community health care clinics, including those that provide mental health care; alcohol or drug abuse services; information and referral services for dependent care, housing, emergency services, transportation assistance, employment or education; multi-family housing; consumer and credit counseling; or day care services for children and adults.

Impact area. The area within which a proposed development is presumed to create a demand for public services and/or facilities and is evaluated for compliance pursuant to subsection 35-502(c) of this chapter. The "impact area" is that area in which the capacity of public facilities will be aggregated and compared to the demand created by existing development, committed development and the proposed development. The impact areas for specific public facilities are defined in subsection

35-502(b) of this chapter.

Impact fee. A charge or assessment imposed by the city against new development in order to generate revenue for funding the costs of capital improvements or facility expansions necessitated by and attributable to the new development as specified in the sanitary sewer capital improvements plan for designated impact fee service areas. The term includes amortized charges, lump sum charges, capital recovery fees, contributions in aid of construction, and any other fee that functions as described by this definition.

Impervious. See Impervious cover.

Impervious cover. Roads, parking areas, buildings, pools, patios, sheds, driveways, private sidewalks, and other impermeable construction covering the natural land surface; this shall include, but not [be] limited to, all streets and pavement within the subdivision. "Percent impervious cover" is calculated as the area of impervious cover within a lot, tract, or parcel or within the total site being developed, divided by the total area within the perimeter of such lot, tract, parcel or development. Vegetated water quality basins, vegetated swales, other vegetated conveyances for overland drainage, and public sidewalks shall not be calculated as impervious cover.

Infill regulations. See section 35-343 of this chapter.

Infrastructure. Any physical system or facility that provides essential services such as transportation, utilities, energy, telecommunications, waste disposal, park lands, sports, buildings, housing facilities and the management and use of resources regarding the same. Infrastructure includes drainage systems, irrigation systems, sidewalks, roadways, sewer systems, water systems, driveways, trails, parking lots, and other physical systems or facilities as generally described above that may not be specifically enumerated in this definition.

Infrastructure expenses. Infrastructure expenses shall include engineering costs, impact fees, platting fees (including the amount of bond, trust agreement, or irrevocable letter of credit posted with the city to assure compliance with platting requirements), as well as necessary development costs actually paid (if such costs actually paid exceed or are necessary but not included infrastructure costs covered by the bond, trust agreement or irrevocable letter of credit) including off-site infrastructure costs that are necessary for plat approval of a specific parcel of real property. Further, a property owner or developer shall be allowed to include as infrastructure expenses, costs incurred by voluntary compliance with development ordinances including by way of example but not limitation, tree survey costs.

Ingress/egress easement. A recorded irrevocable easement granted by the property owner to a named beneficiary for the purpose of access. The easement as well as any improvements or maintenance associated with the easement shall be the responsibility of the property owner(s).

Inhabitable use. See occupiable.

In-kind. The replacement element is exactly the same as the element it is replacing. For example, wood casement windows that are replaced with wood casement windows identical to those that are

being removed.

In-kind replacement. To replace a feature of a building with materials of the same characteristics, such as material, texture, color, etc.

Integrity. Condition or description of a property that is physically unaltered or one that retains enough of its historic character, appearance, or ambiance to be recognizable to the period when the property achieved significance.

Intensity. The number of square feet of development per acre by land use type with respect to non-residential land uses.

Intermediate construction phase. On land development projects with multiple phases of construction, there may be several intermediate construction phases which precede the final construction phase. The final construction phase is completed in the build-out year.

Intermediate floodplain. Any channel, creek, stream, branch, or watercourse for surface water drainage that drains an area greater than three hundred twenty (320) acres but less than six hundred forty (640) acres.

Intermittent stream. A stream that flows only during wet periods of the year (or thirty (30) to ninety (90) percent of the time) and flows in a continuous, well-defined channel.

Intersection. The area embraced within the prolongation or connection of the lateral curblines, or, if none, then the lateral boundary lines of two (2) or more roadways, including public street, private street, commercial driveway, residential driveway, driveway approach, alley or combination thereof which join one another at, or approximately at, right angles, or the area within which vehicles traveling upon different roadways joining at any other angle may come into conflict.

Intrusion. A building, object, site or structure which detracts from the historical significance of a district or cluster because of its incompatibility with the sense of time and place and historical development of a district or cluster; or its incompatibility of scale, materials, texture, or color; or whose integrity has been irretrievably lost; or whose physical deterioration or damage makes it infeasible to rehabilitate.

Invasive species. Include chinaberry, Chinese Tallow, Tree of Heaven, Chinese Pistache, Ligustrum, Golden Raintree and Tamarisk will not be protected and can be removed without penalty or mitigation.

Inventory. A systematic listing of cultural, historical, architectural, or archaeological resources prepared by a city, state, or federal government or a recognized local historical authority, following standards set forth by federal, state and city regulations for evaluation of cultural properties.

ISTEA. Intermodal Surface Transportation Efficiency Act, a federal grant provided to fund the Statewide Transportation Enhancement Program.

Jalousie window. A window composed of angled, overlapping slats of glass, arranged horizontally like a shutter in order to tilt open for ventilation.

Junk. Any worn out, cast off, or discarded article or material which is ready for destruction or has been collected or stored for salvage or conversion to some use. Any article or material which, unaltered or unchanged and without further reconditioning, can be used for its original purpose as readily as when new shall not be considered junk.

Kickplate. The horizontal element or assembly at the base of a storefront parallel to a public walkway. The kickplate provides a transition between the ground and storefront glazing area.

Kindergarten. See Nursery school.

Laboratory. A building or part of a building devoted to the testing and analysis of any product or animal. No manufacturing is conducted on the premises except for experimental or testing purposes.

Land use assumptions. Description of the service area and projections of changes in land uses, densities, intensities, and population in the service area over at least a ten-year period contained in the land use assumptions plan.

Land use category. A classification of uses as set forth in the use matrix (see key to use matrix for rules of interpretation).

Landscape architect. An individual currently registered to practice landscape architecture in the State of Texas, as evidenced by a valid certificate of registration issued by the Texas Board of Architectural Examiners.

Landscape planting area. An area that accommodates the installation of trees, shrubs and ground covering consistent with the standards of this chapter.

Landscaping. The process or product of site development including grading, installation of plant materials and seeding of turf or ground cover.

Large shrub. Any plant, deciduous or evergreen, which is generally multi-stemmed and reaches a height of six (6) feet or more upon maturity.

Large tree. A tree of a species which normally reaches a height of forty (40) feet or more upon maturity.

Lattice antenna structure. A steel lattice, self supporting structure with no guy wire support, so designed to support fixtures which hold one or more antennas and related equipment for wireless communication transmission.

Leaded glass window. A window composed of pieces of glass that are held in place with lead strips; the glass can be clear, colored, or stained.

Levee. A manmade structure, usually an earthen embankment, designed and constructed in accordance with sound engineering practices to contain, control, or divert the flow of water so as to provide protection from temporary flooding.

Level of service. An indicator of the extent or degree of service provided by, or proposed to be

provided by, a facility based upon and related to the operational characteristics of the facility. Level of service indicates the capacity per unit of demand for each public facility.

Licensed professional engineer. An engineer licensed by the Texas Board of Professional Engineers pursuant to Chapter 1001, Occupations Code.

Light rail line. A public rail transit line that usually operates at grade level and that provides high capacity, regional level transit service. Low capacity, district level, or excursion rail transit service, such as a vintage trolley line, is not included. A light rail line is designed to share a street right-of-way although it may also use a separate right-of-way.

Linear project. A project whose configuration is elongated with nearly parallel sides and used to transport a utility product or public service not otherwise contained in an application for subdivision, such as electricity, gas, water, sewer, communications, trains, and vehicles. Linear projects may traverse fee simple properties through defined boundaries or through easement rights.

Liner building. A building(s) used to screen a surface parking lot, parking garage, or big-box retail from the street providing the street face a common edge that has doors and windows opening onto the sidewalk. Liner buildings can be residential, commercial, or a mix of the two (2). Parking garages and their liners may be built at different times.

Link. See Street link.

Lintel. The piece of timber, stone, or metal that spans above an opening and supports the weight of the wall above it.

Lites. Window panes.

Live entertainment. A use which includes any or all of the following activities, either principal or accessory: performance by musicians, dancers, stand-up comedians or other performance artists; karaoke; live bands or musical acts; or the amplification of recorded music/entertainment by live disk jockeys.

Live-work unit. A building in which offices, studios, or other commercial uses are located on or above the first floor. See also section 35-381.

Loan. Artworks given to the city for its use for a period of time and to be returned to the owner after the loan period expires.

Loan office. An office that provides installment loans, originated and serviced locally, with repayment terms over a fixed period of time with a set number of scheduled payments of principal and interest. A loan office provides services to clients by appointment only or via internet or telephone. Examples include mortgage lenders, signature loans and student loan companies. A loan office shall not include any use that meets the criteria of a specified financial institution, as defined.

Lodge. The place where members of a club or a fraternal organization hold their meetings.

Loft housing. See Dwelling, loft.

LOMR. A letter of map revision. A LOMR will be submitted for FEMA approval for all changes to the floodplain boundary that are delineated on the current flood insurance rate maps.

Lot. A designated parcel or area of land established by plat to be used, developed, or built upon as a unit.

Lot, 900 series. These lots specifically exclude the construction of all residential and nonresidential structures. The series is designed to allow for designation of permeable or impermeable open space and may include but not be limited to parkland required by section 35-503, stormwater management facilities, water quality ponds, driveways, gazebos, playgrounds, private streets, utility easements and private ingress/egress easements.

Lot, corner. A lot or parcel of land abutting upon two (2) or more streets at their intersection, or upon two (2) parts of the same street forming an interior angle of less than one hundred thirty-five (135) degrees.

Lot depth. The mean horizontal distance between the front and rear lot lines.

Lot design standards. See section 35-603 of this chapter.

Lot, flag. A lot not meeting minimum frontage requirements consistent with the illustration shown in subsection 35-515(h).

Lot, reversed corner. A corner lot, the exterior side lot line of which is a continuation of the front lot line of the lot abutting immediately to the rear.

Lot width. The width of a lot at the front setback line.

Lowest floor. The lowest floor of the lowest enclosed area (including basement). An unfinished or flood resistant enclosure, usable solely for parking or vehicles, building access or storage in an area other than a basement area is not considered a building's lowest floor; provided that such enclosure is not built so as to render the structure in violation of the applicable non-elevation design requirement of Section 60.3 of the National Flood Insurance Program regulations.

Low income housing. Housing reserved for occupancy or ownership by persons or households whose annual gross income does not exceed eighty (80) percent of the area median household gross income for households of the same size in the San Antonio metropolitan statistical area, as defined by the U.S. Department of Housing and Urban development in 24 C.F.R., Part 813.

Low risk flood area. Low risk flood area as used in section 35-F145 refers to the River Bend area of the San Antonio Riverwalk. For floodplain management purposes, low risk flood areas are defined as either the areas outside the one (1) percent annual chance floodplain and inside the 0.2 percent annual chance floodplain or areas of shallow flooding.

Lux. The standard unit of luminance. One (1) lux is one (1) lumen per square meter.

Maintenance easement. An easement granted by the owner of a lot adjacent to a zero lot line development, exclusively for the purpose of allowing the occupant of a residence on the lot line access

to the adjoining property in order to maintain that portion of his dwelling situated on the property line.

Major arterial. See Principal arterial.

Major bus boarding location. The right-of-way of any street link or series of street links in which at least four (4) bus shelters are located within a distance of one (1) mile.

Major floodplain. Any channel, creek, stream, branch, or watercourse for surface water drainage that drains six hundred forty (640) acres or more.

Major subdivisions. Any subdivision other than a minor subdivision.

Major thoroughfare. Street routes that are identified as major thoroughfares as set forth in the major thoroughfare plan, and as may from time to time be amended. Major thoroughfares are devoted to moving large volumes of traffic over long distances.

Major thoroughfare plan. The major thoroughfare plan as adopted by the city council September 21, 1978 and any amendments thereto.

Mansard roof. A roof having two (2) slopes on all four (4) sides; the lower slope is much steeper than the upper.

Manufactured home or manufactured housing. A HUD-Code manufactured home. For purposes of the floodplain ordinance, a "manufactured home" means a structure transportable in one (1) or more sections, which is built on a permanent chassis and is designed for use with or without a permanent foundation when connected to the required utilities. The term "manufactured home" does not include a "recreational vehicle".

Manufactured home park. A plot or tract of land which is separated into two (2) or more spaces or lots which are rented or leased or offered for rent or lease to persons for the installation of manufactured homes for use and occupancy as residences; provided, that the lease or rental agreement is for a term of less than sixty (60) months and contains no purchase option.

Manufactured home park or subdivision. For purposes of the floodplain ordinance, a parcel (or contiguous parcels) of land divided into two (2) or more manufactured home lots for rent or sale.

Manufactured home park plan. A complete and exact plan of the manufactured home park submitted to the planning commission for final approval and which, if approved, will be submitted to the director of planning and development services for filing.

Manufactured home setback line. The line within a manufactured home site defining the minimum horizontal distance between a manufactured home and the adjacent street line.

Manufactured home site. A plot of ground within a manufactured home park which is designed for and designated as the location for only one (1) manufactured home and not used for any other purposes whatsoever other than the customary accessory uses thereof.

Manufactured home stand. That part of a manufactured home site which has been reserved for

the placement of the manufactured home, appurtenant structures, or additions.

Manufacturing. Operations required in the mechanical, biological, or chemical transformation of materials or substances into new products including the assembling of component parts, the manufacture of products, and the blending of materials such as lubricating oils, plastics, resins, or liquors. The term manufacturing covers all mechanical, biological, or chemical transformations, whether the new product is finished or semi-finished as raw materials is some other process.

Manufacturing facility. Buildings and structures, used or to be used for the mechanical or chemical transformation of materials or substances into new products. Establishments engaged in assembling component parts of manufactured products are also considered manufacturing. (Cross-Reference: Impact fee standards)

Marginal access. The type of street which is used to provide direct access to abutting properties and protection from through traffic.

Masonry. A construction method that stacks masonry units, such as stones or bricks, and binds them with mortar to form a wall.

Mass. The size, height, symmetry and overall proportion of a structure in relation to the original style and/or to surrounding structures.

Massage parlor means any place where, for any form of consideration or gratuity, massage, alcohol rub, administration of fomentation, electric or magnetic treatments, or any other treatment or manipulation of the human body which occurs as a part of, or in connection with, such treatment, manipulation, or service related thereto, exposes specified anatomical areas. The definition of a massage parlor shall not include the practice of massage in any licensed hospital, nor by a licensed massage therapist, hospital, licensed physicians, surgeons, chiropractor, osteopath, nurse, technician working under the supervision of a licensed physician, surgeon, chiropractor, or osteopath, nor by trainers of any amateur, semiprofessional or professional athlete or athletic team or school athletic program.

Massing. The three-dimensional bulk of a building height, width, and depth.

Master development plan (MDP). Formerly known as a "Preliminary Overall Area Development Plan" (POADP), a master development plan is a long-range plan for the development of property submitted pursuant to section 35-412 of this chapter.

Master plan. The comprehensive plan for the physical development of the city, as prescribed in Section 121 of the City Charter and includes any unit or part of such plan separately adopted and any amendment to such plan or part thereof. The master plan policies were adopted by the planning commission as Resolution No. 97-05-01 on May 14, 1997, and by the city council as Ordinance No. 86100 on May 29, 1997.

Mass transit. The transportation of passengers and hand-carried packages or baggage of a passenger by a surface, overhead, or underground means of transportation, or a combination of those means, including motorbus, trolley coach, rail, and suspended overhead rail transportation. The term

does not include taxicab transportation. [Source: V.T.C.A. Transportation Code § 451.001]

Mean sea level. For purposes of the National Flood Insurance Program, the National Geodetic Vertical Datum (NGVD) of 1929 or other datum, to which base flood elevations shown on a community's flood insurance rate map are referenced.

Median. (1) The middle number in a series of items in which fifty (50) percent of all figures are above the median and fifty (50) percent are below. (2) An island in the center of a roadway that separates traffic flows.

Medium tree. A tree species which normally grows to a height between twenty-five (25) and forty (40) feet.

Membership organization. An organization operating on a membership basis with pre-established formal membership requirements and with the intent to promote the interests of its members. Such an organization includes trade associations, professional organizations, unions, and similar political and religious organizations.

Metal recycling entity means a business that is operated from a fixed location and is predominately engaged in the following and excludes used automotive parts recycling businesses.

(A)   Performing the manufacturing process by which scrap, used, or obsolete ferrous or nonferrous metal is converted into raw material products consisting of prepared grades and having an existing or potential economic value, by a method that in part requires the use of powered tools and equipment, including processes that involve processing, sorting, cutting, classifying, cleaning, baling, wrapping, shredding, shearing, or changing the physical form of that metal;

(B)   The use of raw material products described under paragraph (A) in the manufacture of producer or consumer goods; or

(C)   Purchasing or otherwise acquiring scrap, used, or obsolete ferrous or nonferrous metals for the eventual use of the metal for the purposes described by paragraph (A) or (B).

Microbrewery. A small-scale brewing facility designed for the production of malt liquors such as beer and ale, using grains such as oats, hops, rice, wheat and barley, designed and managed to brew no more than seventy-five thousand (75,000) barrels of beer per year. The following uses may be accessory to a microbrewery in conformance with section 35-370:

1.   Sampling for on-site consumption and the sale for off-site consumption of the microbrewery's products;

2.   Meeting/reception facilities; and

3.   Retail sales of items primarily associated with the brewery (such as glassware, souvenirs, promotional items) and conducted within the microbrewery or a permitted accessory structure.

A brewpub is not considered a microbrewery and has a separate definition in this chapter.

Ministerial decision. A decision rendered by an administrative official or agency without a public hearing and subject to the standards of this chapter, as set forth in subsection 35-401(b)(3) and section 35-424 of this chapter.

Minor arterial. Any street designated as an arterial, but not as a principal arterial, in the thoroughfare plan (see section 35-505, Table 505-1).

Minor floodplain. Any channel, creek, stream, branch, or watercourse for surface water drainage that drains an area greater than one hundred (100) acres but less than three hundred twenty (320) acres.

Minor subdivision. A subdivision involving four (4) or fewer lots fronting on an existing street that does not involve (i) the creation of any new streets, alleys or safety lanes; (ii) the extension of off-site utilities; or (iii) the installation of drainage improvements.

Mitigation tree. A tree used for the purpose of mitigating the destruction or removal of a protected or heritage tree pursuant to the requirements of the tree preservation standards. A mitigation tree must have a caliper of at least two and one-half (2½) inches.

Mixed use building. A building which contains two (2) or more of the following major use types: residential, office, or retail.

Mobile food vending, base of operation. The location where a mobile food vending vehicle originates, and is returned for cleaning, storing or stocking. Food preparation for catering is permitted. A mobile food vending base of operation shall not include activities associated with the "food, mobile food court" as defined in this section.

Mobile home. A structure that was constructed before June 15, 1976, transportable in one (1) or more sections, which, in the traveling mode, is eight (8) body feet or more in width or forty (40) body feet or more in length, or, when erected on site, is three hundred twenty (320) or more square feet, and which is built on a permanent chassis and designed to be used as a dwelling with or without a permanent foundation when connected to the required utilities, and includes the plumbing, heating, airconditioning, and electrical systems.

Molding. Any linear plane which deviates from a flat surface. On buildings, molding consists of strips of wood used to conceal joints and to provide a decorative finished appearance. No portion of a control joint shall be considered a molding.

Monopole antenna structure. A self-supporting pole type structure with no guy wire support, tapering from base to top and so designed to support fixtures which hold one (1) or more antennas and related equipment for wireless telecommunication transmission.

Monument sign. Sign that is directly supported by the earth for the full width of the sign face area.

Mortar. A mixture of cement, lime, sand, or other aggregates with water; used in plastering and bricklaying.

Motor vehicle sales (full service). An establishment that provides sales of any motorized vehicles including autos, trucks, RV's, boats, motorcycles in addition to vehicle sales other vehicle related services to the general public such as vehicle repair, paint and body work, brake jobs, oil and lube service, vehicle detailing and washing.

Motor vehicle sales (sales only). An establishment that sells only motor vehicles including autos, trucks, RV's, boats, motorcycles and provides no on-site repair for the public or for its own stock of vehicles. Allows for on-site washing and detailing of vehicles.

Mulch. Non-living organic and inorganic materials customarily used in landscape design to retard erosion, retain moisture, maintain even soil temperature, control weeds, and enrich the soil.

Multi-phase project. A project on a tract of land within the city or its extraterritorial jurisdiction ("ETJ") where the entire property will be platted in two (2) or more plat phases or units.

Multiple resource historic district. An area defined by city council, state or federal authority within a defined geographical area which identifies specific cultural resources having historic, architectural, cultural, or archaeological significance.

Multi-trunk tree. A tree having two (2) or more main trunks arising from the root collar or from the main trunk and measured for DBH by adding the entire DBH of the largest trunk to the sum of the remaining trunks at one-half (½) of their DBH. Where no trunk is greater than one (1) inch DBH, the tree will not be protected regardless of the sum of the DBH inches of trunks calculated by the above method.

Muntin. One of the thin strips of wood used to separate panes of glass within a window.

Nameplate. A sign not exceeding one (1) square foot in area indicating the name and/or address of a building or the name of an occupant thereof and/or the practice of a permitted occupation therein.

National Historic Preservation Act (NHPA). 16 U.S.C. Part 470.

National Preservation Guidelines or NPS Guidelines. "Secretary of the Interior's Standards for the Treatment of Historic Properties with Guidelines for Preserving, Rehabilitating, Restoring and Reconstructing Historic Buildings", dated 1995, and published by the U.S. Department of the Interior, National Park Service, Cultural Resource Stewardship and Partnerships, Heritage Preservation Services (Washington, D.C., 1995), as may be amended from time to time, and which are hereby incorporated by this reference.

National Preservation Standards. 36 CFR Part 68, as amended, which is hereby incorporated by this reference.

National Register designation guidelines. 36 CFR § 60.4 and the Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation promulgated by the National Park Service, Department of the Interior, and effective on September 29, 1983.

Natural area. Natural areas are areas which contain a diverse and complex assortment of endemic

(native to the area) plants (trees, shrubs, wildflowers, forbes and grasses) and void of invasive plant species.

Natural regeneration. The natural establishment of trees and other vegetation with at least four hundred (400) woody, free-to-grow seedlings per acre, which are capable of reaching a height of at least twenty (20) feet at maturity.

Natural state. Natural state means the topography that exists at the time information is gathered for flood insurance rate maps or any subsequent approved revisions to those maps.

Neighborhood unit. A neighborhood unit encompasses an area which includes residences, businesses, parks, schools, and other community facilities. Populations may range from four thousand (4,000) to ten thousand (10,000) people depending on the geographic area and boundaries. A neighborhood unit usually contains at least one thousand five hundred (1,500) housing units.

Net acreage. The gross acreage of a development site excluding those portions of a development dedicated to public use, such as street rights-of-way, drainage and open space.

Net area shall mean total acreage within a master development plan less the area within the 100-year floodplain and the area dedicated to conservation easement, natural area (such as greenbelt) and parks.

New construction. For the purpose of determining insurance rates, structures for which the "start of construction" commenced on or after the effective date of an initial FIRM or after December 31, 1974, whichever is later, and includes any subsequent improvements to such structures. For floodplain management purposes, "new construction" means structures for which the "start of construction" commenced on or after the effective date of a floodplain management regulation adopted by a community and includes any subsequent improvements to such structures.

New development. Any new demand which increases the number of equivalent dwelling units including, but not limited to, the subdivision and/or resubdivision of land; the construction, reconstruction, redevelopment, conversion, structural alteration, relocation, or enlargement of any structure; or any use or extension of the use of land, any of which increases the number of equivalent dwelling units. [Commentary: The subdivision and/or resubdivision of land, the construction, reconstruction, redevelopment, conversion, structural alteration, relocation, or enlargement of any structure; or any use or extension of the use of land which does not increase the number of equivalent dwelling units is not considered new development and is not subject to payment of additional impact fees. However, the previous applicable impact fees must have been paid.]

New manufactured home park or subdivision. A manufactured home park or subdivision for which the construction of facilities for servicing the lots on which the manufactured homes are to be affixed (including at a minimum, the installation of utilities, the construction of streets, and either final site grading or the pouring of concrete pads) is completed on or after the effective date of floodplain management regulations adopted by a community.

Nightclub. A tavern with more than two thousand (2,000) square feet of building area excluding

kitchen, restrooms and storage areas. A nightclub use may include, in addition to the provision of alcohol, a dance hall, food services, and/or live entertainment as an accessory use when conducted less than three (3) days per week.

*Node.* The terminus or intersection of two (2) or more streets, including the head or bulb of a cul-de-sac.

*Nonconforming structure.* Any existing structure which was erected according to all applicable city ordinances at the time, but which does not now comply with all the regulations applicable to the district in which the structure is located.

*Nonconforming use.* Generally, the use of an existing property or structure after the effective date of this chapter, which does not comply with the use regulations applicable to the district in which the property is located, and as further defined in section 35-702 of this chapter.

*Non-contributing.* A building, object, site or structure which neither adds to nor detracts from a sense of time and place or historical development of a district or cluster; a building, site, structure, or object within an historic district that does not add to the values or qualities of that district because it was not present during the period of significance or because it no longer retains integrity.

*Non-degradation.* The proper use of BMPs and pollution prevention criteria in activity so as to prevent degradation as defined herein.

*Non-living materials.* Plant materials used for landscaping such as river rock, stone, bark, and similar materials.

*Not rated resource.* A building, object, site or structure which has been inventoried and reviewed by the historic and design review commission but not rated due to lack of age following criteria set forth in this chapter.

*Not significant resource.* A building, object, site or structure older than twenty-five (25) years old which has been inventoried and reviewed by the historic and design review commission using criteria set forth in this chapter, but which lacks sufficient historical, architectural, cultural, or archaeological significance to be recommended for landmark status based on available evidence.

*Nude modeling studio* means any place where a person who, for money or any form of consideration, appears in a state of nudity or displays specified anatomical areas, to be observed, sketched, drawn, painted, sculptured, photographed, or otherwise depicted by other persons. This definition shall not include nude modeling by an adult that occurs in conjunction with art classes of a university, college, or any art class supervised by an art instructor paid by an arts school.

*Nude or nudity or state of nudity* means:

(1)   The appearance of the bare buttock; anus; male genitals; female genitals; or entire female breast; or

(b)   A state of dress which fails to completely and opaquely cover the buttock; anus; male genitals; female genitals; or entire female breast.

Nudity attraction establishment means any place of business where nudity or semi-nudity is regularly or routinely advertised as a characteristic of the business or which regularly attracts patrons with nudity or semi-nudity.

Nuisance. Any tree or shrub or part thereof that grows upon private or public property which 1) interferes with the use of any public area; 2) is infected with an infectious plant disease or insects; 3) or which endangers the life, health, or safety of persons or property.

Nursery. Land or greenhouses used to raise flowers, shrubs, trees, grass, and other plants for sale.

Nursery school. A child care facility offering a program for children between two (2) and seven (7) years of age for four (4) hours or less per day.

Nursing facility.

(a)   A facility which furnishes food and shelter to four (4) or more persons who are unrelated to the proprietor of the establishment; and provides minor treatment under the direction and supervision of a physician licensed by the Texas State Board of Medical Examiners, or other services that meet some need beyond the basic provision of food, shelter, and laundry; and which complies with Chapter 242 Convalescent and Nursing Homes and Related Institutions of the Texas Health and Safety Code, and as amended. Nursing facilities include skilled nursing facilities which are defined by the United States Social Security Act Sec. 1819. 42 U.S.C. 1395i-3.

(b)   Other congregated living facilities not defined in this chapter that provide residential accommodations with health care, supervision and/or other personal services including convalescent facilities for individuals who may not require hospitalization such as extended care facilities or hospice care facilities.

Object. An object is a material thing of functional, aesthetic, cultural, historical, archaeological, or scientific value that may be, by nature or design, movable yet related to a specific setting or environment.

Object d'art. Individual art pieces not mass-produced consisting of one (1) or more of the following: paintings, drawings, etchings, sculptures ceramics, inlays, needlework, knitting, weaving, and/or craftwork; leather, wood, metal or glass.

Obstruction. Any structure, growth or other object, including a mobile object, that exceeds a limiting height established by federal regulations or by this chapter.

Occupancy. The presumed level of build-out as estimated by the property owner of the proposed development at the later of five (5) years or build out.

Occupiable. A land use, structure, room or enclosed space designed for human occupancy in which individuals congregate for amusement, educational or similar purposes, engaged in labor, or a space in a building for living, sleeping, eating or cooking, and which is equipped with means of egress and light and provides for mechanical or non-mechanical ventilation facilities.

Office call center. An office specifically designed for any of the following - collection of data,

provision of technical help, telephone solicitation, telephone buying and selling, account processing.

Office data processing and management. An office specifically designed to provide data processing and management services for its parent company and/or client accounts.

Office - professional. Facilities used primarily for conducting the affairs of a business, profession, service, industry, or government, or like activity, including such activities as providing day-to-day office administrative services, financial management, billing, record keeping, personnel administration and logistics.

Office warehouse/flex space. A building configured to accommodate a combination of office, showroom, wholesale, and warehousing functions, the exact proportions of each use being subject to user modifications over time. Showroom space may provide for regular transaction of business and for the display of uncontainerized merchandise in a finished building setting. Retail sales of products inside the premises may be permitted as accessory to this use. Flex space buildings are typically located in business or industrial parks and usually have a footprint exceeding ten thousand (10,000) square feet. They are usually designed with loading docks to the rear and parking in the front. Building facades visible from public streets and public entries are often treated with a higher quality of architectural finish than the other sides. A single-purpose building with incidental storage space shall not be considered an office warehouse/flex space use.

Off-site facility. Any structure, facility, equipment, or installation, the purpose and function of which is to receive wastewater from a development's internal collection system and to transport, treat, and ultimately discharge that wastewater to a receiving stream at a permanent location determined by the board.

Off-site mains. Sewer or water mains totally outside of a subdivision.

On-site facility. Any structure, facility, equipment, or installation that collects and transports wastewater generated from within a development to the off-site system at a designated point.

On-site mains. Sewer or water mains totally within a subdivision, including mains lying along one (1) or more sides of a subdivision which serve such subdivision exclusively.

Opaque. Incapable of transmitting light.

Open space. An area that is intended to provide light and air, and is designed, depending upon the particular situation, for environmental, scenic or recreational purposes. Open space may include but need not be limited to: lawns, decorative plantings, bikeways, walkways, outdoor recreation areas, wooded areas, greenways and water courses. (The computation of open space shall not include driveways, parking lots, ingress or egress easements or other surfaces designed or intended for motorized vehicular traffic, or to buildings.) The term "open space" also includes any land, water, or submerged land which is provided for, preserved for, or used for (i) park or recreational purposes, (ii) conservation of land or other natural resources, (iii) cultural, historic or scenic purposes, (iv) assisting in the shaping of the character, direction, and timing of community development, or (v) wetlands.

Ordinary repair and maintenance (2). Any work, the purpose and effect of which is to correct any

deterioration or decay of or damage to a building, object or structure or any part thereof and to restore the same, as nearly as may be practicable, to its condition prior to such deterioration, decay or damage, using the same materials or those materials available which are as close as possible to the original.

Ordinary repairs and standard maintenance. Work done to prevent or stop deterioration, decay or damage, or to replace a part of a building with the intent of restoring the structure as nearly as practical to the condition prior to such deterioration, decay or damage.

Orientation. Set in relation to, or adjusted to, the surroundings, situation, or environment; placed with the most important parts facing in certain directions; set or arranged in a determinate position.

Outdoor resale business. A business that sells used merchandise, other than automobiles, logging equipment, or other agricultural equipment, and stores or displays the merchandise outdoors.

Outer service area (OSA) contract. Contract between the board and a developer for the provision of sewer service and/or the construction of off-site sanitary sewerage facilities constructed by the developer when services are not available to serve the property, pursuant to V.T.C.A. Local Government Code § 395.001(4)(C).

Outer service area impact fee. The cost per EDU which may be assessed in the OSA based on the costs per EDU set out in the Sanitary Sewer CIP.

Outdoor storage. The keeping, in an unroofed area of any goods, junk, material, or merchandise in the same place for more than twenty-four (24) hours.

Overland flow. Stormwater runoff that is not confined by any natural or manmade channel such as a creek, drainage ditch, storm sewer, or the like. Also known as "sheet flow", this involves the movement of runoff in a thin layer (usually less than one (1) inch in depth) over a wide surface, which begins when water ponded on the surface of the land becomes deep enough to overcome surface retention forces.

Overlay district. A zoning district established by this chapter prescribing regulations to be applied to a site in combination with a base zoning district.

Oversized vehicle. A motor vehicle, trailer, or boat which by itself or together with other structure(s) or vehicle(s) attached to it exceeds any one (1) of the three (3) following dimensions: twenty-four (24) feet in length, eight (8) feet in width or eight (8) feet in height, exclusive of appurtenances such as antennas, air conditioners, luggage racks, and mirrors.

Parapet. A low wall or protective railing, usually used around the edge of a roof or around a balcony.

Park. Land and facilities, such as playgrounds, fountains, or swimming pools, used or to be used as a neighborhood park, community park, large urban park, sports complex, special use facility, or urban space as defined in the parks and recreation system plan, regardless of location, including both the acquisition of such land, the construction of improvements thereon and the expenditure of funds

incidental thereto, including but not necessarily limited to planning, engineering and design of the park and improvements, utility relocation, provision of improvements, utility relocation, provision of pedestrian and vehicular access thereto and purchase of equipment, the need for which are attributable to new residential development.

*Parking lot.* An off-street, ground-level open area for the temporary storage of motor vehicles. A "parking lot" does not include an area used exclusively for the display of motor vehicles for sale as part of an automobile dealership.

*Parking lot plantings.* Plantings that shade and improve the appearance of large areas of pavement which are located within planting areas adjacent to parking areas.

*Parking standards.* See section 35-526 of this chapter.

*Parking structure, commercial.* An area or structure area used exclusively for the temporary storage of motor vehicles.

*Parks and recreation system plan.* The city council adopted San Antonio Parks and Recreation System Plan, which document is hereby incorporated by this reference.

*Parkway.*

(a)   The portion of the street right-of-way between the edge of the curb, or the edge of the roadway where no curb exists, and the property line.

(b)   The area located within public right-of-way between the outer curbline and the adjacent property line.

*Parkway tree.* Trees ten (10) inches or larger located within the parkway that may be used for meeting tree preservation requirements and landscape requirements, but are not required to be counted in calculating the minimum tree preservation percentage.

*Parolee.* A convicted felon that has been approved for parole but who is to be housed in a short term "transitional home" prior to entering society with the privileges and conditions of a parolee.

*Parsonage or parish house.* A residence for a minister, priest or rabbi in connection with the operation of a church.

*Passive recreation.* Recreational activities that have a minimal impact on the natural environment (e.g. bird watching, hiking) and do not require built structures (e.g. recreation buildings, sports fields); therefore, are compatible with preserving natural resource functions such as wildlife habitat and floodplain protection. Passive recreational activities are non-organized, non-motorized, and do not have adverse impacts to natural, cultural, open space, or agricultural values.

*Pattern book.* A visual presentation of the architectural styles of buildings including the following: height of cornice lines, roof profiles, finish materials, windows and ornamentation.

*Pawnshop.* A "pawnshop," as defined by Section 2, Texas Pawnshop Act (Article 5069-51.02, Vernon's Texas Civil Statutes), which has been licensed to transact business by the Consumer Credit

Commissioner under the Texas Pawnshop Act (Article 5069-51.01 et seq., Vernon's Texas Civil Statutes).

Pay-day loan agency. An establishment providing loans to individuals in exchange for personal checks as collateral. For the purposes of zoning, a pay-day loan agency is classified as a specified financial institution.

Peak hour trips (PHT). The number of traffic units generated by and attracted to the proposed development during its heaviest hour of use dependent on type of use.

Peak-shaving. Controlling post-development peak discharge rates to pre-development levels by providing temporary detention in a BMP.

Pedestrian-oriented. Development that is designed with a primary emphasis on the street, sidewalk and/or connecting walkway access to the site and building, rather than on auto access and parking lots.

Pediment. A triangular section framed by a horizontal moulding on its base and two (2) sloping mouldings on each side, usually supported by columns or pilasters.

Perennial stream. A stream that flows throughout a majority of the year (or greater than ninety (90) percent of the time) and flows in a well-defined channel.

Performing Arts Center. A multi-use performance venue with at least one thousand five hundred (1,500) permanent seats in one or more performance spaces in a building of at least one hundred thousand (100,000) square feet. A performing arts center use may include, the provision of alcohol, a dance hall, food services, and/or live entertainment as an accessory use.

Perimeter street. A street adjoining the exterior boundaries of a subdivision plat or master development plan.

Permit. A license, certificate, approval, registration, consent, permit, or other form of authorization required by law, rule, regulation, order, or ordinance that a person must obtain to perform an action or initiate, continue, or complete a project for which the permit is sought. (Source: Chapter 245, Texas Local Government Code § 245.001). A "development permit" includes any of the following: a subdivision plat, a conditional use permit, a building permit, or a certificate of occupancy. A "development permit" does not include a certification of completeness, a letter of certification, an amendment to the text of this chapter, or a rezoning. A determination of property status, including but not limited to, utility availability, zoning, rights under article VII of this chapter, etc., is not a permit.

Permit rights. The right of a property owner or developer to complete a project under the rules, regulations and ordinances in effect at the time the project was initiated through a permit as herein defined. When permit rights exist for property within the boundaries of a project, ordinances passed after the date the project is initiated shall not apply to the project except as specifically provided within this section.

Peripheral areas. An obstruction-free area encompassing all sides of the actual touchdown and operation areas of a heliport or helistop.

Permanent residence. The residential address inhabited and maintained by the property owner and which is also listed with the United States Postal Service and with the Texas Department of Public Safety as the property owner's official residence.

Person. Any natural person, corporation, partnership, joint venture, association (including home owner's or neighborhood associations), trust, or any other entity recognized by law.

Personal services. Establishments primarily engaged in providing services involving the care of a person or his or her apparel, such as laundry cleaning and garment services, garment pressing, linen supply, diaper service, coin-operated laundries, dry cleaning plants, carpet and upholstery cleaning, photographic studios, beauty shops, barber shops, shoe repair, hat cleaning, funeral services, reducing salons and health clubs, and clothing rental.

Pervious pavement. A pavement system with traditional strength characteristics, but which allows rainfall to percolate through it rather than running off. A permeable pavement system utilizes either porous asphalt, pervious concrete, or plastic pavers interlaid in a running bond pattern and either pinned or interlocked in place. Porous asphalt consists of an open graded course aggregate held together by asphalt with sufficient interconnected voids to provide a high rate of permeability. Pervious concrete is a discontinuous mixture of Portland cement, coarse aggregate, admixtures, and water which allow for passage of runoff and air. Examples of permeable pavement systems include Grasspave2®, Gravelpave2®, Turfstone®, and UNI Eco-stone®. (See Watershed Management Institute, Inc. and U.S. Environmental Protection Agency, Office of Water, Operation, Maintenance and Management of Stormwater Management (Aug. 1997), at 2-32; Booth and Leavitt, Field Evaluation of Permeable Pavement Systems for Improved Stormwater Management, 65 J. Am. Planning Ass'n 314 (Summer 1999), at 314-325.

Pet or pet supply store. Establishments in this category include retail pets, pet foods, and other pet supplies.

Phased construction project. Any land development project which is developed in greater than a single phase. Such projects are identified by the issuance of permits or approvals of submittals to the city.

Physical or mental impairment. Orthopedic, visual, speech, or hearing impairments, Alzheimer's Disease, Pre-Sterile Dementia, cerebral palsy, epilepsy, muscular dystrophy, multiple sclerosis, cancer, heart disease, diabetes, mental retardation, autism, or emotional illness.

Pier and beam foundation. Foundation consisting of vertical piers spaced at appropriate intervals that support horizontal beams.

Pilaster. A rectangular column or shallow pier attached to a wall.

Pitch. The slope of a roof as determined by the vertical rise in inches for every horizontal twelve-inch length (called the "run"). Pitch is expressed with the rise mentioned first and the run mentioned second. For instance, a roof with a four-inch rise for every horizontal foot has a 4:12 pitch.

Planned capital improvement. A capital improvement which does not presently exist, but which is

included within the capital improvements program, and is funded, constructed, or otherwise made available within the time period prescribed by subsection 35-505(d)(2) of this chapter.

Planning area. The corporate limits and extraterritorial jurisdiction of the City of San Antonio.

Planting strip. The area within the street right-of-way between the constructed curb and the sidewalk.

Plat. A complete and exact map representing a tract of land, showing the boundaries and location of individual lots, easements, and streets which has been approved by the planning commission and recorded in the office of the county clerk. A plat includes a replat.

Plug back. The act of partly filling a well bore with impervious materials for the purpose of shutting off lower rocks in order to permit reservoir rocks above the plugged back point to be produced.

Pollutants. Any element, chemical, compound, organism or material which alters the chemical, physical, biological, and or radiological integrity of water.

Pollution. The alteration of the physical, thermal, chemical or biological quality of, or the contamination of, any water.

Porch. A roofed area, which may be glazed or screened, attached to or part of and with direct access to or from a structure and usually located on the front or side of the structure; a covered entrance or semi-enclosed space projecting from the facade of a building; may be open sided, screened, or glass enclosed.

Porte-Cochere. A roofed structure attached to a building and extending over a driveway, allowing vehicles to pass through.

Preservation. The act or process of applying measures necessary to sustain the existing form, integrity, and materials of an historic property. Work, including preliminary measures to protect and stabilize the property, generally focuses upon the ongoing maintenance and repair of historic materials and features rather than extensive replacement and new construction. New exterior additions are not within the scope of this treatment; however, the limited and sensitive upgrading of mechanical, electrical, and plumbing systems and other code-required work to make properties functional is appropriate within a preservation project.

Preserve. As used in the tree preservation standards, to "preserve" a tree means to retain the tree in its natural state, including a root protection zone and requirements for tree protection during construction, and general maintenance.

President/CEO. The president/chief executive officer of the San Antonio Water System.

Primary facade. That portion or portions of a wall of any permanent structure that is visible from and oriented parallel to a dedicated public right-of-way. For a structure that is not oriented parallel to the right-of-way, the street wall facade shall include all of the facades visible from the right-of-way and oriented at an angle greater than zero (0) degrees but less than sixty (60) degrees to the right-of-way.

Also referred to as street wall facade.

Primary or principal building. The building or structure on a lot used to accommodate the primary permitted use, such use possibly occurring in more than one (1) building or structure.

Principal arterial. A street which connects two (2) or more subregions; provides secondary connections outside cities; complements freeway in high volume corridors, as designated in the thoroughfare plan (see section 35-505, Table 505-1).

Principal building or principal structure. A building or structure or, where the context so indicates, a group of buildings or structures, in which the principal use of a lot or parcel is conducted. This shall include any buildings which are attached to the principal structure by a covered structure.

Principal dwelling. A dwelling unit which constitutes the principal building or principal structure on a lot or parcel.

Principal structure. See Principal building or principal structure.

Principal use. The primary or main use of land or structures, as distinguished from a secondary or accessory use.

Private club. See Club.

Process. The act of reviewing an application and providing a decision thereon which includes providing notice to the applicant and interested parties, conducting a hearing, making recommendations, and rendering a decision.

Processing. For the purposes of this chapter, a series of operations, usually in a continuous and regular action or succession of actions, taking place or carried on in a definite manner. "Processing" is generally associated with the chemical transformation of materials or substances into new products and may include, but is not limited to, the blending and combining of gases and liquids or the shredding and compacting of metals. Processing of recyclable material may include baling, briquetting, cleaning, compacting, crushing, flattening, grinding, shredding and sorting of source-separated recyclable materials and repairing of reusable materials. A processing facility may also contain a warehouse. Outdoor storage shall comply with UDC section 35-525.

Processing and warehousing. The storage of materials in a warehouse or terminal and where such materials may be combined, broken down or aggregated for trans-shipment or storage purposes where the original material is not chemically or physically changed.

Project. An endeavor over which the city exerts its jurisdiction and for which one or more permits are required to initiate, continue, or complete the endeavor. Within the context of section 35-710 (permit rights), "project" shall mean an endeavor over which the city exerts its jurisdiction and for which a preliminary overall area development plan, a plat, plat application or a building permit is required to initiate or continue the endeavor. Within the context of permit rights which existed prior to September 1, 1997, project shall mean an endeavor over which a regulatory agency exerts its jurisdiction and for which one (1) or more permits are required to initiate or continue the endeavor.

Projected traffic. The traffic which is projected to exist on an existing or proposed street exclusive of site-generated traffic.

Property owner. The person, entity, corporation, or partnership in whose name a certificate of occupancy issued, or the current owner of the property if a certificate of occupancy is no longer valid, or, if the current owner cannot be contacted after due diligence, the lessee/occupant of the property who is in apparent control of such property.

Proposed development. The uses, structures, buildings, and/or other development proposed by an application for development approval.

Protected tree. A significant or heritage tree as described in subsection 35-523(d).

Public art. Means unique artwork in a variety of media that may be an integral part of eligible capital improvement projects, and produced by a professional artist, or artist in collaboration with an architect, landscape architect or engineer. Works may be permanent or temporary, functional or non-functional.

Public art committee. A sub-committee of the historic and design review commission that makes recommendations to the department of public works' design enhancement program and the historic and design review commission on design enhancement projects related to the processes of the design enhancement program.

Public property. Property which is owned by the City of San Antonio.

Public right-of-way. A strip of land acquired by reservation, dedication, forced dedication, prescription, or condemnation and used or intended to be used, wholly or in part, as a public street, alley, walkway, drain or public utility line.

Public right-of-way (2). An area or strip of land, either public or private, occupied or intended to be occupied by a street, walkway, railroad, utility line, drainage channel, or other similar uses.

Pyramidal roof. A pyramid-shaped roof with four (4) sides of equal slope and shape.

Quadraplex. See Dwelling four-family.

Quarry. A tract of land used primarily for the extraction of limestone, or other similar materials for processing, sale, or use for any purpose. This term does not include exploration, excavation or extraction of oil or natural gas or excavation or grading necessary for the development of a lot or tract.

Quoins. Large or rusticated stone blocks at the corners of a masonry building.

Radio/television antenna (R/TV) communication use. Establishments furnishing point-to-point communication services either aurally, visually or by radio frequency, including radio or television broadcasting stations and the exchange or recording of messages. See also 35-385.

Rafter. One of a series of structural members spanning from the ridge of the roof to the eaves, providing support for the covering of a roof.

Rated resource. A building, object, site, or structure which has been inventoried and reviewed by the historic and design review commission using criteria set forth in this chapter, and listed as either exceptional, significant, not significant, or not rated.

Rear yard. An area extending the full width of lot between the rear lot line and the nearest principal structure.

Recompletion operations. The reoccupation or re-entry of an existing well within the existing well within the existing bore hole which may include deepening from one zone to another zone, completing a well in an additional zone, plugging back from one zone to another zone, sidetracking to purposefully change the location of the bottom of the well, and conversion of a service well to an oil or gas well in a different zone. Recompletion is also called reworking.

Reconstruction. The act or process of reassembling, reproducing, or replacing by new construction, the form, detail, and appearance of property and its setting as it appeared at a particular period of time by means of the removal of later work, or by the replacement of missing earlier work, or by reuse of original materials; the act or process of depicting, by means of new construction, the form, features, and detailing of a non-surviving site, landscape, building, structure, or object for the purpose of replicating its appearance at a specific period of time and in its historic location.

Record storage facility. An establishment limited to the reception and storage of electronic and/or paper records for its parent company and or contract clients.

Recreational vehicle. A vehicle which is (i) built on a single chassis; (ii) four hundred (400) square feet or less when measured at the largest horizontal projections; (iii) designed to be self-propelled or permanently towable by a light duty truck; and (iv) designed primarily not for use as a permanent dwelling but as temporary living quarters for recreational, camping, travel, or seasonal use.

Recreation - camps, campgrounds. Establishments that operate sites to accommodate campers and their equipment, including tents, tent trailers, travel trailers, and recreational vehicles; others provide overnight recreational camps, such as children's camps, family vacation camps, hunting and fishing camps, and outdoor adventure retreats that offer trail riding, water activities, hiking, and similar activities. These establishments may provide facilities and services, such as cabins, washrooms, food services, recreational facilities and equipment, and organized recreational activities.

Recreation facility, neighborhood. Those recreational facilities operated on a non-profit basis to include a swimming pool, wading pool, tennis courts, badminton courts, play areas, clubhouse all to be used exclusively by and for the benefit of dwelling owners, tenants and their guests in certain defined adjoining areas.

Recycling facility. For the purposes of this chapter, a facility in which recyclable products are recycled, processed, and treated to return such products to a condition in which they may be used again in new products. The presence of power-driven processing equipment distinguishes a recycling facility from a facility used merely for drop off or collection of recyclable materials. This use includes the processing of waste material into salable products. Recycling of oil and other liquids may also occur in a recycling facility.

Re-entry or re-enter. Any operation intended to reactivate or deepen a well which may include conversion, recompletion, reworking, workovers, plugging and plug backs.

Reforestation. The creation of a biological community dominated by trees and other woody plants containing at least one hundred (100) trees per acre with at least fifty (50) percent of those trees having the potential of attaining a two-inch or greater diameter measured at four and one-half (4½) feet above the ground, within seven (7) years. "Reforestation" includes landscaping of areas under an approved landscaping plan that establishes a woodland that is at least thirty-five (35) feet wide and covering two thousand five hundred (2,500) square feet of area. "Reforestation" for a linear project which involves overhead transmission lines may consist of a biological community dominated by trees and woody shrubs with no minimum height or diameter criteria.

Regional agent boundary. The geographical area established by Texas Water Quality Board Order No. 72-0120-1, dated January 20, 1972, as amended and as may be amended, within which the city is designated as the responsible governmental agency to construct, operate, and maintain sanitary sewer systems.

Regional distribution facility. Buildings and structures, used or to be used primarily to receive, store, service or distribute goods or materials where a majority of the goods or services are distributed to points at least fifty (50) miles beyond the San Antonio city limits. (Cross-Reference: Impact fee standards)

Regional stormwater improvements (RSI). Means regional detention and retention ponds, watershed protection, land purchase, waterway enlargement, channelization, and improved conveyance structures.

Regional tourist entertainment facility. Buildings and structures, including fixed machinery and equipment, used in providing amusement/entertainment through the admission of the general public where the majority of users reside at least one hundred (100) miles from Bexar County and are likely to stay in the city for more than one (1) day.

Regional tourist entertainment facility (2). Buildings and structures, used or to be used in providing amusement or entertainment through the admission of the general public where the majority of users reside at least one hundred (100) miles from Bexar County and where the majority of users are likely to stay in the city for more than one (1) day and will therefore likely utilize local restaurants and hotel/motel accommodations. To be classified as a regional tourist entertainment facility, a minimum of ten million dollars ($10,000,000.00) in real property improvements must be invested. (Cross-Reference: Impact fee standards)

Registered family home. A child care facility that regularly provides care in the caretaker's own residence for not more than six (6) children under fourteen (14) years of age, excluding the caretaker's own children, and that provides care after school hours for not more than six (6) additional elementary school children, but the total number of children, including the caretaker's own, does not exceed twelve (12) at any given time.

Re-growth. The growth initiated due to previous cutting activities of a tree(s) and now has more

than three (3) trunks coming from the trunk above ground level and each trunk has a diameter of less than one (1) inch. Re-growth trees of such criteria are not protected.

Regulatory floodplain. The land within the community subject to a one (1) percent or greater chance of flooding in any given year assuming ultimate development has occurred throughout the watershed. For the purposes of this section the regulatory floodplain is limited to the reach of the stream which is designated as an area of special flood hazard on the currently effective FEMA Flood Insurance Rate Maps (FIRM Panels). NOTE: As the city's floodplain ordinance (Appendix F of the Unified Development Code) is approved by FEMA as a condition of participation in the National Flood Insurance Program (NFIP), the city's regulatory floodplain is considered FEMA's regulatory floodplain. (note: to be consistent with Appendix F, section 106)

Rehabilitation. The act or process of returning a building, object, site, or structure to a state of utility through repair, remodeling, or alteration that makes possible an efficient contemporary use while preserving those portions or features of the building, object, site, or structure that are significant to its historical, architectural, and cultural values; the act or process of making possible a compatible use for a property through repair, alterations, and additions while preserving those portions or features which convey its historical, cultural, or architectural values.

Relocation. Any change of the location of a building, object or structure in its present setting or to another setting.

Repetitive loss. Flood-related damages sustained by a structure on two (2) separate occasions during a ten-year period for which the cost of repairs at the time of each such flood event, on the average, equals or exceeds twenty-five (25) percent of the market value of the structure before the damage occurred.

Repointing. The act of repairing the joints of brickwork, masonry, etc., with mortar or cement.

Reservation, reserve, or reserve strip. Any division of property that:

(a)  Prohibits or interferes with the orderly extension of streets, bicycle or pedestrian ways, sanitary sewer water mains, stormwater facilities or other utilities or improvements between two abutting properties; or
(b)  Plats an area so as to leave an undevelopable or unmarketable strip of land less than two hundred seventy (270) feet deep off of an arterial right-of-way that could otherwise circumvent construction and dedication requirements.

Reserve capacity agreement. Agreement between the board and a developer of a tract of land whereby impact fees may be collected and the five-year statutory service availability date waived in order to reserve future capacity in accordance with V.T.C.A. Local Government Code § 395.019(3).

Residential development. All areas zoned as "R-3", "R-4", "R-5", "R-6", "R-20", "RE", "RM-4", "RM-5", "RM-6", "MF-18", "MF-25", "MF-33", "MF-40" "MF-50" or "MF-65", or otherwise zoned or devoted primarily to residential use, and shall include all other areas not zoned or used primarily for commercial or industrial use.

Residential district or residential zoning district. Any of the following zoning districts: "R-3", "R-4", "R-5", "R-6", "R-20", "RE", "RM-4", "RM-5", "RM-6", "MF-18", "MF-25", "MF-33", "MF-40" "MF-50" or "MF-65".

Residential driveway approach. A driveway which provides access to property on which a single-family residence, duplex, or multi-family building containing five (5) or fewer dwelling units is located.

Residential property. A building, site, or structure whose use after rehabilitation or restoration (for ad valorem tax exemption) will be for residential uses, i.e., for single-family, duplex, three- or four-family dwelling.

Residential streets. Street routes that provide access to local property owners and which connect property to the major thoroughfare or other collector street networks.

Residential structure. A single-family home, apartment house, townhouse, condominium or any type of dwelling unit.

Resource. A source or collection of buildings, objects, sites, structures, or areas that exemplify the cultural, social, economic, political, archaeological, or architectural history of the nation, state, or city.

Restoration. The act or process of accurately recovering the form and details of a building, object, site or structure and its setting as it appeared at a particular period of time by means of the removal of later work or by the replacements of missing earlier work; the act or process of accurately depicting the form, features, and character of a property as it appeared at a particular period of time by means of the removal of features from other periods in its history and reconstruction of missing features from the restoration period. The limited and sensitive upgrading of mechanical, electrical, and plumbing systems and other code-required work to make properties functional is appropriate within a restoration project.

Restricted parking area. The area within the front yard of a lot within which the parking of oversized vehicles is regulated. This area extends to a depth of fifteen (15) feet from the street curb or, if there is no curb, from the edge of the roadway whether paved or unpaved.

Restrictive covenant. A covenant creating restrictions applicable to development within a subdivision pursuant to V.T.C.A. Property Code Title 11.

Retail trade. Establishments engaged in selling goods or merchandise to the general public for personal or household consumption and rendering services incidental to the sale of such goods. Characteristics of retail trade establishments are: (1) the establishment is usually a place of business and is engaged in activity to attract the general public to buy; (2) the establishment buys and receives as well as sells merchandise; (3) the establishment may process some of the products, but such processing is incidental or subordinate to the selling activities; and (4) retail establishments sell to customers for their own personal or household use.

Retail use. Any use engaged in retail trade, including any use listed under the category "retail" in the use matrix.

Retaining wall. A structure constructed and erected between lands of different elevations to protect structures and/or prevent erosion. A retaining wall shall not be considered a fence.

Retention (as used in the tree and landscape provisions of this chapter). The deliberate holding and protecting of existing trees, shrubs or plants on the site.

Reverse curve. A segment of a street at which two (2) horizontal curves reverse direction.

Reviewing agency. Any agency of the city charged with the authority to render a decision approving, denying, or approving with conditions, an application for development approval.

Reworking. See Recompletion.

Right-of-way. Property that is publicly owned or upon which a governmental entity has an express or implied property interest (e.g. fee title, easement, etc.) held for a public purpose. Examples of such public purpose include, by way of example and not limitation, a highway, a street, sidewalks, drainage facilities, sewerage and water facilities.

Riverwalk area. The area along the San Antonio River from the southernmost reach of the RIO-6 Zoning District up stream to the northernmost reach of the RIO-1 Zoning District, including the river bend and all manmade extensions, from the center line of the San Antonio River to private property lines and all private and public property abutting thereon. The area also includes public property extending from the San Antonio River east to Alamo Street, which area is known as the Paseo del Alamo.

Roadway. The portion of a municipal street that is improved, designed, or ordinarily used for vehicular travel. The term does not include a curb, berm, or shoulder. [Source: V.T.C.A. Transportation Code § 316.001]

Roadway paving width. The portion of a street available for vehicular traffic; where curbs are laid, the portion between the face of curbs.

Roof sign. A sign erected and constructed wholly on or above the roof of a building, supported by the roof structure.

Rooming house. A facility where lodging is provided for definite periods thirty (30) days or longer, for compensation, pursuant to previous arrangements. Lodging for less than thirty (30) days is classified as a different use, such as hotel or bed and breakfast.

Root collar or root flares. An encircling structure of swollen tissue or a marked color change (from the tree bark) located at the highest part of the root system joining into the trunk of a tree at or slightly below the surrounding soil line.

Root protection area. An area in which limited construction may take place for the purposes of establishing sidewalks, driveways, utility connections, sodding and landscaping within single-family, two-family and three-family development.

Root protection zone. The root protection zone shall be an area defined by an average radius

extending outward from the trunk of the tree a distance of one (1) linear foot for each inch (DBH) of the subject tree. Root protection zones for trees in a cluster may be overlapping.

Runway. A defined area on an airport prepared for landing and taking-off of aircraft along its length, and includes planned future paved runways and extensions of runways as shown on the official airport layout plan and on the airport hazard zoning maps of these regulations.

Rusticated. Masonry left with a rough outer surface and wide joints that emphasize the edges of each block.

Safety lane. A designated area on an approved plat which has a primary purpose of providing access for safety vehicles.

San Antonio planning area. Bexar County and all land within the city's extraterritorial jurisdiction outside of Bexar County.

Sand or gravel pit. A tract of land used primarily for the extraction of soil, sand, gravel, clay and other similar materials, other than oil or gas, which are processed and sold or used for commercial purposes. This term does not include the excavation or grading necessary for the development of a lot or tract.

Sanitary landfill. A controlled area of land upon which solid waste is disposed of in accordance with standards, rules, or orders established by an administrative agency of the State of Texas.

Sash. A window made of one (1) or more movable panels or "sashes" that form a frame to hold panes of glass, which are often separated from other panes (or "lites") by narrow muntins.

Satellite dish antenna. A device incorporating a reflective surface that is solid, open mesh, or bar configured; is in the shape of a shallow dish, cone, or horn; and is to be used to transmit and/or receive electromagnetic waves between terrestrially and/or orbitally based uses.

Scale. The relationship of a building or structure to its surroundings with regard to its size, height, bulk, and/or intensity; the size and proportion of a building as distinguished from its substance or material.

School. An institution or place for instruction or education, such as kindergarten, elementary, middle or junior high school, high school, college or university.

School, business or commercial trade. A profit or not for profit entity providing instruction and training in a office, clerical, managerial, sales, information technology, administrative skills or trades such as beauty school, barber college, beautician school.

School, public. A building or structure, including accessory buildings, grounds, or areas, owned and operated by school or university which is part of a school district or system organized pursuant to Article VII of the Texas Constitution, including any public school organized under V.T.C.A. Education Code Titles 2, and any "General academic teaching institution" or "institution of higher education" as defined in V.T.C.A. Education Code § 61.003, and which are used for teaching, research, or the

preservation of knowledge.

School, vocational (technical, construction or industrial trades). A profit or not for profit entity providing instruction and training in a skilled trade such as mechanics, carpentry, plumbing, service, construction, industrial or other skill related to assembling, processing, manufacturing, repair, etc.

Screen. Vegetation, fence, wall, berm or a combination of any or all of these which partially or completely blocks the view of and provides spatial separation of a portion or all of a site from an adjacent property or right-of-way; open spaces, landscaped areas, fences, walls, or any combination thereof, used to physically separate or screen one use or property from another so as to visually shield or block noise, lights, or other nuisances.

Screening. See screen.

Secondary facade. That portion or portions of a wall of any permanent structure that is not considered a primary facade.

Secondhand merchandise - retail. Also known as a thrift store or charity shop, this land use is a retail establishment that mainly sells second-hand goods donated by members of the public.

Secretary of the Interior's Standards for the Treatment of Historic Properties. The Secretary of the Interior's Standards for the Treatment of Historic Properties are intended to promote responsible preservation practices that help protect historic and cultural resources. The standards are neither technical nor prescriptive, but once a treatment is selected, they provide philosophical consistency to the work. The four treatment approaches are preservation, rehabilitation, restoration, and reconstruction.

Sedimentation basins. Sedimentation basins remove pollutants by creating conditions under which suspended solids can settle out of the water column.

Self-service storage facility. A storage enterprise dealing with the reception of goods of residential or commercial orientation that lie dormant over extended periods of time. Separate storage units are rented to individual customers who are entitled to exclusive and independent access to their respective units.

Semi-nude or semi-nudity or state of semi-nudity means a state of dress that fails to completely and opaquely cover:

(a)  Human genitals, pubic region or pubic hair; or
(b)  Crevice of buttocks or anus; or
(c)  Any portion of the female breast that is situated below a point immediately above the top of the areola; or
(d)  Any combination of (a), (b), or (c).

Septic system. Septic tank system shall mean a system for the treatment of sewage or water-borne wastes from a dwelling or business establishment. The septic tank system shall consist of a watertight drain line from the house to a watertight septic tank, a distribution box and an absorption field

consisting of trench, gravel and disposal line. (Source: City Code, section 34-441)

Servant's quarters. An accessory building or portion of a main building located on the same lot as the principal building, occupied only by such persons and their families as are employed full time by occupants of the principal residence.

Service area. One (1) of two (2) areas in the planning area designated by the capital improvements plan in which the board shall assess impact fees under the provisions of this chapter for the extension of sanitary sewer service. The two (2) service areas are the inner service area (ISA) and the outer service area (OSA).

Service unit. A standardized measure of consumption, use, generation, or discharge attributable to an individual unit of development and calculated in accordance with generally accepted engineering or planning standards for sanitary sewer capital improvements or facilities expansions. See definition for equivalent dwelling unit.

Setback. A line within a lot parallel to and measured from a corresponding lot line, establishing the minimum required yard and governing the placement of structures and uses on the lot; the open space between the property line of the lot and the nearest projection of a structure.

Sexually oriented business means an adult arcade, adult bookstore, adult motel, adult mini-theater, massage parlor, sexual encounter establishment, nude modeling studio, nudity attraction establishment, or any establishment that, as one of its primary business purposes, offers a service, live entertainment or the selling, renting, or exhibiting of devices or any specified anatomical parts intended to provide sexual stimulation or sexual gratification to the customer and which is distinguished by or characterized by an emphasis on matter depicting, describing or relating to specified sexual activities or specified anatomical areas. Said term shall include any business that self-identifies itself as a sexually oriented business.

The term "sexually oriented business" shall not be construed to include:

(1) Any business operated by or employing licensed psychologists, licensed physical therapists, licensed athletic trainers, licensed cosmetologists, or licensed barbers performing functions authorized under the licenses held;

(2) Any business operated by or employing licensed physicians or licensed chiropractors engaged in practicing the healing arts; or

(3) Any retail establishment whose major business is the offering of wearing apparel for sale to customers.

Sexually oriented business regulations. In addition to this chapter, see also Chapter 21 of the City Code of the City of San Antonio, Texas.

Sheet flow. See Overland flow.

Shop. A use devoted primarily to the sale of a service or a product or products.

Shopping mall. An integrated grouping of commercial activity, primarily of a retail and personal

service nature, in a single building complex having the individual establishments joined by a common covered pedestrian mall.

Shoring. A general term used in construction to describe the process of supporting a structure in order to prevent collapse so that construction can proceed.

Short-lived species. Include all Hackberry (all species), Cottonwood, Ash (all species) Mulberry (all species) and Catalpa.

Shrub, large. An upright plant growing to a mature height of more than ten (10) feet for use a natural ornamentation or screening.

Shrub, medium. An upright plant growing to a mature height of five (5) to ten (10) feet.

Shrub, small. An upright plant growing to a mature height of less than five (5) feet.

Side-gabled roof. A gable whose face is on one (1) side (or part of one (1) side) of a house, perpendicular to the facade.

Side light. A vertical window flanking a door.

Side street. A street intersecting another street with a higher street classification. (Example: a collector street adjoining an arterial street is considered a "side street.")

Side yard. An area extending the depth of a lot from the front yard to the rear yard between the side lot line and the nearest principal structure.

Sidewalk. The portion of a municipal street between the curb lines or lateral lines of a roadway and the adjacent property lines that is improved and designed for or is ordinarily used for pedestrian travel. [Source: V.T.C.A. Transportation Code § 316.001]

Sidewalk cafe. An outdoor dining area that is located on a sidewalk and that contains removable tables, chairs, planters, or related appurtenances. [Source: V.T.C.A. Transportation Code § 316.001]

Sidewalk setback. The area within the street right-of-way reserved for street furniture including fixed or movable objects such as mailboxes, utility poles, travel control devices, street trees, trash and recycling containers.

Sign. Any device, fixture, placard, or structure that uses any color, form, graphic, illumination, symbol, or writing to advertise, announce the purpose, or identify the purpose of a person or entity, or to communicate information of any kind to the public. See Chapter 28, Signs and Billboards.

Sign area. The entire advertising area of a sign excluding any framing, trim, or molding and the supporting structure.

Sign, awning or canopy. A sign painted on or attached to an awning or canopy. Awning signs are typically applied to the valance portion of the awning. Mounting new signs or letters on historic metal canopies is not recommended.

Sign, billboard (off-premises). Any outdoor sign, description, device, figure, painting, drawing, message, placard, poster, structure or thing which directs the attention of the traveling public to a business, commercial product, commercial activity, or commercial service, conducted, sold or offered at a location other than the premises on which the sign is located.

Sign, building-mounted. A sign attached to, painted on, inscribed upon or deriving its major support from a building, including a wall sign, a projecting sign, or an awning sign.

Sign, freestanding. A sign, supported by one (1) or more columns, uprights or braces, in or upon the ground, but not attached to any building. A sign attached to a flat surface not a part of the building, such as a fence or wall, shall be considered a freestanding sign. A monument sign, as defined below, shall also be considered a freestanding sign.

Sign, ghost. A hand-painted advertising sign that has been preserved on an exterior building wall for an extended period of time.

Sign, historic. A historic sign is one that dates to the building or historic district's period of significance or a sign that has gained historic significance in its own right.

Significant historic landmarks.

(1)    Those buildings, objects, sites or structures of historical, cultural, architectural or archaeological importance whose demolition or destruction would constitute a serious loss to the quality and character of San Antonio; and

(2)    Inventoried interior spaces designed or intended to be occupied as part of the structure or which are accessible to the public.

Significant stand of trees and/or shrubs. See subsection 35-523(f).

Sign, monument. A ground mounted sign mounted on a contiguous base having at least ninety (90) percent of the sign width and its supporting structure, and not attached to any building. A monument sign listing two (2) or more businesses located on a property or in a shopping center, and which is designed as one (1) sign, shall be considered one (1) monument sign.

Sign, window. Any sign, picture, symbol, or combination thereof, designed to communicate information about an activity, business, commodity, event, sale, or service that is placed inside a window or upon the window panes or glass and is visible from the exterior of the window. A window sign does not include merchandise or models of products or services incorporated in window display.

Sill. Horizontal member at the bottom of a window or door opening.

*Simple building plans:*

Linear Plans: One, Two, and Three Unit Plans



Massed Plans: Two by Two, Three by Two, Two by Three, and Three by Three Unit Plans



Single-family dwelling. See Dwelling, one-family.

Single-family residential development. A development consisting of a lot or lots, containing only one (1) dwelling unit. The dwelling unit may be detached or attached, townhouse, small lot, home, manufactured home, or mobile home.

Single-phase project. A project on a tract of land within the city or its extraterritorial jurisdiction ("ETJ") where the entire property will be platted in one (1) plat phase or unit.

Site. The location of a significant event, a prehistoric or historic occupation or activity, or a building, structure, or cluster, whether standing, ruined, or vanished, where the location itself maintains historical, architectural, archaeological, or cultural value regardless of the value of any existing structure.

Site-generated traffic. Vehicular trips attracted to, or produced by, the proposed development site.

Slope. The ratio of elevation change to horizontal distance, expressed as a percentage. Slope is computed by dividing the vertical distance by the horizontal distance, and multiplying the ratio by one hundred (100). For purposes of this chapter, a "slope" shall include only those areas with a horizontal distance of at least fifty (50) feet.

Small animal. A canine, or other animal not exceeding one hundred twenty (120) pounds, residing within a dwelling unit and not raised for the production of products or for sale.

Small animal breeder. Any person or establishment that breeds and/or engages in the feeding or care of more than ten (10) adult animals other than fish that do not normally exceed five (5) pounds at maturity, including but not limited to, white rats, gerbils, guinea pigs, prairie dogs, gophers, chipmunks, frogs, lizards, the smaller non-poisonous varieties of snakes, and non-poultry fowl such as parakeets, parrots, doves, pigeons, cockatiels, and canaries.

Small lot home. See Dwelling, small lot home.

Small scale development shall mean commercial development of two (2) acres or less, or residential development of ten (10) lots or less.

Small tree. A tree species that normally does not reach a height that exceeds twenty-five (25) feet at maturity.

Soffit. The underside of an overhanging element, such as the eaves of a roof.

Soils. Dirt, sand and other similar earth matter, and shall also mean rocks and other solid or semisolid mass material, whether produced by man or nature, but shall not include the matter composing the infrastructure or appurtenances thereto.

Solid waste. Any garbage; refuse; sludge from a waste treatment plant, water supply treatment plant or air pollution control facility; and other discarded material, including solid, liquid, semisolid, or contained gaseous material resulting from industrial, municipal, commercial, mining, and agricultural operations, and from community and institutional activities, but does not include: (1) solid or dissolved material in domestic sewage, or solid or dissolved material in irrigation return flows, or industrial discharges subject to regulation by permit issued pursuant to Chapter 26 of the Texas Water Code; (2) soil, dirt, rock, sand, and other natural or manmade inert solid materials used to fill land if the object of the fill is to make the land suitable for the construction of surface improvements; or (3) waste materials which result from activities associated with the exploration, development, or production of oil or gas and are subject to control by the Railroad Commission of Texas.

Solid waste facility. All continuous land and structures, other appurtenances, and improvements on the land, used for processing, storing, or disposing of solid waste or used for the purpose of processing, extracting, converting, or recovering energy or materials from solid waste. A facility may be publicly or privately owned and consist of several processing, storage, or disposal operational units; e.g., one (1) or more landfills; surface impoundments, or combinations of them.

Sound transmission class (STC). An integer rating relating to the quality of sound attenuation for building partitions such as walls, ceilings, doors, and windows.

Special merit. A building, object, site or structure having significant benefits to City of San Antonio or to the community by virtue of exemplary architecture, specific features of land planning, or historic social, cultural or other benefits having a high priority for community services.

Specified anatomical areas means failure to completely and opaquely cover:

(a)   Human genitals, pubic region or pubic hair; or

(b)   Crevice of buttocks or anus; or

(c)   Any portion of the female breast that is situated below a point immediately above the top of the areola; or

(d)   Human male genitals in a discernibly erect state, even if completely and opaquely covered.

(e)   Any combination of the foregoing.

Specified financial institution. Any business whose primary function is to lend money on a temporary basis, wherein such loans are secured by a post-dated check, paycheck, anticipated tax refund, vehicle title or tax-liened property; or to cash checks or other negotiable instruments for a fee, service charge or other consideration; or to provide funds on a deferred-deposit basis. A specified financial institution may offer walk-in service or may serve clients via internet or telephone. The term "specified financial institution" includes without limitation the following uses: check cashing facilities as well as agencies that provide pay-day loans, vehicle title loans, refund anticipation loans or tax-lien loans. This term shall not include financial institutions regulated by the Texas Department of Banking, the Texas Credit Union Department or National Credit Union Association. Further this term shall not include either:

1)   A retail establishment engaged primarily in the business of selling consumer goods, including consumables, to retail buyers that cash checks, issue money orders or money transfers for a minimal flat fee as a service that is incidental to its main purpose as a retail business, or

2)   A professional office primarily engaged in tax preparation services that provides refund anticipation checks for a minimal flat fee incidental to its main purpose as a tax preparer.

See also City Code chapter 16, article XVII related to refund anticipation loans.

Specified sexual activity means actual and simulated human genitals in a state of sexual stimulation or arousal, even if completely and opaquely covered, actual or simulated human masturbation, sexual intercourse, sodomy, fellatio, cunnilingus, fondling or other erotic touching of human genitals, pubic region, buttock or female breast, and excretory functions as part of or in connection with the above described activity or any act of bestiality, sadomasochism or physical contact with a person's own or another person's specified anatomical area.

Stabilization. The act or process of applying measures designed to reestablish a weather-resistant enclosure and the structural stability of an unsafe or deteriorated building, object, site, or structure while maintaining the essential form as it exists at present.

Start of construction. Start of construction means for all new construction and substantial

improvements, the date the building permit was issued, provided the actual start of construction, repair, reconstruction, placement, or other improvement was within one hundred eighty (180) days of the permit date. The actual start means either the first placement of permanent construction of a structure on a site, such as the pouring of slab or footings, the installation of piles, the construction of columns, or any work beyond the stage of excavation for a foundation; or the placement of manufactured home on a foundation. Permanent construction includes land preparation, such as clearing, grading and filling; includes the installation of streets and/or walkways; excavation for a basement, footings, piers, or foundations or the erection of temporary forms; the installation on the property of accessory buildings, such as garages or sheds not occupied as dwelling units or not part of the main structure. The start of construction period is valid for one hundred eighty (180) days. Any delay beyond this period would require resubmission of added data and the permit application.

Steep slope. A slope exceeding fifteen (15) percent.

Storage (moving pods). A self contained container used for the temporary storage and/or moving of small amounts of goods such as a household's contents or office tenants contents. Moving pods are not allowed to be used as permanent on-site storage and shall only be placed on non-industrially zoned property for a maximum period of sixty (60) days. Long term storage of moving pods with or without goods is permitted in all industrial zones "L", "I-1", I-2", "MI-1" and "MI-2" zoning districts. A permit may be obtained for a longer period of time but only if the moving pod is placed behind the front of the primarily building, or if no building the front setback line and is not visible from a public street.

Storage (shipping container). A unit designed for the storage and/or shipment of goods by means of boat, train or truck. Portable storage containers are self-contained units which do not have or ever had axels or wheels directly attached to them permanently or temporarily.

Store. A use devoted exclusively to the retail sale of commodity or commodities.

Stormwater drainage fees. A method or mix of methods for providing adequate, stable and equitable funding for a comprehensive stormwater or drainage program. The financing mechanisms included in the method may include, but not be limited to, user fees, new development impact fees, or surcharges on other utility fees.

Storm window. A secondary window installed to protect and/or reinforce the main window.

Story. That part of a building between the surface of a floor and the ceiling immediately above.

Streamflow. Water flowing in a natural channel, above ground.

Streamside management zone (SMZ). A streamside management zone (SMZ) includes forested buffers adjacent to streams or bodies of water, including intermittent and perennial streams, river, lake, slough, pond, creek, reservoir, watershed, or wetland (ephemeral streams are excluded). The minimum width of an SMZ on each side and above the head of streams or adjacent to bodies of water shall be fifty (50) feet from each bank. The total SMZ width includes average stream channel width plus buffer width.

Street. Any vehicular way which: (1) is an existing state, county or municipal roadway; or (2) is shown upon a plat approved pursuant to law; or (3) is approved by other official action; and includes the land between the street lines, whether improved or unimproved.

Street, arterial. A street use primarily for fast or heavy traffic and designated in the major thoroughfare plan as a primary arterial street, secondary arterial street or express way.

Street classification. See section 35-505, Table 505-1.

Street, collector. A street which provides some access to abutting property and collects traffic from local streets and connects with the major system of arterial streets and highways. A collector street does not include a street designated as local "Type B."

Street, cul-de-sac. A street with a single common ingress and egress and with a turnaround at the end.

Street, dead end. A street with a single common ingress and egress.

Street, elbow. A turn in a minor street that includes extra pavement adequate for a turnaround.

Street, eyebrow. A paved area placed along the linear portion of a street which allow both unimpeded through and turnaround traffic movements.

Street, intersection. The area in which two (2) or more streets cross at grade.

Street lawn. A planting area parallel to a public street designed to provide continuity of vegetation along the right-of-way providing a pleasing view from the road, and to provide a transition from vehicular thoroughfares, pedestrian areas or the built environment.

Street link. A section of a street on the major thoroughfare plan, or a local street, which is defined by a node at each end or at one end. Stubs to adjacent property shall not be considered links.

Street, local. A street designed to provide vehicular access to abutting property and to discourage through traffic.

Street, local "Type A". A street used for primary and secondary access to single-family detached residential units or duplex residential units where such residential units comprise seventy-five (75) percent of the abutting street frontage on both sides of a particular block.

Street, local "Type B". A street used for primary and secondary access to all residential areas except those specified to be served by a "Type A" local street. Also, this street shall be used for secondary access and circulation to community facilities (schools, parks, etc.), and other traffic generators such as commercial and industrial areas.

Street, paper. A right-of-way that is shown on an approved or recorded subdivision plat or tax map and that is unpaved, uncontinuously paved, or paved at less than twenty (20) feet of average width. Any use of the paper street right-of-way for construction, storage or other purposes is prohibited unless the street is quitclaimed by the owner and vacated through a replat. Construction or

improvements to the paper street shall be required with development on adjacent lots or properties.

Street, private. Any street not dedicated to the public and to be maintained by a private entity. Informal maintenance or improvements performed by the city, such as the utilization of waste material to temporarily maintain or improve a private street, do not constitute an acceptance of ownership or obligation by the city.

Streetscape. The general appearance of a block or group of blocks with respect to the structures, setbacks from public rights-of-way, open space and the number and proportion of trees and other vegetation.

Street, stub. A temporary portion of street not greater than one lot's length, allowed as a future connection to an adjacent subdivision or phase.

Street, substandard. A substandard street is an existing street that does not meet the requirements of table 506-3 or 506-4, including but not limited to minimum right-of-way widths and/or pavement cross-sections. See also definition for street, paper.

Street tree. A tree planted along a street or roadway behind the right-of-way line or between a sidewalk and the edge of the paved surface of a roadway.

Street wall facade. That portion or portions of a wall of any permanent structure that is visible from and oriented parallel to a dedicated public right-of-way. For a structure that is not oriented parallel to the right-of-way, the street wall facade shall include all of the facades visible from the right-of-way and oriented at an angle greater than zero degrees but less than sixty (60) degrees to the right-of-way.

Street yard. The area of a lot or parcel which lies between the property line along a dedicated street and the actual wall line of the building or, if no building exists, to the rear property line. Such building wall lines extend outward from the corners of the buildings.

Structure. A walled and roofed building, including a gas or liquid storage tank, which is principally above ground, as well as a manufactured home.

Structured parking. The provision of parking in a building involving at least two (2) levels.

Stucco. Exterior finish material composed of either Portland cement or lime and sand mixed with water.

Study area boundary. For purposes of the adequate public facilities standards, the boundary identified in subsection 35-502(h)(6) of this chapter for a traffic impact analysis.

Subdivider. Any person, or their agent, having an interest in land that is the subject of an application for subdivision.

Subdivision. A division of any tract of land into two (2) or more parts for the purpose of laying out any subdivision of any tract of land or any addition to the city, or for laying out suburban, building, or other lots, or streets, alleys, or parks or other portions intended for public use, or the use of

purchasers or owners of lots fronting thereon or adjacent thereto. A subdivision includes a resubdivision (replat).

Subdivision recreational facilities. Facilities (swimming pools, recreational courts, restrooms, clubhouse, mechanical rooms) located within a subdivision for the primary use of the residents of the subdivision with no more than twenty (20) percent of its use being by nonresidents of the subdivision.

Subject property. The property subject to an application for development approval.

Subordinate. Of less or secondary importance.

Substantial damage. Damage of any origin sustained by a structure whereby the cost of restoring the structure to its before damaged condition would equal or exceed fifty (50) percent of the market value of the structure before the damage occurred. Substantial damage also means flood-related damages sustained by a structure on two (2) separate occasions during a ten-year period for which the cost of repairs at the time of each such flood event, on the average, equals or exceeds twenty-five (25) percent of the market value of the structure before the damage occurred.

Substantial improvement. Any reconstruction, rehabilitation, addition, or other improvement of a structure, the cost of which equals or exceeds fifty (50) percent of the market value of the structure before "start of construction" of the improvement. This includes structures which have incurred "repetitive loss" or "substantial damage", regardless of the actual repair work performed. The term does not, however, include either: (1) Any project for improvement of a structure to correct existing violations of state or local health, sanitary, or safety code specifications which have been identified by the local code enforcement official and which are the minimum necessary conditions or (2) Any alteration of a "historic structure", provided that the alteration will not preclude the structure's continued designation as a "historic structure."

Substantial rehabilitation. Certified improvements to a historic building in which the cost of the project is equal to or greater than fifty (50) percent of the appraised pre-rehabilitation improvement value of the property and which constitutes major work on enhancing existing mechanical or structural systems that preserve the historical integrity, while extending the life of the building.

Swale. A low lying or depressed stretch of land without a defined channel or tributaries.

Symmetry. A balance of architectural components in a structure.

Take out food establishment. A business that specializes in the provision of prepared foods for take out type service such as ice cream stands, juice bars, espresso bars and pizza carry-out establishments. A take out food establishment shall not include more than fifteen (15) occupants at any given time, inclusive of employees, delivery personnel and customers. The fifteen-person occupant load shall include dining areas located either indoors or outdoors or a combination thereof.

Tattoo. The practice of producing an indelible mark or figure on the human body by scarring or inserting a pigment under the skin using needles, scalpels, or other related equipment. The term does not include the application of permanent cosmetics.

Tavern. Any use in which seventy-five (75) percent or more of its gross revenue is derived from the on-premises sale and consumption of alcoholic beverages. A tavern use may include, in addition to the provision of alcohol, food services and/or live entertainment as an accessory use.

Temporary common worker employer. A person or agency that provides common worker employees to a third party user, that maintains a central location where common workers assemble and are dispatched to work, and that is required to obtain a license from the Texas Department of Licensing and Regulation.

Tertiary containment. A method by which a third level of containment is provided for underground storage tanks by means of a wall or barrier installed around a double-walled tank and piping system (or approved alternative) in a manner designed to prevent a release of the regulated substance from migrating beyond the tertiary wall or barrier before the release can be detected if a failure in the secondary containment level occurs.

Tertiary protection. A method by which a third level of protection is provided for underground storage tank systems by means of either 1) a physical level to be installed around a double-walled tank and piping system, designed to prevent a release of the regulated substance from migrating into the environment, should such a release go undetected at the secondary containment level; or 2) equivalent technology, which shall include: a. continuous electronic leak detection for the entire system at a centralized location, with dedicated personnel; b. site specific training; c. annual testing for system integrity; and d. reporting to the San Antonio Water System any release from the primary system.

Texas antiquities code. Chapter 191 of V.T.C.A. Natural Resources Code, as may be amended from time to time.

Thematic group. A finite group of resources related to one another in a clearly distinguishable way, by association with a single historic person, event or developmental force, as one building type or use, as designed by a single architect, as a single archaeological site form, or as a particular set of archaeological research.

TIA. See Traffic impact analysis.

Time-share. A facility in which the exclusive right of use, possession, or occupancy circulates among the various owners or lessees thereof in accordance with a time schedule on a periodically recurring basis.

Top of bank. For purposes of determining river improvement overlay riverside setbacks in section 35-673, the point, stage or elevation at which water overflows the natural or man made banks of the river; alternately, the vertical point along the river where an abrupt change in slope is evident, and where the water level is generally able to overflow the natural bank or man made edge and enter adjacent floodplains (if any) during flows at or exceeding the average annual high water stage.

Townhouse. A building that has one-family dwelling units erected in a row as a single building on adjoining lots, each being separated from the adjoining unit or units by a fire wall (to be constructed in accordance with city codes and ordinances), along the dividing lot line, and each such building being

separated from any other building by space on all sides.

<u>Traditional neighborhood development regulations.</u> See <u>section 35-207</u> of this chapter.

<u>Traffic impact analysis.</u> A study performed by engineers with expertise in traffic engineering principles and practice which reviews development of a specific property and how it integrates into the existing and proposed city street network and ongoing traffic study. The analysis utilizes data and conclusions developed in previous studies, and identifies improvements needed to mitigate the impact of traffic generated by a development on the street network system.

<u>Transit center (public operated system).</u> A fixed location where passengers interchange from one route or vehicle to another that has significant infrastructure such as a waiting room, seating, restrooms, sales outlet, ticket or pass vending machines and/or waiting areas for passenger pick-ups.

<u>Transitional home.</u> A residential facility, sometimes referred to as a rehab center and/or half-way house, which provides on-site supervised lodging for individuals who are required to reside at the facility as a term of parole or under mandatory supervision.

<u>Transit park-and-ride facility (public operated system).</u> A facility used for parking by transit riders, while they use transit agency services. Park-and-ride facilities are generally established as collector sites for transit service. Park-and-ride facilities may also serve as collector sites for vanpools and carpools, and as transit centers. The facility may have limited passenger amentias such as shelters, seating and posted route/schedule information.

<u>Transit station.</u> A building, structure, or area designed located on a busway or a light rail line and used for passenger pickup, drop off, embarking, or changing transportation modes. Facilities and improvements may include shelters, benches, signs, structures, and other improvements which provide security, weather protection, and access to nearby services.

<u>Transit transfer center (public operated system).</u> A fixed location where passengers interchange from on route or vehicle to another. The amenities at this facility would include but not be limited to shelters, seating, lighting and posted route/schedule information.

<u>Transom.</u> A horizontal window over a door or window.

<u>Transparent.</u> Capable of transmitting light in a manner which permits a person standing outside of a building to view shapes, tones, and objects inside a building. A tinted window is considered "transparent" if it meets the requirements recited herein.

<u>Transportation standards.</u> See <u>section 35-506</u> of this chapter.

<u>Tree.</u> A perennial woody plant, single or multiple trunks, with few if any branches on its lower part, which at maturity will obtain a minimum six-inch caliper.

<u>Tree, ornamental.</u> A small to medium tree, growing to a mature height of fifteen (15) to forty (40) feet.

<u>Tree permit.</u> An authorization by the city arborist authorizing specific work as it relates to

compliance with the tree preservation standards.

Tree preservation plan. A plan required to be submitted for a tree permit which contains three (3) components; a tree survey or tree stand delineation; an inventory with calculations; and the tree protection notes, details and specifications.

Tree preservation standards. See section 35-523 of this chapter.

Tree retention ratio. The percentage or amount of trees that must actually be retained on a site, rather than mitigated. See subsection 35-523(e) of this chapter.

Tree save area. An area left undisturbed in its natural condition pursuant to the tree preservation/tree stand delineation option.

Tree, shade. A large tree growing to a height of forty (40) feet or more at maturity.

Tree stand delineation. An optional alternative method for the "on-the-ground" tree survey and inventory required for the tree preservation plan using a current aerial photograph (a minimum resolution of six-inch pixels) with an overlay of the development. An outline of the tree area(s) and the portion of that area that are to be preserved to meet the requirements as per the tree preservation standards in section 35-523.

Tree, streetscape. A tree planted in the public right-of-way and may be used to meet the streetscape standards within the form based zoning district and within section 35-512, Streetscape Planting Standards.

Trip generation summary. A table summarizing the trip generation characteristics of the development for the entire day and the a.m. and p.m. peak periods including the rates and units used to calculate the number of trips. Information on appropriate trip generation rates and procedures may be obtained by contacting the department of planning and development services. Institute of Transportation Engineers trip rates will be used unless a better source is identified and is acceptable to the director of planning and development services or his/her designee.

Triplex. See Dwelling, three-family.

Truck farm. A small tract of land (less than ten (10) acres) on which produce is raised and sold by the owner on-site or at off-site markets.

Trucks. Vehicles defined as trucks and buses by the National Highway Traffic Safety Administration in Title 49 of the Code of Federal Regulations, Chapter V, Section 571.3.

Truck wash (laundry). A facility that provides for the washing, drying, vacuuming and detailing of vehicles with a weight in excess of four thousand (4,000) pounds. (Truck washes (laundry) may be attendant operated or self operated as provided for in section 35-311, Table 311-2 of this chapter.)

Underground storage tank. Any one (1) or combination of underground storage tanks and any connecting underground pipes used to contain an accumulation of regulated substances, the volume of which, including the volume of the connecting underground pipes, is ten (10) percent or more below

grade.

Underground storage tank system. An underground storage tank, all associated piping and ancillary equipment, spill and overfill prevention equipment, release detection equipment, corrosion protection system, secondary and tertiary containment equipment (as applicable), and all other related systems and equipment.

Understory. Assemblages of natural low level woody, herbaceous and ground cover species.

Unflooded access. Means that vehicular traffic has safe access to a property from a public street in times of flood (regulatory 100-year flood). A property will be considered to have unflooded access to an existing street if flow depths for access on the street adjacent to the property do not exceed one (1) foot and fall within the safe range on Figure 504-2 "Dangerous Conditions on Crossing During Floods."

Unrated resource. A building, object, site or structure which appears on a federal, state, or city inventory or survey but has not been reviewed and rated by the historic and design review commission following criteria set forth in this chapter.

Unreasonable economic hardship. An economic burden imposed upon the owner which is unduly excessive and prevents a realization of a reasonable rate of return on the value of his property as an investment, applying the test utilized by the Supreme Court of Texas in construing Article I, Section 17 of the Constitution of the State of Texas, 1876, in determining the existence of an unreasonable economic hardship.

Unusual and compelling circumstances. Those uncommon and extremely rare instances, factually detailed, which would warrant a historic and Design Review Commission recommendation due to the evidence presented.

Use. The purpose for which land or structures thereon is designed, arranged or intended to be occupied or used, or for which it is occupied, maintained, rented or leased.

Used automotive parts recycling. The dismantling and reuse or resale of used automotive parts and the safe disposal of salvage motor vehicles or nonrepairable motor vehicles, including the resale of those vehicles.

Use matrix. The list of uses permitted by right, prohibited, or permitted as a conditional use as set forth in section 35-311, Tables 311-1 and 311-2, of this chapter.

Utilities standards. See section 35-507 of this chapter.

Variance. Permission to depart from the literal requirements of this chapter as provided in subsections 35-482 and 35-483. For floodplain variances see section 35-F106.

Variety store - retail. A retail store that sells inexpensive items, often with a single price for all items in the store. Typical merchandise includes cleaning supplies, toys, household goods and gardening equipment.

Veneer. A thin layer of material, such as wood, brick, or stone, applied to a different material or to

a type of construction not ordinarily associated with it, e.g. a facing of brick applied to a frame house.

Verification. The confirmation by the historic and design review historic and design review commission that restoration or rehabilitation work completed on a historically significant site in need of tax relief to encourage preservation was substantially completed.

Vernacular. A category of architecture based on localized needs and construction materials, and reflecting local traditions. Vernacular architecture tends to evolve over time to reflect the environmental, cultural, technological, and historical context in which it exists.

Very-low income housing. Housing reserved for occupancy or ownership by persons or households whose annual gross income does not exceed fifty (50) percent of the area median household gross income for households of the same size in the San Antonio metropolitan statistical area, as defined by the U.S. Department of Housing and Urban Development in 24 C.F.R., Part 813.

Vested capacity right. A vested right to the exclusive use of a specified amount of sewerage treatment and/or collection capacity created by the payment of an impact fee in accordance with the provisions of this chapter or created by the payment of sewer platting fees under the articles and policies of the board for the extension of sanitary sewer service prior to the date of enactment of this chapter.

Veterinary hospital (large and/or small animal). A facility for the prevention, treatment, surgery, cure, or alleviation of disease and/or injury of large animals, such as livestock, and may include outside runs, paddocks and pens.

Veterinary hospital (small animal). A facility for the prevention, treatment, surgery, cure, or alleviation of disease and/or injury in small animals. Overnight and outside boarding of animals are permitted.

Viewshed. Any area of open sky or view in front or behind: (1) the major entrance to a designated historic landmark building, object, site or structure; (2) the primary access point or points to a designated historic district; (3) the primary access to a major tourist attraction or amusement park; or (4) the primary view or access point to the San Antonio Riverwalk, a city lake or amusement park that has been defined by Article III, Division 6, Subdivision F of this chapter.

Vista. A view through or along an avenue or opening, including those along the banks of the San Antonio River, which, as a view corridor, frames, highlights or accentuates a prominent building, object, site, structure, scene, or panorama, or patterns or rhythms of buildings, objects, sites, or structures; to include views of areas at a distance, such as a remote view of the downtown or the San Antonio River.

Vine. A woody plant that spreads as it grows over the ground, walls or trellises.

Violation. For purposes of the floodplain ordinance, the failure of a structure or other development to be fully compliant with the community's floodplain management regulations. A structure or other development without the elevation certificate, other certifications, or other evidence of compliance required in this chapter is presumed to be in violation until such time as that documentation is provided.

Visually compatible. The relationship between the scale and design of buildings as defined in section 35-609 of this chapter.

Wall. An upright structure of building material forming an inner partition or exterior surface of a building or structure (excludes fences as defined by this chapter).

Warehouse. A fully enclosed building used for the storage of goods or merchandise. Outdoor storage shall comply with section 35-525.

Warehousing. See Processing and warehousing.

Water surface elevation. The height, in relation to the National Geodetic Vertical Datum (NGVD) of 1929 (or other datum, where specified), of floods of various magnitudes and frequencies in the floodplains of coastal or riverine areas.

Watercourse. A natural or manmade channel through which stormwater flows.

Watershed. The area drained by a given stream, river, watercourse, or other body of water.

Watershed protection and management department (WPMD). The department within the San Antonio Water System (SAWS) designated to apply the provisions of the Edwards Aquifer Overlay District.

Well abandonment. The proper plugging and abandoning of a well in compliance with all applicable regulations, and the cleaning up of the site to the satisfaction of any governmental body having jurisdiction with respect thereto and to the reasonable satisfaction of the operator.

Well service operations. Routine maintenance and repair operations on a well, other than drilling, plug back, re-entry, reworking, recompletion or workover operations. Well servicing usually involves repairs to installed equipment, such as pumps, rods, gas lift valves, tubing packers, etc.

Wetland. See Texas Natural Resources Code § 221.001.

*[Commentary: this statute presently defines "wetland" as follows: "land that: (A) has a predominance of hydric soil; (B) is inundated or saturated by surface or groundwater at a frequency and duration sufficient to support a prevalence of hydrophytic vegetation typically adapted for life in saturated soil conditions; and (C) under normal circumstances does support a prevalence of that vegetation.].*

Wheelchair ramp. A sloping concrete pad constructed at crosswalks to assist mobility-impaired citizens using the sidewalks and crosswalks.

Wholesale trade. Establishments or places of business primarily engaged in selling merchandise to retailers; to industrial, commercial, institutional, or professional business users; or to other wholesalers; or acting as agents or brokers and buying merchandise for, or selling merchandise to, such individuals or companies.

Window. An opening constructed in a wall and which admits light or air to an enclosure, is framed and spanned with glass, and which may be mounted to permit opening and closing.

Window header. A support found on the upper portion of the window casing that is generally at least twice as thick as the framing component of the window and found around the opening. The header will span horizontally across the top of the window casing, offering added support that prevents the full weight of the wall from resting on the window casing itself.

Wine boutique. A retail outlet for bottled wines including custom bottled wines and labels on site for the consumer using wine concentrates as opposed to crushing and processing grapes on site.

Wing wall. A portion of the front façade extending past the side façade, often sloping down from the eaves to the ground at an angle; a subordinate wall, one end of which is built against an abutment.

Wireless communication standards. See section 35-385 of this chapter.

Wireless communication system. Antenna support structures for mobile and land based telecommunication facilities. Whip antennas, panel antennas, microwave dishes and receive-only satellite dishes, cell enhancers and related equipment for wireless transmission from a sender to one or more receivers, such as for mobile cellular telephones, mobile radio systems facilities and commercial radio service. This facility is inclusive of the placement of the above referenced equipment on a monopole tower, a steel lattice tower and any self supporting communication tower which does not utilize guy wire support. This facility shall also allow as one of its components an unmanned equipment shelter.

Woodland. For use within sections 35-523, an area of contiguous wooded vegetation where trees are at a density of at least one (1) significant or greater caliper tree per three hundred twenty-five (325) square feet of land and where the branches and leaves form a continuous canopy. A woodland shall include areas with a continuous canopy of trees over an area of at least twenty thousand (20,000) square feet and with any dimension being not less than thirty-five (35) feet. A woodland may be delineated through an aerial photograph or a ground survey. A woodland shall include both understory and protected trees.

Woodland slope. The ratio of elevation change to horizontal distance, measured as a numerical ratio, percent, or in degrees. Slope is computed by dividing the vertical distance by the horizontal distance, and multiplying the ratio by one hundred (100). Expressed as a ratio, the first number is the horizontal distance (run) and the second is the vertical distance (rise), as 2:1. A 2:1 slope is a fifty (50) percent slope. Expressed in degrees, the slope is the angle from the horizontal plane, with a ninety-degree slope being vertical (maximum) and a forty-five-degree slope being a 1:1 slope. [Reference: Texas Forest service, Texas Forestry Best Management Practices (January 2000)] For purposes of this chapter, a "slope" shall include only those areas with a horizontal distance of at least fifty (50) feet.

Woodlands tree save area. Any area identified to be saved through the use of the tree stand delineation process as an alternative to an "on-the-ground" tree survey and inventory with calculations.

Workover. Work performed on a well to sustain or increase production or injections which may physically change the downhole condition of the well, which may include casing repairs, acidizing, fracture, stimulation, perforating deepening or plugging back to a different zone in the same horizon,

sidetracking or shipstocking and whipstocking due to obstructions, running liners, and gravel packing.

Xeric landscaping (Xeriscape). A type of landscaping that conserves water and protects the environment by using site appropriate plants, an efficient watering system, proper planning and design, soil analysis, practical use of turf, the use of mulches and proper maintenance. Xeric landscaping does not refer to the use of cactus and/or rock gardens in a landscape design; landscaping with native plants that utilizes the existing environmental conditions to the best advantage, conserving water and protecting the native environment.

Yard. An area on a lot between the lot line and the nearest principal structure, unoccupied and unobstructed by any portion of a structure from the ground upward, except as otherwise provided in this chapter.

Zero lot line. The location of a building on a lot in such a manner that one (1) or more of the buildings sides rests directly on or immediately adjacent to the lot line.

(c)   **Abbreviations.**

| ADA | Americans with Disabilities Act, 42 USC Subsection 12181 et seq., Pub. L 101-336 and implementing regulations at 28 C.F.R. parts 35 and 36. |
|---|---|
| BOA | Zoning Board of Adjustment |
| CIP | Capital Improvements Program |
| CLOMR | Conditional Letter of Map Revision (see floodplain ordinance) |
| CFR | Code of Federal Regulations |
| CPS | CPS Energy |
| DRC | Design Review Committee; a sub-committee of the Historic and Design Review Commission (HDRC) |
| EARZ | Edwards Aquifer Recharge Zone |
| FAR | Floor area ratio |
| Ft. | foot or feet |
| HDRC | Historic and Design Review Commission |
| HUD | United States Department of Housing and Urban Development |

| HPO | Historic Preservation Officer |
|-----|-------------------------------|
| LOMR | Letter of Map Revision (see floodplain ordinance) |
| MPO | Bexar County Metropolitan Planning Organization |
| Max. | Maximum; indicates that the value prescribed is the maximum allowed |
| Min. | Minimum; indicates that the value prescribed is the minimum required |
| MUTCD | Manual on Uniform Traffic Control Devices published by the United States Department of Transportation, Federal Highway Administration |
| OHP | Office of Historic Preservation |
| PMP | Probable maximum precipitation flood (See stormwater management standards) |
| PUD | Planned unit development |
| RSWF | Regional stormwater facilities |
| RSWMP | Regional stormwater management program |
| SAWS | San Antonio Water Systems |
| Sf | Square feet |
| TND | Traditional neighborhood development |
| TOD | Transit oriented development |
| TNRCC | Texas Natural Resources Conservation Commission |
| TXDOT | Texas Department of Transportation |
| USC | United States Code |
| USGS | United States Geological Survey |

(Ord. No. 96564 §§ 1, 2 and 3) (Ord. No. 97332 § 7) (Ord. No. 97568 § 2) (Ord. No. 97602 § 2) (Ord. No. 98091 § 10) (Ord. No. 98697 § 1 and 4) (Ord. No. 99355 § 2) (Ord. No. 101816, § 2, 12-15-05) (Ord. No. 2006-02-16-0241, § 2, 2-16-06) (Ord. No. 2006-05-04-0556, § 2, 5-4-06) (Ord. No. 2006-11-30-1333, § 2, 11-30-06) (Ord. No. 2006-11-02-1258, § 2, 11-2-06; Ord. No. 2007-09-06-0951, § 2, 9-6-07) (Ord. No. 2008-04-03-0265, § 2, 4-3-08) (Ord. No. 2008-04-03-0267, § 2, 4-3-08) (Ord. No. 2008-05-15-0401, § 2, 5-15-08) (Ord. No. 2008-12-04-1125, § 2, 12-4-08) (Ord. No. 2008-12-11-1178, § 2, 12-11-08) (Ord. No. 2009-01-15-0001, § 2, 1-15-09) (Ord. No. 2009-05-21-0428, § 2, 5-21-09) (Ord. No. 2009-05-21-0429, § 2, 5-21-09) (Ord. No. 2010-05-06-0376, § 4, 5-6-10) (Ord. No. 2010-06-24-0616, § 2, 6-24-10) (Ord. No. 2010-06-24-0640, § 1, 6-24-10) (Ord. No. 2010-11-18-0985, § 2, 11-18-10) (Ord. No. 2012-05-17-0355, § 3, 5-17-12) (Ord. No. 2012-10-18-0829, § 2, 10-18-12) (Ord. No. 2012-11-08-0877, § 2, 11-8-12) (Ord. No. 2012-12-06-0934, § 2, 12-6-12) (Ord. No. 2012-12-13-0972, § 2, 12-13-12) (Ord. No. 2012-12-13-1006, § 60, 12-13-12) (Ord. No. 2014-08-14-0581, § 4, 8-14-14) (Ord. No. 2014-04-03-0206, § 6, 4-3-14) (Ord. No. 2014-05-29-0377, § 3, 5-29-14)

**TAB D**



- International Residential Code for One- and Two-Family Dwellings
  - [ 2012 (Second Printing) ]
    - Chapter 3 - Building Planning
      - SECTION R301 DESIGN CRITERIA
      - SECTION R302 FIRE-RESISTANT CONSTRUCTION
      - SECTION R303 LIGHT, VENTILATION AND HEATING
      - SECTION R304 MINIMUM ROOM AREAS
      - SECTION R305 CEILING HEIGHT
      - SECTION R306 SANITATION
      - SECTION R307 TOILET, BATH AND SHOWER SPACES
      - SECTION R308 GLAZING
      - SECTION R309 GARAGES AND CARPORTS
      - SECTION R310 EMERGENCY ESCAPE AND RESCUE OPENINGS
      - SECTION R311 MEANS OF EGRESS
      - SECTION R312 GUARDS AND WINDOW FALL PROTECTION
      - SECTION R313 AUTOMATIC FIRE SPRINKLER SYSTEMS
      - SECTION R314 SMOKE ALARMS
      - SECTION R315 CARBON MONOXIDE ALARMS
      - SECTION R316 FOAM PLASTIC
      - SECTION R317 PROTECTION OF WOOD AND WOOD BASED PRODUCTS AGAINST DECAY
      - SECTION R318 PROTECTION AGAINST SUBTERRANEAN TERMITES
      - SECTION R319 SITE ADDRESS
      - SECTION R320 ACCESSIBILITY
      - SECTION R321 ELEVATORS AND PLATFORM LIFTS
      - SECTION R322 FLOOD-RESISTANT CONSTRUCTION
      - SECTION R323 STORM SHELTERS

R312.1 Guards.
R312.2 Window fall protection.
R312.1 Guards.
R312.2 Window fall protection.
Top Previous Section Next Section　　To view the next subsection please select the Next Section option.



## SECTION R312 GUARDS AND WINDOW FALL PROTECTION

### R312.1 Guards.
Guards shall be provided in accordance with Sections R312.1.1 through R312.1.4.

**R312.1.1 Where required.**
*Guards* shall be located along open-sided walking surfaces, including stairs, ramps and landings, that are located more than 30 inches (762 mm) measured vertically to the floor or *grade* below at any point within 36 inches (914 mm) horizontally to the edge of the open side. Insect screening shall not be considered as a *guard*.

**R312.1.2 Height.**
Required *guards* at open-sided walking surfaces, including stairs, porches, balconies or landings, shall be not less than 36 inches (914 mm) high measured vertically above the adjacent walking surface, adjacent fixed seating or the line connecting the leading edges of the treads.

**Exceptions:**

1. *Guards* on the open sides of stairs shall have a height not less than 34 inches (864 mm) measured vertically from a line connecting the leading edges of the treads.

2. Where the top of the *guard* also serves as a handrail on the open sides of stairs, the top of the *guard* shall not be less than 34 inches (864 mm) and not more than 38 inches (965 mm) measured vertically from a line connecting the leading edges of the treads.

**R312.1.3 Opening limitations.**
Required *guards* shall not have openings from the walking surface to the required *guard* height which allow passage of a sphere 4 inches (102 mm) in diameter.

**Exceptions:**

1. The triangular openings at the open side of stair, formed by the riser, tread and bottom rail of a guard, shall not allow passage of a sphere 6 inches (153 mm) in diameter.

2. *Guards* on the open side of stairs shall not have openings which allow passage of a sphere $4^3/_8$ inches (111 mm) in diameter.

**R312.1.4 Exterior woodplastic composite guards.**
Woodplastic composite *guards* shall comply with the provisions of Section R317.4.

**R312.2 Window fall protection.**
Window fall protection shall be provided in accordance with Sections R312.2.1 and R312.2.2.

**R312.2.1 Window sills.**
In dwelling units, where the opening of an operable window is located more than 72 inches (1829 mm) above the finished grade or surface below, the lowest part of the clear opening of the window shall be a minimum of 24 inches (610 mm) above the fininshed floor of the room in which the window is located. Operable sections of windows shall not permit openings that allow passage of a 4-inch-diameter (102 mm) sphere where such openings are located within 24

inches (610 mm) of the finished floor.

**Exceptions:**

> 1. Windows whose openings will not allow a 4-inch-diameter (102 mm) sphere to pass through the opening when the opening is in its largest opened position.
>
> 2. Openings that are provided with window fall prevention devices that comply with ASTM F 2090.
>
> 3. Windows that are provided with window opening control devices that comply with Section R312.2.2.

**R312.2.2 Window opening control devices.**
Window opening control devices shall comply with ASTM F 2090. The window opening control device, after operation to release the control device allowing the window to fully open, shall not reduce the minimum net clear opening area of the window unit to less than the area required by Section R310.1.1.

Top Previous Section Next Section　　To view the next subsection please select the Next Section option.
COPYRIGHT 2007 by INTERNATIONAL CODE COUNCIL



**TAB E**

# Tex. Local Gov't Code § 211.011

This document is current through the 2015 regular session, 84th Legislature, S.B. 45, S.B. 293 (ch. 2), S.B. 415(ch. 15), S.B. 459, S.B. 529 (ch. 37), S.B. 835 (ch. 6), S.B. 901 (ch. 54), S.B. 903 (ch. 3), S.B. 1749 (ch. 29), and S.B. 1985 (ch. 4).

*Texas Statutes and Codes* > *LOCAL GOVERNMENT CODE* > *TITLE 7. REGULATION OF LAND USE, STRUCTURES, BUSINESSES, AND RELATED ACTIVITIES* > *SUBTITLE A. MUNICIPAL REGULATORY AUTHORITY* > *CHAPTER 211. MUNICIPAL ZONING AUTHORITY* > *SUBCHAPTER A. GENERAL ZONING REGULATIONS*

## § 211.011. Judicial Review of *Board* Decision

**(a)** Any of the following persons may present to a district court, county court, or county court at law a verified petition stating that the decision of the ***board*** of adjustment is illegal in whole or in part and specifying the grounds of the illegality:

    **(1)** a person aggrieved by a decision of the ***board***;

    **(2)** a taxpayer; or

    **(3)** an officer, department, ***board***, or bureau of the municipality.

**(b)** The petition must be presented within 10 days after the date the decision is filed in the ***board***'s office.

**(c)** On the presentation of the petition, the court may grant a writ of certiorari directed to the ***board*** to review the ***board***'s decision. The writ must indicate the time by which the ***board***'s return must be made and served on the petitioner's attorney, which must be after 10 days and may be extended by the court. Granting of the writ does not stay the proceedings on the decision under appeal, but on application and after notice to the ***board*** the court may grant a restraining order if due cause is shown.

**(d)** The ***board***'s return must be verified and must concisely state any pertinent and material facts that show the grounds of the decision under appeal. The ***board*** is not required to return the original documents on which the ***board*** acted but may return certified or sworn copies of the documents or parts of the documents as required by the writ.

**(e)** If at the hearing the court determines that testimony is necessary for the proper disposition of the matter, it may take evidence or appoint a referee to take evidence as directed. The referee shall report the evidence to the court with the referee's findings of fact and conclusions of law. The referee's report constitutes a part of the proceedings on which the court shall make its decision.

**(f)** The court may reverse or affirm, in whole or in part, or modify the decision that is appealed. Costs may not be assessed against the ***board*** unless the court determines that the ***board*** acted with gross negligence, in bad faith, or with malice in making its decision.

**(g)** The court may not apply a different standard of review to a decision of a ***board*** of adjustment that is composed of members of the governing body of the municipality under Section 211.008(g) than is applied to a decision of a ***board*** of adjustment that does not contain members of the governing body of a municipality.

## History

Enacted by *Acts 1987, 70th Leg., ch. 149 (S.B. 896)*, § 1, effective September 1, 1987; am. *Acts 1997, 75th Leg., ch. 363 (S.B. 1736)*, § 3, effective September 1, 1997; am. *Acts 1999, 76th Leg., ch. 646 (H.B. 116)*, § 1, effective August 30, 1999.

# Tex. Local Gov't Code § 211.010

This document is current through the 2015 regular session, 84th Legislature, S.B. 45, S.B. 293 (ch. 2), S.B. 415(ch. 15), S.B. 459, S.B. 529 (ch. 37), S.B. 835 (ch. 6), S.B. 901 (ch. 54), S.B. 903 (ch. 3), S.B. 1749 (ch. 29), and S.B. 1985 (ch. 4).

*Texas Statutes and Codes  >  LOCAL GOVERNMENT CODE  >  TITLE 7. REGULATION OF LAND USE, STRUCTURES, BUSINESSES, AND RELATED ACTIVITIES  >  SUBTITLE A. MUNICIPAL REGULATORY AUTHORITY  >  CHAPTER 211. MUNICIPAL ZONING AUTHORITY  >  SUBCHAPTER A. GENERAL ZONING REGULATIONS*

## § 211.010. Appeal to *Board*

**(a)**  Except as provided by Subsection (e), any of the following persons may appeal to the ***board*** of adjustment a decision made by an administrative official:

   **(1)**  a person aggrieved by the decision; or

   **(2)**  any officer, department, ***board***, or bureau of the municipality affected by the decision.

**(b)**  The appellant must file with the ***board*** and the official from whom the appeal is taken a notice of appeal specifying the grounds for the appeal. The appeal must be filed within a reasonable time as determined by the rules of the ***board***. On receiving the notice, the official from whom the appeal is taken shall immediately transmit to the ***board*** all the papers constituting the record of the action that is appealed.

**(c)**  An appeal stays all proceedings in furtherance of the action that is appealed unless the official from whom the appeal is taken certifies in writing to the ***board*** facts supporting the official's opinion that a stay would cause imminent peril to life or property. In that case, the proceedings may be stayed only by a restraining order granted by the ***board*** or a court of record on application, after notice to the official, if due cause is shown.

**(d)**  The ***board*** shall set a reasonable time for the appeal hearing and shall give public notice of the hearing and due notice to the parties in interest. A party may appear at the appeal hearing in person or by agent or attorney. The ***board*** shall decide the appeal within a reasonable time.

**(e)**  A member of the governing body of the municipality who serves on the ***board*** of adjustment under Section 211.008(g) may not bring an appeal under this section.

## History

Enacted by *Acts 1987, 70th Leg., ch. 149 (S.B. 896)*, § 1, effective September 1, 1987; am. *Acts 1997, 75th Leg., ch. 363 (S.B. 1736)*, § 2, effective September 1, 1997.

**Annotations**

## Case Notes

Administrative Law: Judicial Review: Reviewability: Exhaustion of Remedies
Administrative Law: Judicial Review: Reviewability: Standing
Civil Procedure: Justiciability: Standing: General Overview
Environmental Law: Zoning & Land Use: Conditional Use Permits & Variances
Governments: Public Improvements: Bridges & Roads
Real Property Law: Zoning & Land Use: General Overview
Real Property Law: Zoning & Land Use: Administrative Procedure
Real Property Law: Zoning & Land Use: Judicial Review
Real Property Law: Zoning & Land Use: Special Permits & Variances

This document is current through the 2015 regular session, 84th Legislature, S.B. 45, S.B. 293 (ch. 2), S.B. 415(ch. 15), S.B. 459, S.B. 529 (ch. 37), S.B. 835 (ch. 6), S.B. 901 (ch. 54), S.B. 903 (ch. 3), S.B. 1749 (ch. 29), and S.B. 1985 (ch. 4).

*Texas Statutes and Codes > LOCAL GOVERNMENT CODE > TITLE 7. REGULATION OF LAND USE, STRUCTURES, BUSINESSES, AND RELATED ACTIVITIES > SUBTITLE A. MUNICIPAL REGULATORY AUTHORITY > CHAPTER 211. MUNICIPAL ZONING AUTHORITY > SUBCHAPTER A. GENERAL ZONING REGULATIONS*

# § 211.009. Authority of *Board*

(a)   The ***board*** of adjustment may:

   (1)   hear and decide an appeal that alleges error in an order, requirement, decision, or determination made by an administrative official in the enforcement of this subchapter or an ordinance adopted under this subchapter;

   (2)   hear and decide special exceptions to the terms of a zoning ordinance when the ordinance requires the ***board*** to do so;

   (3)   authorize in specific cases a variance from the terms of a zoning ordinance if the variance is not contrary to the public interest and, due to special conditions, a literal enforcement of the ordinance would result in unnecessary hardship, and so that the spirit of the ordinance is observed and substantial justice is done; and

   (4)   hear and decide other matters authorized by an ordinance adopted under this subchapter.

(b)   In exercising its authority under Subsection (a)(1), the ***board*** may reverse or affirm, in whole or in part, or modify the administrative official's order, requirement, decision, or determination from which an appeal is taken and make the correct order, requirement, decision, or determination, and for that purpose the ***board*** has the same authority as the administrative official.

(c)   The concurring vote of 75 percent of the members of the ***board*** is necessary to:

   (1)   reverse an order, requirement, decision, or determination of an administrative official;

   (2)   decide in favor of an applicant on a matter on which the ***board*** is required to pass under a zoning ordinance; or

   (3)   authorize a variation from the terms of a zoning ordinance.

## History

Enacted by *Acts 1987, 70th Leg., ch. 149 (S.B. 896)*, § 1, effective September 1, 1987; am. *Acts 1993, 73rd Leg., ch. 126 (S.B. 506)*, § 2, effective September 1, 1993; am. *Acts 1995, 74th Leg., ch. 724 (H.B. 875)*, § 2, effective August 28, 1995.

**Annotations**

## Notes

**Revisor's Notes. --**

   The revised law omits as unnecessary the source law reference to the exercise of ***board*** authority ″in conformity with the provisions of this Act,″ since the revised law is drafted to conform to the act.

# Tex. Local Gov't Code § 211.008

This document is current through the 2015 regular session, 84th Legislature, S.B. 45, S.B. 293 (ch. 2), S.B. 415(ch. 15), S.B. 459, S.B. 529 (ch. 37), S.B. 835 (ch. 6), S.B. 901 (ch. 54), S.B. 903 (ch. 3), S.B. 1749 (ch. 29), and S.B. 1985 (ch. 4).

*Texas Statutes and Codes* > *LOCAL GOVERNMENT CODE* > *TITLE 7. REGULATION OF LAND USE, STRUCTURES, BUSINESSES, AND RELATED ACTIVITIES* > *SUBTITLE A. MUNICIPAL REGULATORY AUTHORITY* > *CHAPTER 211. MUNICIPAL ZONING AUTHORITY* > *SUBCHAPTER A. GENERAL ZONING REGULATIONS*

## § 211.008. *Board* of Adjustment

(a) The governing body of a municipality may provide for the appointment of a *board* of adjustment. In the regulations adopted under this subchapter, the governing body may authorize the *board* of adjustment, in appropriate cases and subject to appropriate conditions and safeguards, to make special exceptions to the terms of the zoning ordinance that are consistent with the general purpose and intent of the ordinance and in accordance with any applicable rules contained in the ordinance.

(b) A *board* of adjustment must consist of at least five members to be appointed for terms of two years. The governing body must provide the procedure for appointment. The governing body may authorize each member of the governing body, including the mayor, to appoint one member to the *board*. The appointing authority may remove a *board* member for cause, as found by the appointing authority, on a written charge after a public hearing. A vacancy on the *board* shall be filled for the unexpired term.

(c) The governing body, by charter or ordinance, may provide for the appointment of alternate *board* members to serve in the absence of one or more regular members when requested to do so by the mayor or city manager. An alternate member serves for the same period as a regular member and is subject to removal in the same manner as a regular member. A vacancy among the alternate members is filled in the same manner as a vacancy among the regular members.

(d) Each case before the *board* of adjustment must be heard by at least 75 percent of the members.

(e) The *board* by majority vote shall adopt rules in accordance with any ordinance adopted under this subchapter. Meetings of the *board* are held at the call of the presiding officer and at other times as determined by the *board*. The presiding officer or acting presiding officer may administer oaths and compel the attendance of witnesses. All meetings of the *board* shall be open to the public.

(f) The *board* shall keep minutes of its proceedings that indicate the vote of each member on each question or the fact that a member is absent or fails to vote. The *board* shall keep records of its examinations and other official actions. The minutes and records shall be filed immediately in the *board*'s office and are public records.

(g) The governing body of a Type A general-law municipality by ordinance may grant the members of the governing body the authority to act as a *board* of adjustment under this chapter.

## History

Enacted by *Acts 1987, 70th Leg., ch. 149 (S.B. 896)*, § 1, effective September 1, 1987; am. *Acts 1993, 73rd Leg., ch. 126 (S.B. 506)*, § 1, effective September 1, 1993; am. *Acts 1995, 74th Leg., ch. 724 (H.B. 875)*, § 1, effective August 28, 1995; am. *Acts 1997, 75th Leg., ch. 363 (S.B. 1736)*, § 1, effective September 1, 1997.